UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. 24-41956-MAR |
| BRANDON HEITMANN, | Hon. Mark A. Randon |
| Debtor. | |
| _____/ | |
| RATNESH MEHRA, | |
| Plaintiff, | Adv. Proc. No. 25-04093-mar |
| v. | |
| BRANDON HEITMANN, | |
| Defendant. | |
| _____/ | |

## DEFENDANT'S ANSWER TO COMPLAINT

Brandon Heitmann, Defendant ("Defendant"), by and through his counsel, KOTZ SANGSTER WYSOCKI, P.C., and in answer to Plaintiff's Complaint, states as follows:

### Jurisdiction

1. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required.

1

2. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required.

3. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required.

### Parties

4. Neither admitted nor denied as Defendant lacks the requisite information and/or belief to admit or deny this allegation and Defendant leaves Plaintiff to his proofs.

5. Admitted.

6. Admitted.

### Factual Statement

7. Admitted.

8. Admitted.

9. Neither admitted nor denied as Defendant lacks the requisite information and/or belief to admit or deny this allegation and Defendant leaves Plaintiff to his proofs.

10. Denied as stated. Exigent was engaged in designing and installing outdoor landscapes, including pools.

11. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required.

12. Neither admitted nor denied as Defendant lacks the requisite

information and/or belief to admit or deny this allegation and Defendant leaves Plaintiff to his proofs.

13. Neither admitted nor denied as Defendant lacks the requisite information and/or belief to admit or deny this allegation and Defendant leaves Plaintiff to his proofs.

### No Builder's License

14. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required.

15. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required.

16. Denied as stated.

17. Denied as stated.

18. Denied as stated.

19. Denied for the reason that the allegations in this Paragraph are untrue.

20. Denied for the reason that the allegations in this Paragraph are untrue.

21. Denied for the reason that the allegations in this Paragraph are untrue.

22. Denied for the reason that the allegations in this Paragraph are untrue.

23. Denied for the reason that the allegations in this Paragraph are untrue.

24. Denied as stated.

25. Denied as stated.

26. Neither admitted nor denied as Defendant lacks the requisite

information and/or belief to admit or deny this allegation and Defendant leaves Plaintiff to his proofs.

27. Neither admitted nor denied as Defendant lacks the requisite information and/or belief to admit or deny this allegation and Defendant leaves Plaintiff to his proofs.

28. Denied for the reason that the allegations in this Paragraph are untrue.

29. Denied for the reason that the allegations in this Paragraph are untrue.

30. Denied for the reason that the allegations in this Paragraph are untrue.

31. Denied for the reason that the allegations in this Paragraph are untrue.

32. Denied as stated.

33. Denied for the reason that the allegations in this Paragraph are untrue.

34. Neither admitted nor denied as Defendant lacks the requisite information and/or belief to admit or deny this allegation and Defendant leaves Plaintiff to his proofs.

35. Denied for the reason that the allegations in this Paragraph are untrue.

36. Denied as stated.

37. Denied as stated.

38. Denied for the reason that the allegations in this Paragraph are untrue.

39. Denied for the reason that the allegations in this Paragraph are untrue.

40. Denied for the reason that the allegations in this Paragraph are untrue.

41. Denied for the reason that the allegations in this Paragraph are untrue.

42. Denied for the reason that the allegations in this Paragraph are untrue.

## Count 1

### Section 523(a)(2)

43. Defendant incorporates his responses numbered 1 - 42, *supra*, as though fully set forth herein in full.

44. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required. Answering further, denied to the extent that Plaintiff implies that Defendant engaged in false pretenses, a false representation, actual fraud, or intentional use of a materially false statement, with the intent to deceive for the reason that the allegations in this Paragraph are untrue.

45. Denied for the reason that the allegations in this Paragraph are untrue.

46. Denied for the reason that the allegations in this Paragraph are untrue.

47. Denied for the reason that the allegations in this Paragraph are untrue.

48. Denied for the reason that the allegations in this Paragraph are untrue.

49. Denied for the reason that the allegations in this Paragraph are untrue.

50. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required.

51. Denied for the reason that the allegations in this Paragraph are untrue.

52. Denied for the reason that the allegations in this Paragraph are untrue.

WHEREFORE, Defendant respectfully requests that this Court dismiss

Plaintiff's Complaint against him, award Defendant reasonable costs expenses and attorneys' fees incurred in this action, and award Defendant any such other and further relief that it deems appropriate.

## Count 2
## Section 523(a)(4)

53. Defendant incorporates his response number 1 – 52, *supra*, as though fully set forth herein.

54. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required. Answering further, denied to the extent that Plaintiff implies that Defendant engaged in fraud or defalcation while acting in a fiduciary.

55. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required.

56. Denied for the reason that the allegations in this Paragraphare untrue.

57. Denied for the reason that the allegations in this Paragraphare untrue.

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiff's Complaint against him, award Defendant reasonable costs expenses and attorneys' fees incurred in this action, and award Defendant any such other and further relief that it deems appropriate.

## Count 3
## Section 523(a)(6)

58. Defendant incorporates his response number 1 – 83, *supra*, as though

fully set forth herein.

59. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required.

60. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required.

61. Neither admitted nor denied on the basis that this allegation contains legal conclusions or statements to which no response is required.

62. Denied for the reason that the allegations in this Paragraph are untrue.

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiff's Complaint against him, award Defendant reasonable costs expenses and attorneys' fees incurred in this action, and award Defendant any such other and further relief that it deems appropriate.

                       Respectfully submitted,

                       **KOTZ SANGSTER WYSOCKI P.C.**

                       /s/ *Jeffrey M. Sangster*
                       By: Jeffrey M. Sangster (P30791)
                            Yousef M. Farraj (P79760)
                       Counsel for Defendant
                       400 Renaissance Center, Ste. 3400
                       Detroit, MI 48243
Dated: June 17, 2025        (313) 259-8300 / (313) 259-1451
                       jsangster@kotzsangster.com
                       yfarraj@kotzsangster.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
BRANDON HEITMANN,

    Debtor.
_____/

RATNESH MEHRA,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Chapter 13  
Case No. 24-41956-MAR  
Hon. Mark A. Randon

Adv. Proc. No. 25-04093-mar

## CERTIFICATE OF SERVICE

    I hereby certify that on June 17, 2025, I electronically served the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send notification of such filing to the Office of the United States Trustee and all those listed by the Court as receiving electronic notices in this case from the Court's CM/ECF system.

    Respectfully submitted,

**KOTZ SANGSTER WYSOCKI P.C.**

/s/ *Jeffrey M. Sangster*  
By: Jeffrey M. Sangster (P30791)  
    Yousef M. Farraj (P79760)  
Counsel for Defendant  
400 Renaissance Center, Ste. 3400  
Detroit, MI 48243  

Dated: June 17, 2025    (313) 259-8300 / (313) 259-1451  
jsangster@kotzsangster.com  
yfarraj@kotzsangster.com