UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 13
                                                Case No. 24-41956-MAR
BRANDON HEITMANN,                               Hon. Mark A. Randon

         Debtor.
_____/
RATNESH MEHRA,

         Plaintiff,                          Adv. Proc. No. 25-04093-mar
v.

BRANDON HEITMANN,

         Defendant.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE ENTER my appearance as attorney for Defendant Brandon Heitmann and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below in the above-entitled cause of action.

Respectfully submitted,

**KOTZ SANGSTER WYSOCKI P.C.**

By: */s/ Yousef M. Farraj*
     Yousef M. Farraj (P79760)
     Attorneys for Defendant
     400 Renaissance Center, Ste. 3400
     Detroit, MI 48243
     (313) 259-8300
     yfarraj@kotzsangster.com

Dated: July 11, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I electronically served the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send notification of such filing to the Office of the United States Trustee and all those listed by the Court as receiving electronic notices in this case from the Court's CM/ECF system.

**KOTZ SANGSTER WYSOCKI P.C.**

By: */s/ Yousef M. Farraj*
    Yousef M. Farraj (P79760)
    Attorneys for Defendant
    400 Renaissance Center, Ste. 3400
    Detroit, MI 48243
    (313) 259-8300
    yfarraj@kotzsangster.com