UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In the matter of:**
Brandon Heitmann
        Debtor(s),    /         Case No. 25-41956
                                                Chapter 7
Ratnesh Mehra                               Hon. Mark A. Randon
        Plaintiff(s),

v.

Brandon Heitmann                         Adversary Proceeding No. 25-04093
        Defendant(s),   /

## ADVERSARY PROCEEDING SCHEDULING ORDER

After consultation with the parties, pursuant to Fed. R. Bankr. P. 7016 and 7026, and the parties having conducted a conference and submitted a written report thereof ("26(f) Report") under Fed. R. Civ. P. 26(f), **IT IS HEREBY ORDERED** that further proceedings in this case shall be governed by the following:

I.
<u>Discovery Plan and Other Provisions of Rule 26(f) Report</u>

The Rule 26(f) Report is adopted as an order of this Court and incorporated herein.

II.
<u>Filing of Joint Final Pretrial Order</u>

A joint final pretrial order prepared in accordance with L.B.R. 7016-1(E.D.M.) shall be submitted for entry at least seven (7) days before the final pretrial conference. In the portion of the joint final pretrial order designated "Issues of Law to be Litigated", each party shall provide after each listed issue, that party's three strongest reported cases in support of its view of the law.

## III.
## Mediation

The Court encourages the parties to consider mediation of this adversary proceeding pursuant to L.B.R. 7016-2 (E.D.M.). If all parties agree to mediation, the parties should file a stipulation and submit to the Court a proposed order appointing the mediator. If the parties have agreed to select a mediator from the list of approved mediators on the Court's website, the proposed order should contain the name of the mediator when it is submitted to the Court for entry. If the parties have not agreed on the name of the mediator, the proposed order appointing the mediator should be submitted without a mediator's name and the Court will then select a mediator from the approved list and indicate such person's name in the order that is entered. All mediation must be concluded no later than five days before the final pretrial conference scheduled by this order. The Court will not adjourn the final pre-trial conference or the trial to permit mediation to continue past the deadline set by this order. If the parties desire to further discuss mediation with the Court, the parties shall jointly contact Krystal Player, Judge Randon's Law Clerk, to arrange a time for a conference call or a conference in chambers with the Court.

## IV.
## Final Pretrial Conference

A final pretrial conference will be held on **April 13, 2026, at 2:00 PM** before the Honorable Mark A. Randon, at 211 W. Fort Street, 18th Floor, **Courtroom 1825**, Detroit, Michigan.

## V.
## Trial Date(s) in Bankruptcy Court

THE TRIAL OF THIS MATTER SHALL COMMENCE ON **May 19, 2026, at 10:00 AM**, before the Honorable Mark A. Randon, at 211 W. Fort Street, 18th Floor, **Courtroom 1825**, Detroit, Michigan.

## VI.
## Miscellaneous Matters

(a) Adjournment(s) or Changes in this Order

Requests for adjournment of the final pre-trial conference or the trial are governed by L.B.R. 5071-1 (E.D.M.). Any changes in any other dates or provisions of this order are to be sought in accordance with L.B.R. 9014-1 (E.D.M.), or by written stipulation provided that in any case good cause shall be shown, and approval of the Court is required.

(b) Exhibits and Discovery Disputes

Exhibits to be offered in evidence are to be processed pursuant to E.D. Mich. LBR 7016-1(d). Note should be taken of E.D. Mich. LBR 9014-1(h) relative to discovery disputes. Parties are encouraged to resolve disputes before a motion regarding discovery is filed, and are directed to strictly comply with E.D. Mich. LBR 9014-1(g) and (h) if a motion is ultimately required.

(c) Settlement

Note should be taken of L.B.R. 9019-1 (E.D.M.) relative to settlements.

(d) Status or Pretrial Conference Request

Any party may request a status conference (or a conference to discuss or further consult in reference to this order) by a communication, in writing, addressed to the Court with copies to opposing or other counsel and/or any pro se parties. Upon receipt of such a request (or sua sponte) the Court will schedule such a conference (in person or by phone) if the Court believes it will advance or be helpful in the disposition of this proceeding.

(e) Filing of Discovery Materials

See L.B.R. 7026-1 (E.D.M.) regarding the filing of discovery materials.

**Signed on July 18, 2025**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge