UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

Chapter 7
Case No. 24-41956-MAR
Hon. Mark A. Randon

RATNESH MEHRA,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Adv. Pro. No. 25−04093−mar

## **PLAINTIFF'S INITIAL DISCLOSURES**

    Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Fed. R. Bankr. P. 7026, Plaintiff, by and through his attorneys, OSIPOV BIGELMAN, P.C., provides the initial disclosures set forth below.

    These disclosures are based on the information reasonably available to Plaintiff as revealed by the investigation conducted thus far. That investigation is continuing. Plaintiff expressly reserves all of his rights to object to the production of documents or information in any form on the grounds that the information is protected by the attorney-client privilege, work product doctrine, or any other privilege or protection, on the grounds that the documents sought are not sufficiently relevant to justify the burden or expense of production, on any other valid legal grounds.

    The initial disclosure requirements of subparagraphs (i), (ii), (iii), and (iv) of Rule 26(a)(1)(A) are limited to identification of potential evidence relevant to disputed facts alleged with particularity in the pleadings.

### **Fed. R. Civ. P. 26(a)(1)(A)(i)**

The individuals listed below are likely to have discoverable information:

1. Ratnesh Mehra c/o counsel
2. Jillian Bacon c/o counsel
3. Brandon Heitmann c/o counsel
4. Amanda Pisarski c/o counsel
5. Hank Bell/Construction Contractors LLC
6. Antonelli Pool & Spa, corporate representative
7. Royal Oak Building Department
8. All persons or entities identified in Debtor's bankruptcy schedules and Statement of Financial Affairs
9. All persons or entities identified or referenced in pleadings and/or documents produced by Defendant and/or Debtor
10. Any necessary experts
11. All individuals disclosed and/or identified by Defendant in his initial disclosures, any bankruptcy pleadings, and/or either party through their adversary pleadings, discovery, or in any state court proceedings
12. All persons that become known prior to trial
13. All persons needed to introduce or rebut evidence or testimony at trial
14. Plaintiff reserves the right to supplement or amend these disclosures

## Fed. R. Civ. P. 26(a)(1)(A)(ii)

The items which are in the possession, custody, or control of the Plaintiff:

1. Contract and change orders with Exigent
2. Expired/Cancelled Building Permits that Defendant fraudulent obtained using Construction Contractors residential builders license number
3. Photographs
4. Pool Assessment by Antonellis Pool & Spa
5. Estimate/Contract to fix defective work by Antonellis Pool & Spa
6. Communications between Plaintiff and Defendant
7. Documentation evidencing payment
8. Defendant's residential builder's license documents and suspension history
9. Formal license complaints against Defendant and Consent Orders suspending his residential builder's license
10. Deposition transcripts of the Debtor and Hank Bell from other cases
11. All documents necessary for rebuttal or impeachment
12. All documents identified in Defendant's discovery responses
13. All documents referenced or identified in any of the parties' pleadings, discovery requests, or discovery responses in this adversary proceeding
14. Plaintiff reserves the right to supplement or amend these disclosures.

## Fed. R. Civ. P. 26(a)(1)(A)(iii)

The Plaintiff is seeking a non-dischargeable judgment against the Defendant in an amount not less than $421,670.00.

**Fed. R. Civ. P. 26(a)(1)(A)(iv)**

Not Applicable.

|  |  |
|---|---|
| Dated: August 8, 2025 | Respectfully Submitted,<br>**OSIPOV BIGELMAN, P.C.**<br><br>/s/ Jeffrey H. Bigelman<br>JEFFREY H. BIGELMAN (P61755)<br>ANTHONY J. MILLER (P71505)<br>Attorneys for Plaintiff<br>20700 Civic Center Drive, Ste. 420<br>Southfield, MI 48076<br>(248) 663-1800<br>jhb@osbig.com / am@osbig.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

       Debtor.
_____/

RATNESH MEHRA,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Chapter 7
Case No. 24-41956-MAR
Hon. Mark A. Randon

Adv. Pro. No. 25−04093−mar

## **CERTIFICATE OF SERVICE**

  I certify that on August 8, 2025, I served a copy of the *Plaintiff's Initial Disclosures* using the Court's CM/ECF electronic filing system, which will be electronically mailed to:

    Jeffrey H. Bigelman on behalf of Plaintiff Ratnesh Mehra
    jhb_ecf@osbig.com, tc@osbig.com;mk@osbig.com

    Yousef M. Farraj on behalf of Defendant Brandon Heitmann
    yfarraj@kotzsangster.com, jstrugs@kotzsangster.com

    Anthony James Miller on behalf of Plaintiff Ratnesh Mehra
    am@osbig.com

    Jeffrey M. Sangster on behalf of Defendant Brandon Heitmann
    jsangster@kotzsangster.com, lpfund@kotzsangster.com;mdelorme@kotzsangster.com

|  |  |
|---|---|
| Dated: August 8, 2025 | Respectfully Submitted,<br>**OSIPOV BIGELMAN, P.C.**<br><br>/s/ Jeffrey H. Bigelman<br>JEFFREY H. BIGELMAN (P61755)<br>ANTHONY J. MILLER (P71505)<br>Attorneys for Plaintiff<br>20700 Civic Center Drive, Ste. 420<br>Southfield, MI 48076<br>(248) 663-1800<br>jhb@osbig.com / am@osbig.com |