UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

      Debtor.
_____/

Chapter 7
Case No. 24-41956-MAR
Hon. Mark A. Randon

RATNESH MEHRA,

    Plaintiff,

v.                                                     Adv. Pro. No. 25-04093-mar

BRANDON HEITMANN,

    Defendant.
_____/

## **DEFENDANT'S INITIAL DISCLOSURES**

      Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Fed. R. Bankr. P. 7026, Defendant, by and through his attorneys, Kotz Sangster & Wysocki, P.C., provides the initial disclosures set forth below. These disclosures are based on the information reasonably available to Defendant as revealed by the investigation conducted thus far. That investigation is continuing.

The initial disclosure requirements of subparagraphs (i), (ii), (iii), and (iv) of Rule 26(a)(1)(A) are limited to identification of potential evidence relevant to disputed facts alleged with particularity in the pleadings.

### Fed. R. Civ. P. 26(a)(1)(A)(i)

The individuals listed below are likely to have discoverable information:

1. Rantesh Mehra, Plaintiff, c/o Plaintiff's counsel
2. Brandon Heitmann, Defendant, c/o the Defendant's counsel of record
3. Amanda Pisarski, Defendant's spouse – c/o Defendant's counsel of record
4. Past employees of Exigent Design and Build
5. Hank Bell/Construction Contractors LLC – c/o Michigan Justice, PLLC, Goran Antovski 586-221-4100
6. Antonelli Pool & Spa, Mick Gadzinki
7. All persons, entities, or agencies related to permitting for the project including the City of Royal Oak
8. All persons, entities, and agencies listed in Plaintiff's Initial Disclosures
9. All persons, entities, and agencies who performed an subcontracted work on the Project or provide materials for the Project
10. All persons or entities identified or referenced in pleadings and/or documents produced by Plaintiff or Debtor
11. Any necessary experts
12. All persons that become known prior to trial
13. All persons needed to introduce or rebut evidence or testimony at trial
14. Defendant reserves the right to supplement or amend these disclosures

### Fed. R. Civ. P. 26(a)(1)(A)(ii)

The items which are in the possession, custody, or control of the Defendant:

1. The contract between Exigent and Plaintiff including change orders
2. Text messages and emails between Exigent and Plaintiff
3. Invoices of Exigent and subcontractors
4. Plaintiff's payment history
5. All documents necessary for rebuttal or impeachment
6. All documents identified in Defendant's discovery responses
7. All documents referenced or identified in any of the parties' pleadings, discovery requests, or discovery responses in this adversary proceeding

9. Defendant reserves the right to supplement or amend these disclosures.

### Fed. R. Civ. P. 26(a)(1)(A)(iii)

Plaintiff was the first breaching party of the contract. Plaintiff failed to maintain the work performed by Defendant after completion of the Project. Plaintiff brings his action years after Defendant completed the Project and alleged defects are not the fault of, nor caused by, Defendant. Plaintiff's claims are based upon false and misleading allegations.

### Fed. R. Civ. P. 26(a)(1)(A)(iv)

Defendant does not believe there is an applicable insurance agreement but will supplement this disclosure after further investigation.

Respectfully submitted,

**Kotz Sangster Wysocki, P.C.**

/s/ *Yousef M. Farraj*
YOUSEF M. FARRAJ (P79760)
Attorney for Defendant Heitmann
400 Renaissance Center, Suite 3400
Detroit, MI 48243
Tel: 313-259-8300
yfarraj@kotzsangster.com

Dated: August 8, 2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Chapter 7
                                                      Case No. 24-41956-MAR
BRANDON HEITMANN,              Hon. Mark A. Randon

       Debtor.
_____/
RATNESH MEHRA,

       Plaintiff,                                Adv. Proc. No. 25-04093-mar
v.

BRANDON HEITMANN,

       Defendant.
_____/

## **CERTIFICATE OF SERVICE**

       I certify that on August 8, 2025, I served a copy of the *Defendant's Initial Disclosures* via email on:

Jeffrey H. Bigelman, Esq.
Attorney for Plaintiff
Osipov Bigelman, P.C.
20700 Civic Center Dr., Ste. 420
Southfield, MI 48076
jhb@osbig.com

       I also hereby certify that on August 11, 2025, I electronically served *Defendant's Initial Disclosures* with the Clerk of the Court using the ECF system, which will send notification of such filing to the Office of the United States Trustee and all those listed by the Court as receiving electronic notices in this case from the Court's CM/ECF system.

Respectfully submitted,

**Kotz Sangster Wysocki, P.C.**

/s/ *Yousef M. Farraj*
YOUSEF M. FARRAJ (P79760)
Attorney for Defendant Heitmann
400 Renaissance Center, Suite 3400
Detroit, MI 48243
Tel: 313-259-8300
yfarraj@kotzsangster.com