In re:

BRANDON HEITMANN,

       Debtor.

_____/

RATNESH MEHRA,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.

_____/

Chapter 7
Case No. 24-41956-MAR
Hon. Mark A. Randon

Adv. Pro. No. 25−04093−mar

**PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS,**
**FIRST SET OF INTERROGATORIES, AND FIRST REQUEST FOR**
**<u>PRODUCTION OF DOCUMENTS TO DEFENDANT</u>**

To:    Brandon Heitmann
       c/o Yousef M. Farraj, Esq.

NOW COMES Ratnesh Mehra ("Plaintiff"), by and through his undersigned attorneys, OSIPOV BIGELMAN, P.C., pursuant to Federal Rules of Civil Procedure 33, 34 and 36, made applicable to this proceeding by Bankruptcy Rules 7033, 7034 and 7036 hereby demands that Brandon Heitmann (hereinafter, collectively, the "Defendant"), answer the following First Set of Interrogatories, First Request for Admissions, and First Request for Production of Documents (the "Discovery Requests") under oath within thirty (30) days from the date of service. The Discovery Requests shall be deemed continuing so as to require supplemental answers if you obtain further information between the time the answers are served and the time of trial.

You are requested to provide all information in answer to these Discovery Requests within

the knowledge or possession of agents, attorneys, investigators, or the agents of the foregoing, or any other person who has made this information known to you or from whom you can obtain this information. If you do not have certain requested information in your immediate possession, you are requested to make reasonable and diligent effort to obtain such information and to describe such efforts and the results thereof in your answers, if the information is not provided.

These Discovery Requests shall be continuing and supplemental answers and/or production of documents hereto shall be required immediately if you obtain, or learn of the existence of, further or different information and/or documents from the time the answers hereto are made until the time of trial.

In furnishing the information and documents requested you are cautioned to omit nothing which relates to in any way the information or documents requested. We will assume that when a document is not produced, it does not exist. We will ask the Court to rule that any answers or documents not furnished by you in answer to this discovery request cannot be used by you in relation to this action in any manner.

## **DEFINITIONS**

1. The words document or documents as used herein mean without limitation business records, invoices, checks, security agreements, financing statements, copies of proof of claims filed, names of witnesses, back up to amount of indebtedness, writings and printed matter of every kind and description, photographs and drawings, notes and records (taped, disc, or any other) of any oral communications, agreements, communications, hearings and reports of state and federal governments and governmental agencies, correspondence, e-mails, telegrams, memoranda, summaries or records of telephone conversations, summaries of records of personal interviews, diaries, reports, notebooks, note charts, plans, sketches, maps, summaries or records of meetings or conferences, summaries or reports of investigations or negotiations, opinions or reports of consultants, motion picture film, brochures, pamphlets, advertisements, circulars, press releases, letters, any marginal comments appearing on any document, all other writings, microfilm, microfiche, computer printouts, any other computer information and computer information contained in computer banks, and drafts and non-identical copies of any one or more of the above.

2. The term "Communication" shall mean any written or oral transmission of fact, information or opinion, including any conversation, statement, conference, meeting,

correspondence, memorandum, report, utterance or notation.

3.      To "Identify" or to "State the Identity of" a Person means to state his, her, or its name and last known business address, and if a natural person, his or her last known residence, the name of his or her employer, the employment position then held by said employee and the date when such employment ceased.

4.      To "Identify" or to "State the Identity of" a Document means to state with respect thereto:

     a.   The name of the person who prepared it;

     b.   The name of the person who signed it or over whose name it was issued;

     c.   The name of each person to whom it was addressed or distributed;

     d.   The nature and substance of the document with sufficient particularity to enable it to be identified;

     e.   The date of the document, and if it bears no date, the date when it was prepared;

     f.   The physical location of it and the name and address of its custodian or custodians; and,

     g.   Whether it will be made available voluntarily to counsel for plaintiff for inspection and copying.

5.      To "Identify" or to "State Identity of" an oral communication means to state with respect thereto:

     a.   The name of each person who participated in the communication;

     b.   By whom each such person was employed and whom such person represented or purported to represent in making such oral communication;

     c.   What each person said;

     d.   The date and the place where such oral communication was made; and

     e.   Identify each document, which reflects such communication, refers to such communication, or otherwise sets forth part or all of the substance of such communication.

6.     To "Identify" a file or business records mean to state with respect thereto:

    a. The name, number or other means by which it is known and can be located;

    b. The physical location of it and the name of its custodians; and whether it will be made available voluntarily to counsel for Defendant for inspection and copying.

---

## REQUEST FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:** Admit that on or about May 14, 2020, the Plaintiff and the Defendant on behalf of Exigent Landscaping, LLC entered into the contract attached as **Exhibit A** ("Contract") for the property located at 232 Forest Ave, Royal Oak, Michigan ("Property").

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 2:** Admit that a residential builders license was required to obtain a building permit for the scope of work contained in the Contract.

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 3:** Admit that on May 14, 2020, the Defendant did not possess a residential builders license.

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 4:** Admit that the Plaintiff and the Defendant on behalf of Exigent Landscaping, LLC entered into Change Orders #1-10 which are attached as **Exhibit B** ("Change Orders").

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 5:** Admit that every page of the Contract and the Change Orders listed "License #802082183".

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 6:** Admit that "License #802082183" was not a residential builders license of the Defendant or Exigent Landscaping, LLC.

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 7:** Admit that the initial Contract price was $308,395.70 which increased to $466,255.70 through Change Orders #1-10.

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 8:** Admit that you concealed from the Plaintiff that you did not have the requisite license to perform the work in the Contract and Change Orders.

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 9:** Admit that the Defendant did not receive a residential builder's license until March 28, 2023.

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 10:** Admit that none of your work on the Property was approved by the Royal Oak Building Department.

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 11:** Admit that you applied for Building Permit #PB20-00683 in the name of Construction Contractors using Henry Bells residential builder's license. **Exhibit C.**

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 12:** Admit that the work covered by Building Permit #PB20-00683 was not approved by the Royal Oak Building Department.

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 13:** Admit that you applied for Building Permit #PB20-00748 in the name of Construction Contractors using Henry Bells residential builder's license. **Exhibit D.**

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 14:** Admit that the work covered by Building Permit #PB20-00748 was not approved by the Royal Oak Building Department.

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 15:** Admit that you applied for Building Permit #PB20-01775 in the name of Construction Contractors using Henry Bells residential builder's license. **Exhibit E.**

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 16:** Admit that the work covered by Building Permit # PB20-01775 was not approved by the Royal Oak Building Department.

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 17:** Admit that Henry Bell and Construction Contractors did none of the work contained in Contract and Change Orders.

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 18:** Admit that you failed to complete the scope of work contained in the Contract and Change Orders without defect.

    **ANSWER:**

**REQUEST FOR ADMISSION NO. 19:** Admit that the Plaintiff had to tear out the pool built by the Defendant and rebuild due to its defects.

    **ANSWER:**

## INTERROGATORIES

**INTERROGATORY NO. 1:** If any of the previous Requests for Admissions were not unequivocally admitted:

    a. Describe in detail the basis for your non-admission, including all facts and/or law which support such non-admission;

    b. Identify all documents that support or upon which you base your failure to admit; and

    c. Identify all persons having knowledge of all facts upon which you base your failure to admit.

    **ANSWER:**

**INTERROGATORY NO. 2:** Identify the amount of money (and the dates received) that you or Exigent Landscaping received from the Plaintiff.

    **ANSWER:**

**INTERROGATORY NO. 3:** What bank account was the money deposited into that was received from the Plaintiff.

    **ANSWER:**

**INTERROGATORY NO. 4:** Identify the disposition of all money you or Exigent Landscaping received from the Plaintiff.

    **ANSWER:**

**INTERROGATORY NO. 5:** Identify what work contained in the Contract or Change Orders was completed by Henry Bell or Construction Contractors.

    **ANSWER:**

**INTERROGATORY NO. 6:** Identify what your all pertinent education, licensing, and experience that you had to complete the scope of work contained in the Contract and Change Orders as of May 14, 2020.

    **ANSWER:**

**INTERROGATORY NO. 7:** Why was your residential builder's license suspended?

    **ANSWER:**

**INTERROGATORY NO. 8:** Identify all laborers, materialmen, suppliers, and/or contractors who worked on the Contract and Change Orders and the amount that they were paid.

    **ANSWER:**

**INTERROGATORY NO. 9:** In regard to the Antonelli Pol & Spa Assessment of August 28, 2023, identify any part of the assessment that you disagree with and identify all evidence, documentation, or witnesses that support your disagreement. **Exhibit F.**

    **ANSWER:**

**INTERROGATORY NO. 10:** Identify the date(s) that your license was suspended and the reason why.

    **ANSWER:**

**INTERROGATORY NO. 11**: Identify all defenses you have to the claims asserted in the complaint, all evidence that supports those defenses, and all persons with personal knowledge and a summary of their personal knowledge.


**ANSWER:**

<h2 style="text-align:center"><u>VERIFICATION</u></h2>

I, Brandon Heitmann ("Defendant"), hereby declare that we have conducted a reasonable inquiry regarding the facts set forth in my responses to the Interrogatories, and such facts are true and complete to the best of my knowledge.


DATED: _____     _____

                                      Brandon Heitmann
                                      Defendant

## REQUEST FOR PRODUCTION OF DOCUMENTS

1.      Produce each and every document that Defendant identified or referred to in answering the foregoing Requests for Admissions and the foregoing Interrogatories.

2.      Produce all license complaints against the Defendant for violations of the Occupational Code and all Consent Orders or other resolutions thereof.

3.      Produce documentation evidencing how the money Exigent Landscaping received from the Plaintiff was spent.

4.      Produce all documentation evidencing all payment for labor, materials, and contractors for the work on the Contract and Change Orders.

5.      Produce all communications with Henry Bell regarding the Contract and Change Orders and the Property.

6.      Produce documentation evidencing that Henry Bell authorized you to use his residential builder's license to obtain the building permits for the work contained in the Contract and Change Orders for the Property.

7.      Produce all communications with the Plaintiff advising him that you were using a third-party's residential builder's license to perform the work in the Contract and Change Orders for the Property.

8.      Produce all photographs of the Property regarding the work you performed that was contained in the Contract and Change Orders.

9.      Produce copies of all Contracts and Change Orders between the parties.

10.      Produce all criminal complaints against you for performing work without a residential builder's license and documentation evidencing the disposition thereof.

11.      Produce bank statements evidencing the receipt of money from the Plaintiff and the

disposition thereof.

12. Produce all personal bank statements, credit union statements, and other financial statements accounts between May 14, 2020 and the filing of your bankruptcy petition.

13. Provide a sworn statement in the form prescribed by MCL 570.1110 in regard to 921 Crescent Drive, Dearborn, MI 48126.

Dated: October 14, 2025

Respectfully Submitted,
**OSIPOV BIGELMAN, P.C.**

/s/ Jeffrey H. Bigelman
JEFFREY H. BIGELMAN (P61755)
ANTHONY J. MILLER (P71505)
Attorneys for Plaintiff
20700 Civic Center Drive, Ste. 420
Southfield, MI 48076
(248) 663-1800
jhb@osbig.com / am@osbig.com

# EXHIBIT A



Date: 05-14-2020

Ratnesh
232 Forest Ave.
Royal Oak, MI 48067
Building Permit:

Dear Ratnesh,

Thank you for the opportunity to submit the following quotation. We would love to get this project on our schedule. Listed below is a complete breakdown of the scope of work.

**Scope of Work**

**Unknown Variables as of May 14th\*\***

- Automatic gate for driveway - should have quote by early to mid-week next week

**Pavers - $40,797.50**

- Excavate 8 inches
- Fill with 4-6 inches of base rock
- Border of paver will be installed in concrete
- Sleeves will be installed under pavers for ease of access in the future for irrigation or lighting
- Compact base rock using plate compactor
- Spread and screed 2 inches of paver sand over the compacted base
- Align the paver rows using stakes and a string
- Lay the pavers outward starting in a corner maintain a consistent joint width between each paver
- Tap and level the pavers in place
- Fill the joints with polymeric sand to hold the pavers in place
- Sweep away any excess sand from the paver surface
- Apply a fine water mist to the filled joints
- If more pavers are added SQFT will be measured and multiplied by amount charged below:

- Type of paver to be installed:
  - For pool area/patio: Beacon Hill Smooth or Flagstone by Unilock
  - For front walkway: Town Hall by Unilock

License #: 802082183

Phone: (586) 383-8308

Dimensions:

1. Patio/Pool Area: *As pictured in plan*
    a. Approx. 1,906.5 sq. ft. x $15= $28,597.50
2. Front curved walkway: *As pictured in plan.* Curved design, approx. 4' wide, installed herringbone style
    a. Approx. 215 sq. ft. x $28= $6,020
3. Driveway ribbons: Approx. 2' wide on both sides of driveway
    a. Approx. 210 sq. ft. x $28= $5,880
    b. Additional base for driveway= $300

## Seating wall and Steps  - $7,200

- Excavate and remove soil
- Base will be 6" thick
- Sand will be installed for leveling
- Finishing cap will be placed on top and secured with adhesive - *only where listed*
- Paver block to be installed: U-Cara Pitched or Smooth by Unilock with Ledgestone Coping by Unilock

1. Seating wall by fire pit: L-shaped, 10x10' and 2' tall
    a. 40 phase ft. x $80= $3,200
2. Front door steps
    a. Approx. 20 phase ft. x $80= $1,600
3. Back patio door steps with wingwall
    a. Approx. 30 phase ft. x $80= $2,400

## Exposed Aggregate for Driveway- $11,700

- Frame for concrete slabs
- Install base rock and compact
- Install rebar/wire
- Pour concrete into the mold
- Screed the top of the concrete
- Float concrete surface to compact
- Make control joints every 5 to 6 feet with groover
- Slope will be away from home

- Type of concrete:
    - Exposed aggregate (not including driveway brick paver ribbons on side, those are in paver section above)
    - *White concrete - will be approx. $2,600 cheaper*
    - *Brick pavers will be about $7,800 more*

License #: 802082183

Phone: (586) 383-8308

Dimensions:

- Exposed: Approx. 1,300 sq. ft. x $9= $11,700

## Auto Pool Cover - $15,000

- Automatic Pool Cover for pool
- Push button
- Strong enough to walk on top
- Rail track system plumbed into brick

## Pool and Hot Tub- $111,638

- Gunite rebar 20x40 shell also spa 10x10 spa infinity edge two sides spilling into the pool - $48,000
- Sun Shelf and steps - $4,000
- Plaster pebble tec finish - $17,500
- Tile around spa and around pool water line 200 linear - $12,000
- Coping brussels brick paver 120 x $20 - $2,400
- Permits and engineering/plans for city for pool= $2,500
- Rebar minimum spacing 12"-18" Floor thickness 6"-8" walls minimum 8"-10" per engineer plans



- Run electrical and wire in all pool equipment, pass all inspections, pull permits -$5,000
- Trench conduit for electrician 18 " deep trenched - $500
- Trench as line 18"for boiler - $500
- Licensed plumber come in run gas line pass depth test/air test - $1,500

License #: 802082183

Phone: (586) 383-8308

- Pool Equipment/Accessories - $10,750 (listed below)
- Clean and clear cartridge filter= $898
- The EasyClean D.E. Inground Filter makes it even easier to enjoy the added water clarity that only D.E. media can deliver. This simple, trouble-free and highly effect filter features a fiberglass-reinforced, chemical-resistant, polypropylene tank with no-tool servicing for easier cleaning.
- Integrated Continuous High Flow™ Internal Air Relief *
- Lock ring with spring-loaded safety latches
- High Flow Manual Air Relief Valve
- 1-in. drain and wash out
- Single-piece base and body design
- Unionized connections
- Note: Actual system flow will depend on plumbing size and other system components.
- Note: Pentair Aquatic Systems does not recommend flow rates above 150 GPM.
- *Integrated Continuous High Flow Internal Air Relief is operational only when there is unobstructed flow in the circulating system.
- Note: Operating limits—Maximum continuous operating pressure of 50 psi. Pool/spa (bather) applications, maximum operating water temperature (internal filter) 104° F (40° C).
- 1.5 HP Superflow VST pump= $990
- 3 hp vst pump for jets - $1,000
- Maintenance pump to run daily with filter/heater.
- The Superior Replacement Pool Pump with TradeGrade Designation
- The SuperFlo VST Variable Speed Pool Pump features sophisticated technology in a simple to operate pump. Designed for pool owners who are practical and like to save, the SuperFlo VST pump has a dependable and robust Totally Enclosed Fan Cooled motor and can adapt to 115V to 230V and 50hz or 60hz power with no special wiring or switching.
- Improved mechanical seal for long, dependable performance
- Superior drop-in replacement for the Hayward® Super Pump® and existing Pentair SuperFlo pumps
- Ideal for new and standard pool pump replacement for pools requiring up to a 1.5 HP pump
- Simple, easy-to-use digital control keypad with three programmable speeds, override capability and a real-time, 24-hour clock



  - (1) LED ColorBright lights
  - 2 x $487= $974
- Choose from 5 predetermined fixed colors (blue, green, magenta, white and red) or 7 popular preprogrammed "color shows"

License #: 802082183

Phone: (586) 383-8308

- Consumes up to 50% less energy than competitors' lights
- Pool lens can be rotated to 180° to provide wide beam pattern (standard) or narrow beam pattern
- Designed to work with IntelliTouch® and EasyTouch® Control Systems



- Intellibrite controller for lights= $269
- Heater 200k BTU pentair heater - $1,989



- All the Efficiency, Convenience and Reliability You Want in a Gas-fired Pool Heater
- As easy to use as your home-heating system, the MasterTemp pool heater has user-friendly indicator lights that make system operation and monitoring a snap. The compact design and quiet operation won't intrude on your swimming and poolside enjoyment.
- Best-in-class energy efficiency*
- Manual gas shutoff when service is required
- Eco-friendly MasterTemp is certified for low NOx emission and outperforms industry standards
- Rotating digital display allows for easy viewing
- Tough, rustproof exterior handles the heat and weathers the element.
- **Salt Chlorine system -** $1,489
- A Salt Chlorine Generator that Turns Salt into Water-purifying Chlorine
- IntelliChlor uses common table salt to produce all the chlorine a pool needs, safely, effectively and automatically. It provides the same sanitation performance as harsh chlorine additives without the drawbacks. There's no need to buy, handle and store chemicals.
- Full diagnostic capabilities, including cell-life tracking that communicates remaining hours of cell life in real-time
- Push-button operation and easy-to-view displays enable fast checking of salt levels, cell cleanliness, sanitizer output and water flow
- Automatic shut-off feature protects the unit and prolongs cell life under low-water-temperature conditions

License #: 802082183

Phone: (586) 383-8308

- On-time cycling prevents calcium and scale buildup to maximize cell life
- Communicates with IntelliTouch®, EasyTouch® and SunTouch® Automation Systems



- Automation system - $2,500
- Automation setup so every feature is controlled from cell phone app - $500
- The IntelliCenter Control System for Pool and Spa is the latest automation innovation from Pentair. Easily and intuitively manage the features of your pool and/or spa from anywhere in the world with IntelliCenter's remote access and built-in connectivity for the ultimate in convenient control.
- Provides real-time email alerts
- Easy to use, intuitive user interface on touchscreen interfaces with multiple controller options
- Optional indoor control panel and wireless remote
- Controls spa jets, lights and light shows, blower, water features remotely
- Interfaces with iOS®, Android® mobile devices, Apple Watch®, Amazon Echo® and Google Home® smart speaker, enabling owners to check their pools status remotely



- 3 step economy ladder installed - $389
- Stair Rail Installed $239

Plumbing - $6,988 (listed below)

- Plumbing equipment pad also skimmer, return and main drains - $6,500
- 200 feet of 2" flex line= $488
- 12 jets in spa with good pressure

License #: 802082183

Phone: (586) 383-8308

- Pressure test all plumbing before gunite

**Limestone - $13,125**

- Excavate area
- Install base 4-6 in.
- Measure out each piece of limestone
- Plan out where to place each rock after measurements
- Compact base every 4 in.
- Install rock
- Our natural limestone comes from our exclusive quarry in Canada

Approx. dimensions: 38.5 ft out from left side of front entrance, 32' back, then 17' to left side of house. Approx. tallest height= 1-1.5'

- 35 tons x $375= $13,125

**Outdoor Kitchen\* - $23,975**

- \*Price doesn't include granite for countertops
- All costs below include shipping/delivery charge
- Paver block will be used to build kitchen - $11,475
- Grill (American Outdoor Grill, T-series, 36", stainless steel) - $2,500
- Fridge (Fire Magic, Outdoor Rated, DR, 23.9"W x 33.75"H, **right hinge**) - $4,250
- Sink and faucet set (Fire Magic, Outdoor Rated, 15x15", stainless steel, cold water faucet)- $650
- Double access doors (21" H x 30" W, stainless steel, for storage underneath grill + sink) - $550 x 2 (two sets of doors) = $1,100
- Licensed plumber/electrician to run gas lines/electric to the following items as well as pull all necessary permits and pass all necessary inspections; to grill ($1,000), electrical to fridge ($2,000), water to sink ($1,000)= $4,000
- Type of block used: U-Cara Pitched or Smooth by Unilock (same material as seating wall, fire pit and steps)
- \*Countertops will not be installed by Exigent. We do not install granite, however, we can manage the process for the install and homeowner is then responsible for payment to granite company.
  - Will need to order about _____ sq. ft. of granite., with cuts around sink and grill, and with overhang on bar stool side

- Dimensions for paver block for kitchen: (L-shaped, Approx. 3' tall, 3' in depth, and 7.5x12.5')
  - Approx. 153 phase ft. x $75= $11,475 (listed above)

**Gas Fire Pit - $4,230**

- Paver block will be used to build gas fire pit - $2,025
- 4' burner placed in center with drop-in pan - $950
- Fire pit glass rock (any color) - $255
- Run gas line to fire burner by licensed plumber, pulling all necessary permits and passing all necessary inspections - $1,000
- Type of block used: U-Cara Smooth or Pitched by Unilock (same as steps, kitchen, and seating wall)

License #: 802082183

Phone: (586) 383-8308

- Dimensions for paver block for fire pit: (Approx. 1.5' tall, 3x6')
  - Approx. 27 phase ft. x $75= $2,025 (listed above)

**Planting - $12,132.50**

- Excavate for plants that have been approved by homeowner
- Install all plants
- Excavate 1.5X height and 2X width of plant
- Each plant will be installed with fresh topsoil and native soil to ensure proper growth
  - Topsoil: Approx. 13 yds. x $65= $845
- *Location of plants are specified in plan*

- (40) 5' Degroot Spire Arborvitae: 40 x $165= $6,600
- (39) 12" Green Velvet Boxwood: 39 x $62.50= $2,437.50
- (6) #2 Cypress Golden Mop: 6 x $40= $240
- (8) #3 Incrediball Hydrangea: 8 x $65= $520
- (4) #3 Pinky Winky Hydrangea: 4 x $65= $260
- (5) #3 Double Knockout Pink Rosewood: 5 x $40= $200
- (2) 2" trunk Fastigiata European Hornbeam Tree: 2 x $515= $1,030

**Decorative Stone - $4,231.70**

- Grading and compaction to receive stone
- Landscape fabric will be stapled underneath stone
- Install stone 2-3 inches thick to prevent weeds

Stone Details - Black Ice Medium from our supplier Rocks n Roots - Enough to cover approx. 1,515 sq. ft. + 640 sq. ft for fenced in units area= 2,155 sq. ft. total

- Material Cost: 22 tons x $112.35= $2,471.70
- Labor and delivery: 22 tons x $80= $1,760
  - Total= $4,231.70

**Sprinkler System and Drip Irrigation - $2,400**

- Sprinkler system for front and back yard
- Will need approx. 2 zones in back and 3 in front
  - 5 zones x $380= $1,900
- Connect to controller and timer
- Each plant will have a drip emitter - $500

License #: 802082183

Phone: (586) 383-8308

**Lighting - $7,795**

- Assemble lights
- Attach transformer to home with photocell, auto on/off - $850
- Place lights in correct location specified on plan
- Run 12-2 cable to each fixture starting at transformer
- Splice each fixture into main cable, will leave 3' of excess wire to allow for adjustment
- Mount each fixture
- Make sure all wires are buried properly
- Connect cable to transformer box
- Adjust position of lighting

Type of lights to be installed:

- (36) Hyve 22 RVS lights by In-Lite: (Circle lights drilled into brick pavers) 10 around pool, 2 by seating wall, 3 by outdoor kitchen, 2 by back patio steps, 8 in front walkway, 11 on driveway ribbons)
    - Material+delivery: 36 x $55= $1,980
    - Labor to install: 36 x $100= $3,600
        - Total= $5,580
- (7) Scope lights by In-Lite: (Spotlights in front inside landscape beds) 3 in right landscape bed, 4 in limestone bed on left)
    - Material+delivery: 7 x $105= $735
    - Labor to install: 7 x $90= $630
        - Total= $1,365

**Artificial Turf - $15,906**

- Demolition
- Excavate 4 inches
- Grade and compact to receive gravel
- Add 3-4 inches of base rock
- Rake and compact
- Middle of base will be 1' higher to ensure good drainage and authenticity
- Compact gravel
- Install synthetic turf
- Nail turf in place and seam together if needed.
- Cut turf to fit the landscape
- Add silica sand and use powerbrush push sand into grass blades
- Level out any low spots
- Clean up and dispose of all materials

Dimensions: 15x37' in back by pool, 23x33.5' by driveway
- 555 sq. ft. x $12= $6,660
- 770.5 sq. ft. x $12= $9,246

License #: 802082183

Phone: (586) 383-8308

## Artificial Living Wall - $1,565

- Installed on one fence panel facing dining room area
- Using Fire Retardant, UV Rated, Outdoor Artificial Boxwood Foliage
- Material is approx. 1 inch thick
- Boxwood mat
  - Material and shipping cost: $275
  - Labor to install and adhere to fence: $350
    - Total= $625
- (2) 9.5' UV Rated, Outdoor Artificial Flowering Bougainvillea Vines, cut and placed in multiple areas on fence panel for some color
  - Choose from 5 colors: fuschia, peach, lavender, red, white/cream, or purple
    - Material and shipping cost: $70 x 2= $140
    - Labor to install and adhere to boxwood mat wall: $200
      - Total= $340

Artificial wall material cost only $600

 

## Sod - $3,500

- Topsoil will be installed as base
  - Topsoil: Approx. 30 yds. x $55= $1,650
- New, fresh rolls of sod will be installed
- Sod will be laid out as specified in diagram/homeowner specs

Sod Details: For front yard
- Approx. 3,700 sq. ft. for front yard only
  - 3,700 x $0.50= $1,850

License #: 802082183

Phone: (586) 383-8308

**Idea builders subcontracting overhead - ~~$20,000~~ $10,000**

Idea builders are taking all payments from Ratnesh and cutting Exigent a check immediately for all progress payments. Exigent Is taking over all exterior work.

**Vinyl Fence - $19,800**

- 328 linear ft white vinyl fence with lattice design on top (similar to picture below)
- Pour footings 42" minimum, per code
- 2 6' gates



photo courtesy of - Paramount Fence - www.paramountfenceco.com

*Upgrade to Jewelscapes glass finish for the pool for paying 150K up front*

**Porch - ~~$7,400~~ $3,000 Porch to be determined**

- Build porch out of brick pavers and paver block
- ~~Dimensions: 275 sq ft for pavers = $4,400~~
- Porch wall: Approx. 60 ft. long total and 1' tall= $3,000
- Retaining wall around porch built using U-Cara paver block, same block as fire pit and outdoor kitchen
- Porch floor built using same brick pavers as around pool

License #: 802082183

Phone: (586) 383-8308



**2 more panels of artificial turf, material cost only $400**

→ ~~Total Investment - $322,795.70 (minus $2,500 credit= $320,295.70)~~ (minus changes made after initial signing= $308,395.70)

_____
Homeowner's Initials Acknowledging Total Investment+Progress Payment Schedule

*Note that if for any progress payment homeowner chooses to pay with a credit card, there will be an additional 3% convenience fee added to amount.**

**The 3% fee is an additional fee and does not count towards the rest of the progress payments.

**Terms & Conditions of this quote, as well as any change order thereafter-**

These terms & conditions protect Exigent Landscaping, LLC as well as the homeowner if any issues should arise. Please review carefully.

**General Contract Terms:**

1. Exigent's employees stand behind all their work, if any problems with install come up, contact us.
2. Add-ons/extras must be paid upon completion or immediately.

License #: 802082183

Phone: (586) 383-8308

3. Both parties are entitled to a filled out copy of agreement, signed by homeowner and contractor.
4. By signing, homeowner agrees to everything stated in contract.
5. If there is a change order, a revision will be sent through email.
6. Before work is started on property, Exigent will call Miss Dig to mark utilities. Please do not disturb these markings as they are important to us to know where these utilities are at time of project. If any sprinkler lines are damaged by Exigent we will fix it and homeowner will not incur cost. We are not liable for any other damaged utility lines, including but not limited, to cable, gas, water, etc.
7. If an item is not stated in this contract, it is NOT included. Nothing in designs are included if they are not listed on here, ex. Outdoor furniture, coping on steps, etc. Designs only provide homeowner with a vision, they are never 100% exact.
8. All prices in any contract provided by Exigent are only good for 30 days from the date listed in the top right corner of front page of quotes. After 30 days, prices may rise due to changes in gas prices, material prices rising, etc.
9. If an item/service listed in this contract can no longer be performed/purchased by Exigent once job is started for whatever reason, Exigent is no longer liable to perform/purchase item/service and homeowner will be notified and fully refunded for that item/service. Ex. if type of paver(s) get discontinued, etc.
10. Exigent is not responsible for pets that get loose. Exigent is also not responsible if they hit an invisible fence line. This must be marked out by homeowner before Exigent initiates work.
11. Exigent will clean up job sites end of day as best as possible, however, homeowner's property/surrounding area(s) will not be cleaned up 100% until Exigent is completely finished with the job.
12. If another contractor/company is ever present during the course of Exigent's working period, Exigent can not be held liable for any damage that occurs to the homeowner's property.
13. If a permit/architect plan payment is not listed above, but becomes needed at any point during project, a charge will incur a minimum of $150 to a maximum of $3,000 depending on size of project.
14. If final payment, including payment of all change orders, is not received on the day of completion, payment is subject to late fees. If payment is not received after 30 days, Exigent is subject to place a lien on homeowner's property. If at any point during the project a progress payment is not paid, Exigent reserves the right to commence work until payment is received.
15. Down payments are non-refundable.
16. Once contract is signed, homeowner agrees to make no changes to contract that will lower the contract signing price by 20% or more.
17. Unknown conditions are not Exigent's responsibility.
18. All claims and disputes arising under or relating to this Contract are to be settled by binding arbitration in the state of Michigan or another location mutually agreeable to the parties. An award of arbitration may be confirmed in a court of competent jurisdiction.

**Materials:**

1. Materials cannot be changed once purchased by Exigent. Location of patio, ledgerock, limestone, etc. cannot be changed once base has begun to be dug by Exigent.
2. If more material is needed for any scope of work, sqft or cost per item will be re-measured and multiplied by amount charged.
3. Any leftover materials/tools are property of Exigent. In many cases we have to purchase full pallets of brick, or an even tonnage of limestone from our supplier, but the homeowner is only paying for what is listed on quote/invoice.
4. All concrete types (white, stamped, and aggregate) are mixed on site before being poured by our concrete company. Color will almost never be exact as color promised, however 90% of time concrete will be very similar. Exigent is not responsible if color is not exact. Patio/walkway/etc. will be installed as is. If color is not

License #: 802082183

Phone: (586) 383-8308

to homeowner's standards, Exigent is not responsible to rip out patio/walkway/etc. or pay for new concrete load.

5. If homeowner purchases any material, we are not responsible for the trash/debris associated with that material. As well as if homeowner has other contractor(s) on site, we are not responsible for their trash/debris.

## Warranties:

1. Exigent is not responsible for any weeds after install. Weedblock/landscape fabric is not a guarantee.
2. It is homeowner's responsibility to maintain all aspects of landscaping after install. A professional company should be hired afterwards to maintain all living items such as trees, shrubs, etc. as well as any maintenance needed/desired for hardscape.
3. Exigent is not responsible for damage to existing concrete driveways/sidewalks/walkways on homeowner's property. Exigent's machines are made to not crack cement, however, if the cement does crack that means the base was never installed properly and Exigent cannot be held responsible.
4. Exigent warranties concrete for 1 month after install.
5. Exigent provides a 3-year limited warranty on brick paver labor. If a brick paver itself cracks or is damaged, all manufacturers have a lifetime warranty and Exigent will just charge a $95 service fee for labor to come out to replace it. The warranty covers settling and paver shifting. Warranty does not cover self-inflicted damage, salt damage, or causes by natural disaster(s).
6. Some paver blocks may tend to chip. Exigent is not responsible for any chips in block. Unfortunately, we have no control over the pallet choice at our supplier. However, we will do our best to hide chips in block.
7. Exigent does not manufacture its brick pavers, therefore, if paver(s) produce efflofloresence this is not Exigent's fault and they will not compensate homeowners for new pavers nor will they re-install new ones without charging for additional labor. However, Exigent will help homeowner coordinate with Pavers' Manufacturer to see what the Manufacturer can do for homeowner.
8. Exigent provides a 1 year warranty on all composite decks. The warranty covers only issues with labor that arise, this warranty does not cover physical damage to deck, damage to wood, or damage caused by natural disasters or self-inflicted damage.
9. In-lite lights come with a 3-year limited warranty. Exigent warranties their labor in installing them for 1 year. Warranty doesn't cover physical damage, self-inflicted damage, damage caused by natural disasters, or water damage.
10. There are no warranties on plants/shrubs/trees/flowers.
11. There is no warranty on re-planted/transplanted plants/shrubs/trees/flowers.
12. There are no warranties on sod/seed and straw.
13. Exigent is not responsible for any rotting wood after install.
14. Exigent is not liable for any damage caused to any scope of work due to natural disasters.
15. Warranties on all products bought from suppliers, other than pavers and paver block, such as outdoor fridges, outdoor/indoor fireplaces, outdoor sinks, etc. all follow original manufacturers' warranties. Exigent does not provide any extra warranty on these products.
16. Any and all invoices not paid in full will result in no warranty on work completed by Exigent.

**Homeowner's Signature (as well as initial on investment amount):**

**License #: 802082183**

**Phone: (586) 383-8308**

**Page 15**

Name _____Date:

Signature _____

**Exigent's Salesman's Signature:**

Name _____ Date:

Signature _____

License #: 802082183

Phone: (586) 383-8308

# EXHIBIT B



Date: 06-11-2020

## Fire Bowl Burners Change Order

Ratnesh

232 Forest Ave.

Royal Oak, MI 48067

ratnesh.mehra@gmail.com

Dear Ratnesh,

Thank you for the opportunity to submit the following quotation. Listed below is a complete breakdown of the scope of work.

**Scope of Work**

### Fire Bowl Pillars - $9,970

- Excavate and remove soil
- Base will be 6" thick
- Sand will be installed for leveling
- Finishing cap will be placed on top and secured with adhesive
- Paver Block to be installed: U-Cara Pitched or Smooth by Unilock with custom limestone caps on each pillar
- Included in quote is fire brick installed between bowl and pillar cap so caps do not crack from heat of bowls
- Please note the fire burner bowls quoted below have a tendency to change to a darker color after a few uses. If you desire the consistent copper color we recommend upgrading to another brand that offers a very similar copper bowl, just 1 inch shorter and these bowls are $915 more each. (Pictured below bowls that were quoted)

- Pillars (Approx. 3' tall, 2x2', 2 pillars total on far side of pool in each corner)
  - Approx. 24 phase ft. total x $80= $1,920
  - 2 pillar caps x $300= $600
    - Total= $2,520
- Fire burner bowls (Installed on both pillars, Copper bowls, 12" tall, 32" overall depth, 16" wide at bottom, match lit)
  - 2 x $2,600= $5,200
- Fire rock (Black Lava Rock) to put inside bowls, approx. 8 bags total for both fire bowl burners - $250
- Licensed plumber to run gas line to both bowls, pulling all necessary permits and passing all necessary inspections
  - 2 x $1,000= $2,000

License #: 802082183

Phone: (586) 383-8308



*Fire Burner Bowl*



*Black Lava Rock*



*Other Copper Fire Bowl Option, $915 more per bowl*

License #: 802082183

Phone: (586) 383-8308

→ **Total Investment for Fire Bowls + Pillars - $9,970**

## Automatic Gate

**Scope of Work**

**Fence - $19,990**

- Removal and disposal of existing fence
- Demolition of concrete post holes
- Cantilever Sliding Gate (6' Tall, 15' wide) (Black) with arched spear top - $12,700
- Royal Oak City Permit Fee - $90
- LiftMaster MyQ internet gateway to connect to cell phone app- $600
- Heavy duty Residential gear drive slide gate operator- $6,600



*Fence in picture is similar style to what will be installed*

→ **Total Investment for Gate - $19,990 (minus $200 for referral bonus, more bonus if we close the referral :) ) Total= $19,790**

→ **Total Investment of Both Change Orders- $29,760**

License #: 802082183

Phone: (586) 383-8308

_____

**Homeowner's Initials Acknowledging Total Investment+Progress Payment Schedule**

*Note that if for any progress payment homeowner chooses to pay with a credit card, there will be an additional 3% convenience fee added to amount.**

**The 3% fee is an additional fee and does not count towards the rest of the progress payments.

**<u>Terms & Conditions of this quote, as well as any change order thereafter-</u>**

These terms & conditions protect Exigent Landscaping, LLC as well as the homeowner if any issues should arise.

Please review carefully.

**<u>General Contract Terms:</u>**

1. Exigent's employees stand behind all their work, if any problems with install come up, contact us.
2. Add-ons/extras must be paid upon completion or immediately.
3. Both parties are entitled to a filled out copy of agreement, signed by homeowner and contractor.
4. By signing, homeowner agrees to everything stated in contract.
5. If there is a change order, a revision will be sent through email.
6. Before work is started on property, Exigent will call Miss Dig to mark utilities. Please do not disturb these markings as they are important to us to know where these utilities are at time of project. If any sprinkler lines are damaged by Exigent we will fix it and homeowner will not incur cost. We are not liable for any other damaged utility lines, including but not limited, to cable, gas, water, etc.
7. If an item is not stated in this contract, it is NOT included. Nothing in designs are included if they are not listed on here, ex. Outdoor furniture, coping on steps, etc. Designs only provide homeowner with a vision, they are never 100% exact.
8. All prices in any contract provided by Exigent are only good for 30 days from the date listed in the top right corner of front page of quotes. After 30 days, prices may rise due to changes in gas prices, material prices rising, etc.
9. If an item/service listed in this contract can no longer be performed/purchased by Exigent once job is started for whatever reason, Exigent is no longer liable to perform/purchase item/service and homeowner will be notified and fully refunded for that item/service. Ex. if type of paver(s) get discontinued, etc.
10. Exigent is not responsible for pets that get loose. Exigent is also not responsible if they hit an invisible fence line. This must be marked out by homeowner before Exigent initiates work.
11. Exigent will clean up job sites end of day as best as possible, however, homeowner's property/surrounding area(s) will not be cleaned up 100% until Exigent is completely finished with the job.
12. If another contractor/company is ever present during the course of Exigent's working period, Exigent can not be held liable for any damage that occurs to the homeowner's property.
13. If a permit/architect plan payment is not listed above, but becomes needed at any point during project, a charge will incur a minimum of $150 to a maximum of $3,000 depending on size of project.
14. In pool quotes, water is not included in the quote. We will fill pool with homeowner's water. Covers are also not included unless stated otherwise in pool section of quote.
15. If final payment, including payment of all change orders, is not received on the day of completion, payment is subject to late fees. If payment is not received after 30 days, Exigent is subject to place a lien on

License #: 802082183

Phone: (586) 383-8308

homeowner's property. If at any point during the project a progress payment is not paid, Exigent reserves the right to commence work until payment is received.

16. We are not responsible for HOA approval.
17. Down payments are non-refundable.
18. Once contract is signed, homeowner agrees to make no changes to contract that will lower the contract signing price by 20% or more.
19. Unknown conditions are not Exigent's responsibility.
20. All claims and disputes arising under or relating to this Contract are to be settled by binding arbitration in the state of Michigan or another location mutually agreeable to the parties. An award of arbitration may be confirmed in a court of competent jurisdiction.

## Materials:

1. Materials cannot be changed once purchased by Exigent. Location of patio, ledgerock, limestone, etc. cannot be changed once base has begun to be dug by Exigent.
2. If more material is needed for any scope of work, sqft or cost per item will be re-measured and multiplied by amount charged.
3. Any leftover materials/tools are property of Exigent. In many cases we have to purchase full pallets of brick, or an even tonnage of limestone from our supplier, but the homeowner is only paying for what is listed on quote/invoice.
4. All concrete types (white, stamped, and aggregate) are mixed on site before being poured by our concrete company. Color will almost never be exact as color promised, however 90% of time concrete will be very similar. Exigent is not responsible if color is not exact. Patio/walkway/etc. will be installed as is. If color is not to homeowner's standards, Exigent is not responsible to rip out patio/walkway/etc. or pay for new concrete load.
5. If homeowner purchases any material, we are not responsible for the trash/debris associated with that material. As well as if homeowner has other contractor(s) on site, we are not responsible for their trash/debris.

## Warranties:

1. Exigent is not responsible for any weeds after install. Weedblock/landscape fabric is not a guarantee.
2. It is homeowner's responsibility to maintain all aspects of landscaping after install. A professional company should be hired afterwards to maintain all living items such as trees, shrubs, etc. as well as any maintenance needed/desired for hardscape.
3. Exigent is not responsible for damage to existing concrete driveways/sidewalks/walkways on homeowner's property. Exigent's machines are made to not crack cement, however, if the cement does crack that means the base was never installed properly and Exigent cannot be held responsible.
4. Exigent warranties white concrete/exposed aggregate/stamped concrete for 1 month after install.
5. Exigent provides a 3-year limited warranty on brick paver labor. If a brick paver itself cracks or is damaged, all manufacturers have a lifetime warranty and Exigent will just charge a $95 service fee for labor to come out to replace it. The warranty covers settling and paver shifting. Warranty does not cover self-inflicted damage, salt damage, or causes by natural disaster(s).
6. Some paver blocks may tend to chip. Exigent is not responsible for any chips in block. Unfortunately, we have no control over the pallet choice at our supplier. However, we will do our best to hide chips in block.
7. Exigent does not manufacture its brick pavers, therefore, if paver(s) produce efffloresence this is not Exigent's fault and they will not compensate homeowners for new pavers nor will they re-install new ones

License #: 802082183

Phone: (586) 383-8308

without charging for additional labor. However, Exigent will help homeowner coordinate with Pavers' Manufacturer to see what the Manufacturer can do for homeowner.

8. Exigent provides a 1 year warranty on all composite decks. The warranty covers only issues with labor that arise, this warranty does not cover physical damage to deck, damage to wood, or damage caused by natural disasters or self-inflicted damage.

9. In-lite lights come with a 3-year limited warranty. Exigent warranties their labor in installing them for 1 year. Warranty doesn't cover physical damage, self-inflicted damage, damage caused by natural disasters, or water damage.

10. There are no warranties on plants/shrubs/trees/flowers.

11. There is no warranty on re-planted/transplanted plants/shrubs/trees/flowers.

12. There are no warranties on sod/seed and straw.

13. Exigent is not responsible for any rotting wood after install.

14. Exigent is not liable for any damage caused to any scope of work due to natural disasters.

15. Warranties on all products bought from suppliers, other than pavers and paver block, such as outdoor fridges, outdoor/indoor fireplaces, outdoor sinks, etc. all follow original manufacturers' warranties. Exigent does not provide any extra warranty on these products.

16. Any and all invoices not paid in full will result in no warranty on work completed by Exigent.

**Homeowner's Signature (as well as initial on investment amount):**

Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _Date: _ _ _

Signature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Exigent's Salesman's Signature:**

Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ Date: _ _ _

Signature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

License #: 802082183

Phone: (586) 383-8308



Date: 06-30-2020

Ratnesh

232 Forest Ave.

Royal Oak, MI 48067

Dear Ratnesh,

Thank you for the opportunity to submit the following quotation. We would love to get this project on our schedule.

Listed below is a complete breakdown of the scope of work.

**Scope of Work**

**Updated Walls for Pool - $5,512.50**

- Updated benches and steps for pool
- Extra framing extra rebar
- Total phase footage:
  - 122.5 phase ft. x $45= $5,512.50
  - There will be 8" of water on sundeck and then 3 8"steps
  - Added bench seating around hot tub



License #: 802082183

Phone: (586) 383-8308



**Proposed Change - $1,800**

- Negative edge on 4 sides

License #: 802082183

Phone: (586) 383-8308



→ Total Investment - $7,312.50
→ Remaining credit $2,500

Price after using credit $4,812

_____

**Homeowner's Initials Acknowledging Total Investment+Progress Payment Schedule**

*Note that if for any progress payment homeowner chooses to pay with a credit card, there will be an additional 3% convenience fee added to amount.**

**The 3% fee is an additional fee and does not count towards the rest of the progress payments.

**Terms & Conditions of this quote, as well as any change order thereafter-**

License #: 802082183
Phone: (586) 383-8308

These terms & conditions protect Exigent Landscaping, LLC as well as the homeowner if any issues should arise.

Please review carefully.

### General Contract Terms:

1. Exigent's employees stand behind all their work, if any problems with install come up, contact us.
2. Add-ons/extras must be paid upon completion or immediately.
3. Both parties are entitled to a filled out copy of agreement, signed by homeowner and contractor.
4. By signing, homeowner agrees to everything stated in contract.
5. If there is a change order, a revision will be sent through email.
6. Before work is started on property, Exigent will call Miss Dig to mark utilities. Please do not disturb these markings as they are important to us to know where these utilities are at time of project. If any sprinkler lines are damaged by Exigent we will fix it and homeowner will not incur cost. We are not liable for any other damaged utility lines, including but not limited, to cable, gas, water, etc.
7. If an item is not stated in this contract, it is NOT included. Nothing in designs are included if they are not listed on here, ex. Outdoor furniture, coping on steps, etc. Designs only provide homeowner with a vision, they are never 100% exact.
8. All prices in any contract provided by Exigent are only good for 30 days from the date listed in the top right corner of front page of quotes. After 30 days, prices may rise due to changes in gas prices, material prices rising, etc.
9. Return check fee= $40
10. For any interior work, Exigent asks homeowner to please remove all valuables from room and cover any furniture with plastic/tarps as dust/debris may collect during work.
11. If an item/service listed in this contract can no longer be performed/purchased by Exigent once job is started for whatever reason, Exigent is no longer liable to perform/purchase item/service and homeowner will be notified and fully refunded for that item/service. Ex. if type of paver(s) get discontinued, etc.
12. Exigent is not responsible for pets that get loose. Exigent is also not responsible if they hit an invisible fence line. This must be marked out by homeowner before Exigent initiates work.
13. Exigent will clean up job sites end of day as best as possible, however, homeowner's property/surrounding area(s) will not be cleaned up 100% until Exigent is completely finished with the job.
14. If another contractor/company is ever present during the course of Exigent's working period, Exigent can not be held liable for any damage that occurs to the homeowner's property.
15. If a permit/architect plan payment is not listed above, but becomes needed at any point during project, a charge will incur a minimum of $150 to a maximum of $3,000 depending on size of project.
16. In pool quotes, water is not included in the quote. We will fill pool with homeowner's water. Covers are also not included unless stated otherwise in pool section of quote.
17. If final payment, including payment of all change orders, is not received on the day of completion, payment is subject to late fees. If payment is not received after 30 days, Exigent is subject to place a lien on homeowner's property. If at any point during the project a progress payment is not paid, Exigent reserves the right to commence work until payment is received.
18. We are not responsible for HOA approval.
19. Down payments are non-refundable.
20. Once contract is signed, homeowner agrees to make no changes to contract that will lower the contract signing price by 20% or more.
21. Unknown conditions are not Exigent's responsibility.

License #: 802082183

Phone: (586) 383-8308

22. All claims and disputes arising under or relating to this Contract are to be settled by binding arbitration in the state of Michigan or another location mutually agreeable to the parties. An award of arbitration may be confirmed in a court of competent jurisdiction.

## Materials:

1. Materials cannot be changed once purchased by Exigent. Location of patio, ledgerock, limestone, etc. cannot be changed once base has begun to be dug by Exigent.
2. If more material is needed for any scope of work, sqft or cost per item will be re-measured and multiplied by amount charged.
3. Any leftover materials/tools are property of Exigent. In many cases we have to purchase full pallets of brick, or an even tonnage of limestone from our supplier, but the homeowner is only paying for what is listed on quote/invoice.
4. All concrete types (white, stamped, and aggregate) are mixed on site before being poured by our concrete company. Color will almost never be exact as color promised, however 90% of time concrete will be very similar. Exigent is not responsible if color is not exact. Patio/walkway/etc. will be installed as is. If color is not to homeowner's standards, Exigent is not responsible to rip out patio/walkway/etc. or pay for new concrete load.
5. If homeowner purchases any material, we are not responsible for the trash/debris associated with that material. As well as if homeowner has other contractor(s) on site, we are not responsible for their trash/debris.

## Warranties:

1. Exigent is not responsible for any weeds after install. Weedblock/landscape fabric is not a guarantee.
2. It is homeowner's responsibility to maintain all aspects of landscaping after install. A professional company should be hired afterwards to maintain all living items such as trees, shrubs, etc. as well as any maintenance needed/desired for hardscape.
3. Exigent is not responsible for damage to existing concrete driveways/sidewalks/walkways on homeowner's property. Exigent's machines are made to not crack cement, however, if the cement does crack that means the base was never installed properly and Exigent cannot be held responsible.
4. Exigent warranties white concrete/exposed aggregate/stamped concrete for 1 month after install.
5. Exigent provides a 3-year limited warranty on brick paver labor. If a brick paver itself cracks or is damaged, all manufacturers have a lifetime warranty and Exigent will just charge a $95 service fee for labor to come out to replace it. The warranty covers settling and paver shifting. Warranty does not cover self-inflicted damage, salt damage, or causes by natural disaster(s).
6. Some paver blocks may tend to chip. Exigent is not responsible for any chips in block. Unfortunately, we have no control over the pallet choice at our supplier. However, we will do our best to hide chips in block.
7. Exigent does not manufacture its brick pavers, therefore, if paver(s) produce efflofloresence this is not Exigent's fault and they will not compensate homeowners for new pavers nor will they re-install new ones without charging for additional labor. However, Exigent will help homeowner coordinate with Pavers' Manufacturer to see what the Manufacturer covers for homeowner.
8. Exigent provides a 1 year warranty on all composite decks. The warranty covers only issues with labor that arise, this warranty does not cover physical damage to deck, damage to wood, or damage caused by natural disasters or self-inflicted damage.
9. In-lite lights come with a 3-year limited warranty. Exigent warranties their labor in installing them for 1 year. Warranty doesn't cover physical damage, self-inflicted damage, damage caused by natural disasters, or water damage.
10. There are no warranties on plants/shrubs/trees/flowers.

License #: 802082183

Phone: (586) 383-8308

11. There is no warranty on re-planted/transplanted plants/shrubs/trees/flowers.
12. There are no warranties on sod/seed and straw.
13. Exigent is not responsible for any rotting wood after install.
14. Exigent is not liable for any damage caused to any scope of work due to natural disasters.
15. Warranties on all products bought from suppliers, other than pavers and paver block, such as outdoor fridges, outdoor/indoor fireplaces, outdoor sinks, etc. all follow original manufacturers' warranties. Exigent does not provide any extra warranty on these products.
16. Any and all invoices not paid in full will result in no warranty on work completed by Exigent.

**Homeowner's Signature (as well as initial on investment amount):**

Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _Date:

Signature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Exigent's Salesman's Signature:**

Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ Date:

Signature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

License #: 802082183

Phone: (586) 383-8308



Date: 07-13-2020

Ratnesh

232 Forest Ave.

Royal Oak, MI 48067

Dear Ratnesh,

Thank you for the opportunity to submit the following quotation. We would love to get this project on our schedule.
Listed below is a complete breakdown of the scope of work.

**Scope of Work**

**Upgrade Pool Coping - $1,649**

- Upgrade from Unilock Brussels Fullnose Coping to natural limestone coping

**Porch - $7,290**

- Pavers to be installed for porch: Town Hall in the color Basalt, herringbone pattern
- Approx. 315 sq ft. x $16= $5,040
- Coping for porch, Ledgestone coping by Unilock: Approx. 50 linear ft. x $45= $2,250

→ **Total Investment - $8,939**

_____ _____

**Homeowner's Initials Acknowledging Total Investment+Progress Payment Schedule**

*Note that if for any progress payment homeowner chooses to pay with a credit card, there will be an additional 3%
convenience fee added to amount.**

**The 3% fee is an additional fee and does not count towards the rest of the progress payments.

**Terms & Conditions of this quote, as well as any change order thereafter-**

License #: 802082183

Phone: (586) 383-8308

These terms & conditions protect Exigent Landscaping, LLC as well as the homeowner if any issues should arise.

Please review carefully.

**General Contract Terms:**

1. Exigent's employees stand behind all their work, if any problems with install come up, contact us.
2. Add-ons/extras must be paid upon completion or immediately.
3. Both parties are entitled to a filled out copy of agreement, signed by homeowner and contractor.
4. By signing, homeowner agrees to everything stated in contract.
5. If there is a change order, a revision will be sent through email.
6. Before work is started on property, Exigent will call Miss Dig to mark utilities. Please do not disturb these markings as they are important to us to know where these utilities are at time of project. If any sprinkler lines are damaged by Exigent we will fix it and homeowner will not incur cost. We are not liable for any other damaged utility lines, including but not limited, to cable, gas, water, etc.
7. If an item is not stated in this contract, it is NOT included. Nothing in designs are included if they are not listed on here, ex. Outdoor furniture, coping on steps, etc. Designs only provide homeowner with a vision, they are never 100% exact.
8. All prices in any contract provided by Exigent are only good for 30 days from the date listed in the top right corner of front page of quotes. After 30 days, prices may rise due to changes in gas prices, material prices rising, etc.
9. Return check fee= $40
10. For any interior work, Exigent asks homeowner to please remove all valuables from room and cover any furniture with plastic/tarps as dust/debris may collect during work.
11. If an item/service listed in this contract can no longer be performed/purchased by Exigent once job is started for whatever reason, Exigent is no longer liable to perform/purchase item/service and homeowner will be notified and fully refunded for that item/service. Ex. if type of paver(s) get discontinued, etc.
12. Exigent is not responsible for pets that get loose. Exigent is also not responsible if they hit an invisible fence line. This must be marked out by homeowner before Exigent initiates work.
13. Exigent will clean up job sites end of day as best as possible, however, homeowner's property/surrounding area(s) will not be cleaned up 100% until Exigent is completely finished with the job.
14. If another contractor/company is ever present during the course of Exigent's working period, Exigent can not be held liable for any damage that occurs to the homeowner's property.
15. If a permit/architect plan payment is not listed above, but becomes needed at any point during project, a charge will incur a minimum of $150 to a maximum of $3,000 depending on size of project.
16. In pool quotes, water is not included in the quote. We will fill pool with homeowner's water. Covers are also not included unless stated otherwise in pool section of quote.
17. If final payment, including payment of all change orders, is not received on the day of completion, payment is subject to late fees. If payment is not received after 30 days, Exigent is subject to place a lien on homeowner's property. If at any point during the project a progress payment is not paid, Exigent reserves the right to commence work until payment is received.
18. We are not responsible for HOA approval.
19. Down payments are non-refundable.
20. Once contract is signed, homeowner agrees to make no changes to contract that will lower the contract signing price by 20% or more.
21. Unknown conditions are not Exigent's responsibility.

License #: 802082183
Phone: (586) 383-8308

22. All claims and disputes arising under or relating to this Contract are to be settled by binding arbitration in the state of Michigan or another location mutually agreeable to the parties. An award of arbitration may be confirmed in a court of competent jurisdiction.

## Materials:

1. Materials cannot be changed once purchased by Exigent. Location of patio, ledgerock, limestone, etc. cannot be changed once base has begun to be dug by Exigent.
2. If more material is needed for any scope of work, sqft or cost per item will be re-measured and multiplied by amount charged.
3. Any leftover materials/tools are property of Exigent. In many cases we have to purchase full pallets of brick, or an even tonnage of limestone from our supplier, but the homeowner is only paying for what is listed on quote/invoice.
4. All concrete types (white, stamped, and aggregate) are mixed on site before being poured by our concrete company. Color will almost never be exact as color promised, however 90% of time concrete will be very similar. Exigent is not responsible if color is not exact. Patio/walkway/etc. will be installed as is. If color is not to homeowner's standards, Exigent is not responsible to rip out patio/walkway/etc. or pay for new concrete load.
5. If homeowner purchases any material, we are not responsible for the trash/debris associated with that material. As well as if homeowner has other contractor(s) on site, we are not responsible for their trash/debris.

## Warranties:

1. Exigent is not responsible for any weeds after install. Weedblock/landscape fabric is not a guarantee.
2. It is homeowner's responsibility to maintain all aspects of landscaping after install. A professional company should be hired afterwards to maintain all living items such as trees, shrubs, etc. as well as any maintenance needed/desired for hardscape.
3. Exigent is not responsible for damage to existing concrete driveways/sidewalks/walkways on homeowner's property. Exigent's machines are made to not crack cement, however, if the cement does crack that means the base was never installed properly and Exigent cannot be held responsible.
4. Exigent warranties white concrete/exposed aggregate/stamped concrete for 1 month after install.
5. Exigent provides a 3-year limited warranty on brick paver labor. If a brick paver itself cracks or is damaged, all manufacturers have a lifetime warranty and Exigent will just charge a $95 service fee for labor to come out to replace it. The warranty covers settling and paver shifting. Warranty does not cover self-inflicted damage, salt damage, or causes by natural disaster(s).
6. Some paver blocks may tend to chip. Exigent is not responsible for any chips in block. Unfortunately, we have no control over the pallet choice at our supplier. However, we will do our best to hide chips in block.
7. Exigent does not manufacture its brick pavers, therefore, if paver(s) produce efflofloresence this is not Exigent's fault and they will not compensate homeowners for new pavers nor will they re-install new ones without charging for additional labor. However, Exigent will help homeowner coordinate with Pavers' Manufacturer to see what the Manufacturer can do for homeowner.
8. Exigent provides a 1 year warranty on all composite decks. The warranty covers only issues with labor that arise, this warranty does not cover physical damage to deck, damage to wood, or damage caused by natural disasters or self-inflicted damage.

License #: 802082183
Phone: (586) 383-8308

9. In-lite lights come with a 3-year limited warranty. Exigent warranties their labor in installing them for 1 year. Warranty doesn't cover physical damage, self-inflicted damage, damage caused by natural disasters, or water damage.
10. There are no warranties on plants/shrubs/trees/flowers.
11. There is no warranty on re-planted/transplanted plants/shrubs/trees/flowers.
12. There are no warranties on sod/seed and straw.
13. Exigent is not responsible for any rotting wood after install.
14. Exigent is not liable for any damage caused to any scope of work due to natural disasters.
15. Warranties on all products bought from suppliers, other than pavers and paver block, such as outdoor fridges, outdoor/indoor fireplaces, outdoor sinks, etc. all follow original manufacturers' warranties. Exigent does not provide any extra warranty on these products.
16. Any and all invoices not paid in full will result in no warranty on work completed by Exigent.

**Homeowner's Signature (as well as initial on investment amount):**

Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _Date:

Signature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Exigent's Salesman's Signature:**

Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ Date:

Signature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

License #: 802082183
Phone: (586) 383-8308



Change Order #4

Date: 08-24-2020

Ratnesh

232 Forest Ave.

Royal Oak, MI 48067

Dear Ratnesh,

Thank you for the opportunity to submit the following quotation. We would love to get this project on our schedule. Listed below is a complete breakdown of the scope of work.

**Scope of Work**

**Retaining Wall - Option A: $15,500**

- Approx. 300 phase ft. of wall:
    - U-Cara by Unilock (same as outdoor kitchen, steps, etc. on current project), pictured below
        - 300 phase ft.

**Paver Block Style/Pattern:**



License #: 802082183

Phone: (586) 383-8308

**Color options/styles for U-Cara Wall.** As always we recommend meeting at our supplier to see these options in person, the pictures do not do this material justice. Note: There is no price difference between pitched or smooth, and all colors are the same price. Many of our clients like to do the pitched wall as their main wall and add an accent border of another color in smooth:

**Option A: <u>Smooth</u>, more smooth and modern**



| *Fossil Smooth* | *Granite Fusion Smooth* | *Natural Smooth* |

*Sierra Smooth*

**Option B: <u>Pitched</u>, more rugged and rustic**



| *Fossil Pitched* | *Granite Fusion Pitched* | *Natural Pitched* |

License #: 802082183
Phone: (586) 383-8308



*Sierra Pitched*

## Upgraded Auto Gate - Custom Iron Driveway Gate - $13,010

- Design pictured below
- Measurement layout adjusted to existing layout
- One custom fabricated plasma cut sheet (cursive M) 2" x 2" square tubing, 5/8th pickets, curve layout 2 - 3" x 3" posts
- Special ordered operator & custom fabricated sliders (operator includes: button operated opener & closer)
- Custom powder coat finish - black
- (2) 4' holes dug for posts, cement mixed & poured
- Total: $33,000
- Minus credit from previously quoted gate= $19,990
- $33,000-19,990= $13,010



## Extras - $1,170

- Additional 10 sq. ft. of turf
  - 10 x $12= $120
- Additional 70 sq. ft. of pavers
  - 70 x $15= $1,050

License #: 802082183
Phone: (586) 383-8308

→ <u>Total Investment - $29,680 + $560 for gas meter= $30,240</u>

_____

**Homeowner's Initials Acknowledging Total Investment+Progress Payment Schedule**

*Note that if for any progress payment homeowner chooses to pay with a credit card, there will be an additional 3% convenience fee added to amount.**

**The 3% fee is an additional fee and does not count towards the rest of the progress payments.

<u>Terms & Conditions of this quote, as well as any change order thereafter-</u>

These terms & conditions protect Exigent Landscaping, LLC as well as the homeowner if any issues should arise.

Please review carefully.

<u>General Contract Terms:</u>

1. Exigent's employees stand behind all their work, if any problems with install come up, contact us.
2. Add-ons/extras must be paid upon completion or immediately.
3. Both parties are entitled to a filled out copy of agreement, signed by homeowner and contractor.
4. By signing, homeowner agrees to everything stated in contract.
5. If there is a change order, a revision will be sent through email.
6. Before work is started on property, Exigent will call Miss Dig to mark utilities. Please do not disturb these markings as they are important to us to know where these utilities are at time of project. If any sprinkler lines are damaged by Exigent we will fix it and homeowner will not incur cost. We are not liable for any other damaged utility lines, including but not limited, to cable, gas, water, etc.
7. If an item is not stated in this contract, it is NOT included. Nothing in designs are included if they are not listed on here, ex. Outdoor furniture, coping on steps, etc. Designs only provide homeowner with a vision, they are never 100% exact.
8. All prices in any contract provided by Exigent are only good for 30 days from the date listed in the top right corner of front page of quotes. After 30 days, prices may rise due to changes in gas prices, material prices rising, etc.
9. Return check fee= $40
10. For any interior work, Exigent asks homeowner to please remove all valuables from room and cover any furniture with plastic/tarps as dust/debris may collect during work.
11. If an item/service listed in this contract can no longer be performed/purchased by Exigent once job is started for whatever reason, Exigent is no longer liable to perform/purchase item/service and homeowner will be notified and fully refunded for that item/service. Ex. if type of paver(s) get discontinued, etc.
12. Exigent is not responsible for pets that get loose. Exigent is also not responsible if they hit an invisible fence line. This must be marked out by homeowner before Exigent initiates work.
13. Exigent will clean up job sites end of day as best as possible, however, homeowner's property/surrounding area(s) will not be cleaned up 100% until Exigent is completely finished with the job.

**License #: 802082183**

**Phone: (586) 383-8308**

14. If another contractor/company is ever present during the course of Exigent's working period, Exigent can not be held liable for any damage that occurs to the homeowner's property.
15. If a permit/architect plan payment is not listed above, but becomes needed at any point during project, a charge will incur a minimum of $150 to a maximum of $3,000 depending on size of project.
16. In pool quotes, water is not included in the quote. We will fill pool with homeowner's water. Covers are also not included unless stated otherwise in pool section of quote.
17. If final payment, including payment of all change orders, is not received on the day of completion, payment is subject to late fees. If payment is not received after 30 days, Exigent is subject to place a lien on homeowner's property. If at any point during the project a progress payment is not paid, Exigent reserves the right to commence work until payment is received.
18. We are not responsible for HOA approval.
19. Down payments are non-refundable.
20. Once contract is signed, homeowner agrees to make no changes to contract that will lower the contract signing price by 20% or more.
21. Unknown conditions are not Exigent's responsibility.
22. All claims and disputes arising under or relating to this Contract are to be settled by binding arbitration in the state of Michigan or another location mutually agreeable to the parties. An award of arbitration may be confirmed in a court of competent jurisdiction.

## Materials:

1. Materials cannot be changed once purchased by Exigent. Location of patio, ledgerock, limestone, etc. cannot be changed once base has begun to be dug by Exigent.
2. If more material is needed for any scope of work, sqft or cost per item will be re-measured and multiplied by amount charged.
3. Any leftover materials/tools are property of Exigent. In many cases we have to purchase full pallets of brick, or an even tonnage of limestone from our supplier, but the homeowner is only paying for what is listed on quote/invoice.
4. All concrete types (white, stamped, and aggregate) are mixed on site before being poured by our concrete company. Color will almost never be exact as color promised, however 90% of time concrete will be very similar. Exigent is not responsible if color is not exact. Patio/walkway/etc. will be installed as is. If color is not to homeowner's standards, Exigent is not responsible to rip out patio/walkway/etc. or pay for new concrete load.
5. If homeowner purchases any material, we are not responsible for the trash/debris associated with that material. As well as if homeowner has other contractor(s) on site, we are not responsible for their trash/debris.

## Warranties:

1. Exigent is not responsible for any weeds after install. Weedblock/landscape fabric is not a guarantee.
2. It is homeowner's responsibility to maintain all aspects of landscaping after install. A professional company should be hired afterwards to maintain all living items such as trees, shrubs, etc. as well as any maintenance needed/desired for hardscape.
3. Exigent is not responsible for damage to existing concrete driveways/sidewalks/walkways on homeowner's property. Exigent's machines are made to not crack cement, however, if the cement does crack that means the base was never installed properly and Exigent cannot be held responsible.
4. Exigent warranties white concrete/exposed aggregate/stamped concrete for 1 month after install.
5. Exigent provides a 3-year limited warranty on brick paver labor. If a brick paver itself cracks or is damaged, all manufacturers have a lifetime warranty and Exigent will just charge a $95 service fee for labor to come

License #: 802082183
Phone: (586) 383-8308

out to replace it. The warranty covers settling and paver shifting. Warranty does not cover self-inflicted damage, salt damage, or causes by natural disaster(s).

6. Some paver blocks may tend to chip. Exigent is not responsible for any chips in block. Unfortunately, we have no control over the pallet choice at our supplier. However, we will do our best to hide chips in block.

7. Exigent does not manufacture its brick pavers, therefore, if paver(s) produce efflofloresence this is not Exigent's fault and they will not compensate homeowners for new pavers nor will they re-install new ones without charging for additional labor. However, Exigent will help homeowner coordinate with Pavers' Manufacturer to see what the Manufacturer can do for homeowner.

8. Exigent provides a 1 year warranty on all composite decks. The warranty covers only issues with labor that arise, this warranty does not cover physical damage to deck, damage to wood, or damage caused by natural disasters or self-inflicted damage.

9. In-lite lights come with a 3-year limited warranty. Exigent warranties their labor in installing them for 1 year. Warranty doesn't cover physical damage, self-inflicted damage, damage caused by natural disasters, or water damage.

10. There are no warranties on plants/shrubs/trees/flowers.

11. There is no warranty on re-planted/transplanted plants/shrubs/trees/flowers.

12. There are no warranties on sod/seed and straw.

13. Exigent is not responsible for any rotting wood after install.

14. Exigent is not liable for any damage caused to any scope of work due to natural disasters.

15. Warranties on all products bought from suppliers, other than pavers and paver block, such as outdoor fridges, outdoor/indoor fireplaces, outdoor sinks, etc. all follow original manufacturers' warranties. Exigent does not provide any extra warranty on these products.

16. Any and all invoices not paid in full will result in no warranty on work completed by Exigent.


**Homeowner's Signature (as well as initial on investment amount):**

Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _Date:


Signature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _


**Exigent's Salesman's Signature:**

Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ Date:


Signature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _


License #: 802082183

Phone: (586) 383-8308



Date: 10-26-2020

Ratnesh

232 Forest Ave.

Royal Oak, MI 48067

Dear Ratnesh,

Thank you for the opportunity to submit the following quotation. We would love to get this project on our schedule. Listed below is a complete breakdown of the scope of work.

**Scope of Work**

**Driveway - $10,000**

- Upgrade from Exposed Aggregate to Belgard Melville Plank pavers
- Discount due to payment up front

**Upgraded Pool Tile - $4,990**

- Material cost only
- Discount due to payment up front

**Auto Cover - $6,950**

- Concrete support
- Hide aluminum lid
- New brackets
- New coping

**Heated Driveway - $22,490**

- Heated Driveway - $18,500
- Heated Front Walkway - $3,990
- 10 year warranty on heating elements through manufacturer
- 2 year warranty on relay and sensors through manufacturer
- Includes new panel in house

**DTE ESTIMATED COST - $TBD, but $990 for now**

- New service line to handle extra electrical done by DTE

License #: 802082183

Phone: (586) 383-8308

→ <u>**Total Investment - $45,420**</u>

_____

**Homeowner's Initials Acknowledging Total Investment+Progress Payment Schedule**

*Note that if for any progress payment homeowner chooses to pay with a credit card, there will be an additional 3% convenience fee added to amount.**

**The 3% fee is an additional fee and does not count towards the rest of the progress payments.

<u>**Terms & Conditions of this quote, as well as any change order thereafter-**</u>

These terms & conditions protect Exigent Landscaping, LLC as well as the homeowner if any issues should arise.

Please review carefully.

<u>**General Contract Terms:**</u>

1. Exigent's employees stand behind all their work, if any problems with install come up, contact us.
2. Add-ons/extras must be paid upon completion or immediately.
3. Both parties are entitled to a filled out copy of agreement, signed by homeowner and contractor.
4. By signing, homeowner agrees to everything stated in contract.
5. If there is a change order, a revision will be sent through email.
6. Before work is started on property, Exigent will call Miss Dig to mark utilities. Please do not disturb these markings as they are important to us to know where these utilities are at time of project. If any sprinkler lines are damaged by Exigent we will fix it and homeowner will not incur cost. We are not liable for any other damaged utility lines, including but not limited, to cable, gas, water, etc.
7. If an item is not stated in this contract, it is NOT included. Nothing in designs are included if they are not listed on here, ex. Outdoor furniture, coping on steps, etc. Designs only provide homeowner with a vision, they are never 100% exact.
8. All prices in any contract provided by Exigent are only good for 30 days from the date listed in the top right corner of front page of quotes. After 30 days, prices may rise due to changes in gas prices, material prices rising, etc.
9. Return check fee= $40
10. For any interior work, Exigent asks homeowner to please remove all valuables from room and cover any furniture with plastic/tarps as dust/debris may collect during work.
11. If an item/service listed in this contract can no longer be performed/purchased by Exigent once job is started for whatever reason, Exigent is no longer liable to perform/purchase item/service and homeowner will be notified and fully refunded for that item/service. Ex. if type of paver(s) get discontinued, etc.
12. Exigent is not responsible for pets that get loose. Exigent is also not responsible if they hit an invisible fence line. This must be marked out by homeowner before Exigent initiates work.
13. Exigent will clean up job sites end of day as best as possible, however, homeowner's property/surrounding area(s) will not be cleaned up 100% until Exigent is completely finished with the job.

License #: 802082183
Phone: (586) 383-8308

14. If another contractor/company is ever present during the course of Exigent's working period, Exigent can not be held liable for any damage that occurs to the homeowner's property.
15. If a permit/architect plan payment is not listed above, but becomes needed at any point during project, a charge will incur a minimum of $150 to a maximum of $3,000 depending on size of project.
16. In pool quotes, water is not included in the quote. We will fill pool with homeowner's water. Covers are also not included unless stated otherwise in pool section of quote.
17. If final payment, including payment of all change orders, is not received on the day of completion, payment is subject to late fees. If payment is not received after 30 days, Exigent is subject to place a lien on homeowner's property. If at any point during the project a progress payment is not paid, Exigent reserves the right to commence work until payment is received.
18. We are not responsible for HOA approval.
19. Down payments are non-refundable.
20. Once contract is signed, homeowner agrees to make no changes to contract that will lower the contract signing price by 20% or more.
21. Unknown conditions are not Exigent's responsibility.
22. All claims and disputes arising under or relating to this Contract are to be settled by binding arbitration in the state of Michigan or another location mutually agreeable to the parties. An award of arbitration may be confirmed in a court of competent jurisdiction.

## Materials:

1. Materials cannot be changed once purchased by Exigent. Location of patio, ledgerock, limestone, etc. cannot be changed once base has begun to be dug by Exigent.
2. If more material is needed for any scope of work, sqft or cost per item will be re-measured and multiplied by amount charged.
3. Any leftover materials/tools are property of Exigent. In many cases we have to purchase full pallets of brick, or an even tonnage of limestone from our supplier, but the homeowner is only paying for what is listed on quote/invoice.
4. All concrete types (white, stamped, and aggregate) are mixed on site before being poured by our concrete company. Color will almost never be exact as color promised, however 90% of time concrete will be very similar. Exigent is not responsible if color is not exact. Patio/walkway/etc. will be installed as is. If color is not to homeowner's standards, Exigent is not responsible to rip out patio/walkway/etc. or pay for new concrete load.
5. If homeowner purchases any material, we are not responsible for the trash/debris associated with that material. As well as if homeowner has other contractor(s) on site, we are not responsible for their trash/debris.

## Warranties:

1. Exigent is not responsible for any weeds after install. Weedblock/landscape fabric is not a guarantee.
2. It is homeowner's responsibility to maintain all aspects of landscaping after install. A professional company should be hired afterwards to maintain all living items such as trees, shrubs, etc. as well as any maintenance needed/desired for hardscape.
3. Exigent is not responsible for damage to existing concrete driveways/sidewalks/walkways on homeowner's property. Exigent's machines are made to not crack cement, however, if the cement does crack that means the base was never installed properly and Exigent cannot be held responsible.
4. Exigent warranties white concrete/exposed aggregate/stamped concrete for 1 month after install.
5. Exigent provides a 3-year limited warranty on brick paver labor. If a brick paver itself cracks or is damaged, all manufacturers have a lifetime warranty and Exigent will just charge a $95 service fee for labor to come

License #: 802082183

Phone: (586) 383-8308

Signature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Exigent's Salesman's Signature:**

Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ Date:

Signature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _



Date: 12-01-2020

Ratnesh

232 Forest Ave.

Royal Oak, MI 48067

Dear Ratnesh,

Thank you for the opportunity to submit the following quotation. We would love to get this project on our schedule. Listed below is a complete breakdown of the scope of work.

**Scope of Work**

**Granite - $5,400**

- Granite for outdoor kitchen

**Electrical - $2,000**

- Electrical installed by pillars and outdoor kitchen with USB plugs by kitchen

→ **Total Investment - $7,400**

_____

**Homeowner's Initials Acknowledging Total Investment+Progress Payment Schedule**

*Note that if for any progress payment homeowner chooses to pay with a credit card, there will be an additional 3% convenience fee added to amount.**

**The 3% fee is an additional fee and does not count towards the rest of the progress payments.

**Terms & Conditions of this quote, as well as any change order thereafter-**

These terms & conditions protect Exigent Landscaping, LLC as well as the homeowner if any issues should arise.

Please review carefully.

License #: 802082183

Phone: (586) 383-8308

**General Contract Terms:**

1. Exigent's employees stand behind all their work, if any problems with install come up, contact us.
2. Add-ons/extras must be paid upon completion or immediately.
3. Both parties are entitled to a filled out copy of agreement, signed by homeowner and contractor.
4. By signing, homeowner agrees to everything stated in contract.
5. If there is a change order, a revision will be sent through email.
6. Before work is started on property, Exigent will call Miss Dig to mark utilities. Please do not disturb these markings as they are important to us to know where these utilities are at time of project. If any sprinkler lines are damaged by Exigent we will fix it and homeowner will not incur cost. We are not liable for any other damaged utility lines, including but not limited, to cable, gas, water, etc.
7. If an item is not stated in this contract, it is NOT included. Nothing in designs are included if they are not listed on here, ex. Outdoor furniture, coping on steps, etc. Designs only provide homeowner with a vision, they are never 100% exact.
8. All prices in any contract provided by Exigent are only good for 30 days from the date listed in the top right corner of front page of quotes. After 30 days, prices may rise due to changes in gas prices, material prices rising, etc.
9. Return check fee= $40
10. For any interior work, Exigent asks homeowner to please remove all valuables from room and cover any furniture with plastic/tarps as dust/debris may collect during work.
11. If an item/service listed in this contract can no longer be performed/purchased by Exigent once job is started for whatever reason, Exigent is no longer liable to perform/purchase item/service and homeowner will be notified and fully refunded for that item/service. Ex. if type of paver(s) get discontinued, etc.
12. Exigent is not responsible for pets that get loose. Exigent is also not responsible if they hit an invisible fence line. This must be marked out by homeowner before Exigent initiates work.
13. Exigent will clean up job sites end of day as best as possible, however, homeowner's property/surrounding area(s) will not be cleaned up 100% until Exigent is completely finished with the job.
14. If another contractor/company is ever present during the course of Exigent's working period, Exigent can not be held liable for any damage that occurs to the homeowner's property.
15. If a permit/architect plan payment is not listed above, but becomes needed at any point during project, a charge will incur a minimum of $150 to a maximum of $3,000 depending on size of project.
16. In pool quotes, water is not included in the quote. We will fill pool with homeowner's water. Covers are also not included unless stated otherwise in pool section of quote.
17. If final payment, including payment of all change orders, is not received on the day of completion, payment is subject to late fees. If payment is not received after 30 days, Exigent is subject to place a lien on homeowner's property. If at any point during the project a progress payment is not paid, Exigent reserves the right to commence work until payment is received.
18. We are not responsible for HOA approval.
19. Down payments are non-refundable.
20. Once contract is signed, homeowner agrees to make no changes to contract that will lower the contract signing price by 20% or more.
21. Unknown conditions are not Exigent's responsibility.
22. All claims and disputes arising under or relating to this Contract are to be settled by binding arbitration in the state of Michigan or another location mutually agreeable to the parties. An award of arbitration may be confirmed in a court of competent jurisdiction.

License #: 802082183

Phone: (586) 383-8308

## Materials:

1. Materials cannot be changed once purchased by Exigent. Location of patio, ledgerock, limestone, etc. cannot be changed once base has begun to be dug by Exigent.
2. If more material is needed for any scope of work, sqft or cost per item will be re-measured and multiplied by amount charged.
3. Any leftover materials/tools are property of Exigent. In many cases we have to purchase full pallets of brick, or an even tonnage of limestone from our supplier, but the homeowner is only paying for what is listed on quote/invoice.
4. All concrete types (white, stamped, and aggregate) are mixed on site before being poured by our concrete company. Color will almost never be exact as color promised, however 90% of time concrete will be very similar. Exigent is not responsible if color is not exact. Patio/walkway/etc. will be installed as is. If color is not to homeowner's standards, Exigent is not responsible to rip out patio/walkway/etc. or pay for new concrete load.
5. If homeowner purchases any material, we are not responsible for the trash/debris associated with that material. As well as if homeowner has other contractor(s) on site, we are not responsible for their trash/debris.

## Warranties:

1. Exigent is not responsible for any weeds after install. Weedblock/landscape fabric is not a guarantee.
2. It is homeowner's responsibility to maintain all aspects of landscaping after install. A professional company should be hired afterwards to maintain all living items such as trees, shrubs, etc. as well as any maintenance needed/desired for hardscape.
3. Exigent is not responsible for damage to existing concrete driveways/sidewalks/walkways on homeowner's property. Exigent's machines are made to not crack cement, however, if the cement does crack that means the base was never installed properly and Exigent cannot be held responsible.
4. Exigent warranties white concrete/exposed aggregate/stamped concrete for 1 month after install.
5. Exigent provides a 3-year limited warranty on brick paver labor. If a brick paver itself cracks or is damaged, all manufacturers have a lifetime warranty and Exigent will just charge a $95 service fee for labor to come out to replace it. The warranty covers settling and paver shifting. Warranty does not cover self-inflicted damage, salt damage, or causes by natural disaster(s).
6. Some paver blocks may tend to chip. Exigent is not responsible for any chips in block. Unfortunately, we have no control over the pallet choice at our supplier. However, we will do our best to hide chips in block.
7. Exigent does not manufacture its brick pavers, therefore, if paver(s) produce efflofloresence this is not Exigent's fault and they will not compensate homeowners for new pavers nor will they re-install new ones without charging for additional labor. However, Exigent will help homeowner coordinate with Pavers' Manufacturer to see what the Manufacturer can do for homeowner.
8. Exigent provides a 1 year warranty on all composite decks. The warranty covers only issues with labor that arise, this warranty does not cover physical damage to deck, damage to wood, or damage caused by natural disasters or self-inflicted damage.
9. In-lite lights come with a 3-year limited warranty. Exigent warranties their labor in installing them for 1 year. Warranty doesn't cover physical damage, self-inflicted damage, damage caused by natural disasters, or water damage.
10. There are no warranties on plants/shrubs/trees/flowers.
11. There is no warranty on re-planted/transplanted plants/shrubs/trees/flowers.
12. There are no warranties on sod/seed and straw.
13. Exigent is not responsible for any rotting wood after install.
14. Exigent is not liable for any damage caused to any scope of work due to natural disasters.

License #: 802082183

Phone: (586) 383-8308

Page 4

15. Warranties on all products bought from suppliers, other than pavers and paver block, such as outdoor fridges, outdoor/indoor fireplaces, outdoor sinks, etc. all follow original manufacturers' warranties. Exigent does not provide any extra warranty on these products.
16. Any and all invoices not paid in full will result in no warranty on work completed by Exigent.

License #: 802082183
Phone: (586) 383-8308



Change Orders

Date: 1-28-21

Ratnesh
1714 Roszel Ave.
Royal Oak, MI 48067
ratnesh.mehra@gmail.com

Dear Ratnesh,

Thank you for the opportunity to submit the following quotation. We would love to get this project on our schedule. Listed below is a complete breakdown of the scope of work.

## OLD HOME QUOTE

**Scope of Work**

**Preparation - $294**

- Remove existing retaining wall
  - Approx. 42 linear ft. x $7= $294
- Haul away and dispose of all materials

**Limestone - $2,940**

- Excavate area
- Install base 4-6 in.
- Measure out each piece of limestone
- Plan out where to place each rock after measurements
- Compact base every 4 in.
- Install rock

Dimensions:

1. Retaining wall/gardening wall: (about 42' long, 1 course tall)
   a. Approx. 42 linear ft. x $70= $2,940

**Planting - $1,850**

- Excavate for plants that have been approved by homeowner
- Install all plants
- Excavate 1.5X height and 2X width  of plant
- Each plant will be installed with fresh topsoil and native soil to ensure proper growth
  - Topsoil: Approx. 10 yds. X $65= $650
- Location of plants are specified in plan

License #: 802082183
Phone: (586) 383-8308

Plants to be installed:

- Installed inside garden wall/landscape beds on both sides of porch: (15) 12" Green Velvet Boxwood: 15 x $70= $1,050
- Installed to cover gas meter in front right corner of house: (5) 8" Morning Light Maiden Grass: 5 x $30= $150
- (1) Mid-Size Dwarf Japanese Maple= FREE

**Mulch - $560**

- Grading and compaction to receive mulch
- Landscape fabric will be stapled underneath mulch
- Install mulch 2-3 inches thick to prevent weeds

Mulch Details - Any color from our supplier Rocks n Roots - Installed inside garden bed/ inside new wall

- Approx. 4 yds. x $140= $560

**Finishing Touches - $250**

- Seed and straw areas damaged by machines
- Clean up property of all trash, blow away all unwanted debris, sweep/wash debris of patio/walkway(s)

→ **Total Investment - $5,894**

# CHANGE ORDER 7

**Pillars -  $7,900**

- For front, (2) 3x3' wide, 4 foot tall
- Using U-Cara wall to build pillars
- Pillar caps will be installed on top of pillars

License #: 802082183
Phone: (586) 383-8308

**Paver Block Style/Pattern:**



*U-Cara Wall by Unilock*

**Color options/styles for U-Cara Wall.** As always we recommend meeting at our supplier to see these options in person, the pictures do not do this material justice. Note: There is no price difference between pitched or smooth, and all colors are the same price. Many of our clients like to do the pitched wall as their main wall and add an accent border of another color in smooth:

**Option A:** <u>Smooth</u>, more smooth and modern



Fossil Smooth          Granite Fusion Smooth          Natural Smooth

License #: 802082183
Phone: (586) 383-8308



*Sierra Smooth*

**Option B: <u>Pitched</u>, more rugged and rustic**



*Fossil Pitched*          *Granite Fusion Pitched*          *Natural Pitched*



*Sierra Pitched*

**<u>Lighting for Pillars - $800</u>**

- Ledgelights (lights that go underneath pillar caps)
- (2) per pillar, 4 total
- 4 x $200= $800

**<u>Railing - $6,610</u>**

- New railing materials, 10 linear ft. Adding 2 new caps, plus labor for installation - $1,350
- Move out white fence, dig holes for fence posts, install new footings, new fence poles - $4,910
- Cement for footings - $350

License #: 802082183

Phone: (586) 383-8308

→ Total Investment - $15,310

# CHANGE ORDER 8

**Scope of Work**

**Electrical - $5,085**

- Electrical for columns by gate - $2,000
- DTE running new AMP service - $2,500
- Maintenance on spa covered for November, December, + January - FREE
- Maintenance on spa for February ($100/week), not including chemicals - $400, $585 including chemicals

→ Total Investment - $5,085

# Change Order 9

**Add-ons for Old home - $**

- Weeding - $2,900
- 2 extra yds. of mulch: 2 x $140= $280
- 2 extra tons of rock: 2 tons x $

**Add-ons for New Home - $**

- 7 extra Arborvitae
- 3 extra yds. Of topsoil
- Sensor for electrical panel for heated drive - $680

→ Total Investment for Old Home Quote + Change Order 7 + Change Order 8= $26,289

*Note that if for any progress payment homeowner chooses to pay with a credit card, there will be an additional 3% convenience fee added to amount.**
**The 3% fee is an additional fee and does not count towards the rest of the progress payments.

**Terms & Conditions of this quote, as well as any change order thereafter-**

These terms & conditions protect Exigent Landscaping, LLC as well as the homeowner if any issues should arise.

Please review carefully.

**General Contract Terms:**

1. Exigent's employees stand behind all their work, if any problems with install come up, contact us.
2. Add-ons/extras must be paid upon completion or immediately.
3. Both parties are entitled to a filled out copy of agreement, signed by homeowner and contractor.

License #: 802082183
Phone: (586) 383-8308

4. By signing, homeowner agrees to everything stated in contract.
5. If there is a change order, a revision will be sent through email.
6. Before work is started on property, Exigent will call Miss Dig to mark utilities. Please do not disturb these markings as they are important to us to know where these utilities are at time of project. If any sprinkler lines are damaged by Exigent we will fix it and homeowner will not incur cost. We are not liable for any other damaged utility lines, including but not limited, to cable, gas, water, etc.
7. If an item is not stated in this contract, it is NOT included. Nothing in designs are included if they are not listed on here, ex. Outdoor furniture, coping on steps, etc. Designs only provide homeowner with a vision, they are never 100% exact.
8. All prices in any contract provided by Exigent are only good for 30 days from the date listed in the top right corner of front page of quotes. After 30 days, prices may rise due to changes in gas prices, material prices rising, etc.
9. Return check fee= $40
10. For any interior work, Exigent asks homeowner to please remove all valuables from room and cover any furniture with plastic/tarps as dust/debris may collect during work.
11. If an item/service listed in this contract can no longer be performed/purchased by Exigent once job is started for whatever reason, Exigent is no longer liable to perform/purchase item/service and homeowner will be notified and fully refunded for that item/service. Ex. if type of paver(s) get discontinued, etc.
12. Exigent is not responsible for pets that get loose. Exigent is also not responsible if they hit an invisible fence line. This must be marked out by homeowner before Exigent initiates work.
13. Exigent will clean up job sites end of day as best as possible, however, homeowner's property/surrounding area(s) will not be cleaned up 100% until Exigent is completely finished with the job.
14. If another contractor/company is ever present during the course of Exigent's working period, Exigent can not be held liable for any damage that occurs to the homeowner's property.
15. If a permit/architect plan payment is not listed above, but becomes needed at any point during project, a charge will incur a minimum of $150 to a maximum of $3,000 depending on size of project.
16. In pool quotes, water is not included in the quote. We will fill pool with homeowner's water. Covers are also not included unless stated otherwise in pool section of quote.
17. If final payment, including payment of all change orders, is not received on the day of completion, payment is subject to late fees. If payment is not received after 30 days, Exigent is subject to place a lien on homeowner's property. If at any point during the project a progress payment is not paid, Exigent reserves the right to commence work until payment is received.
18. We are not responsible for HOA approval.
19. Down payments are non-refundable.
20. Agreeing to a price or add-on via text message or email omits the need for a signature for that particular item/change order.
21. I will allow Exigent Landscaping to use pictures of my property for marketing purposes indefinitely. The pictures will only be taken on the property while work is being done to show the progress of the job and the only pictures taken after work is completed will be taken when Exigent/Brandon has permission to enter property.
22. Once contract is signed, homeowner agrees to make no changes to contract that will lower the contract signing price by 20% or more.
23. Unknown conditions are not Exigent's responsibility.
24. All claims and disputes arising under or relating to this Contract are to be settled by binding arbitration in the state of Michigan or another location mutually agreeable to the parties. An award of arbitration may be confirmed in a court of competent jurisdiction.

**Materials:**

1. Materials cannot be changed once purchased by Exigent. Location of patio, ledgerock, limestone, etc. cannot be changed once base has begun to be dug by Exigent. If homeowner no longer wants material that was already purchased, homeowner is responsible for return fee.
2. If more material is needed for any scope of work, sqft or cost per item will be re-measured and multiplied by amount charged.

**License #: 802082183**
**Phone: (586) 383-8308**

3. Any leftover materials/tools are property of Exigent. In many cases we have to purchase full pallets of brick, or an even tonnage of limestone from our supplier, but the homeowner is only paying for what is listed on quote/invoice.
4. All concrete types (white, stamped, and aggregate) are mixed on site before being poured by our concrete company. Color will almost never be exact as color promised, however 90% of time concrete will be <u>very</u> similar. Exigent is not responsible if color is not exact. Patio/walkway/etc. will be installed as is. If color is not to homeowner's standards, Exigent is not responsible to rip out patio/walkway/etc. or pay for new concrete load.
5. If homeowner purchases any material, we are not responsible for the trash/debris associated with that material. As well as if homeowner has other contractor(s) on site, we are not responsible for their trash/debris.

## Warranties:

1. Exigent is not responsible for any weeds after install. Weedblock/landscape fabric is not a guarantee.
2. It is homeowner's responsibility to maintain all aspects of landscaping after install. A professional company should be hired afterwards to maintain all living items such as trees, shrubs, etc. as well as any maintenance needed/desired for hardscape.
3. Exigent is not responsible for damage to existing concrete driveways/sidewalks/walkways on homeowner's property. Exigent's machines are made to not crack cement, however, if the cement does crack that means the base was never installed properly and Exigent cannot be held responsible.
4. Exigent warranties white concrete/exposed aggregate/stamped concrete for 1 month after install.
5. Exigent provides a 3-year limited warranty on brick paver labor. If a brick paver itself cracks or is damaged, all manufacturers have a lifetime warranty and Exigent will just charge a $95 service fee for labor to come out to replace it. The warranty covers settling and paver shifting. Warranty does not cover self-inflicted damage, salt damage, or causes by natural disaster(s).
6. Some paver blocks may tend to chip. Exigent is not responsible for any chips in block. Unfortunately, we have no control over the pallet choice at our supplier. However, we will do our best to hide chips in block.
7. Exigent does not manufacture its brick pavers, therefore, if paver(s) produce efflofloresence Exigent will not be held liable and they will not compensate homeowners for new pavers nor will they re-install new ones without charging for additional labor and materials. However, Exigent will help homeowner coordinate with Pavers' Manufacturer to see what the Manufacturer can do for homeowner.
8. Exigent provides a 1 year warranty on all composite decks. The warranty covers only issues with labor that arise, this warranty does not cover physical damage to deck, damage to wood, or damage caused by natural disasters or self-inflicted damage.
9. In-lite lights come with a 3-year limited warranty. Exigent warranties their labor in installing them for 1 year. Warranty doesn't cover physical damage, self-inflicted damage, damage caused by natural disasters, or water damage.
10. There are no warranties on plants/shrubs/trees/flowers.
11. There is no warranty on re-planted/transplanted plants/shrubs/trees/flowers.
12. There are no warranties on sod/seed and straw.
13. Exigent is not responsible for any rotting wood after install.
14. Exigent is not liable for any damage caused to any scope of work due to natural disasters.
15. Warranties on all products bought from suppliers, other than pavers and paver block, such as outdoor fridges, outdoor/indoor fireplaces, outdoor sinks, etc. all follow original manufacturers' warranties. Exigent does not provide any extra warranty on these products.
16. Any and all invoices not paid in full will result in no warranty on work completed by Exigent.

**Homeowner's Signature (as well as initial on investment amount):**

**License #: 802082183**
**Phone: (586) 383-8308**

Name  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _Date:

Signature  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*By signing this contract, the homeowner agrees to take responsibility and liability of location of the fence, pillars, and auto gate. If the city makes us remove the fence, additional charges will incur to the homeowner.*

**Exigent's Salesman's Signature:**

Name  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ Date:

Signature  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _



Date: 7-30-21

Ratnesh
232 Forest Ave.
Royal Oak, MI 48067
ratnesh.mehra@gmail.com

Dear Ratnesh,

Thank you for the opportunity to submit the following quotation. We would love to get this project on our schedule. Listed below is a complete breakdown of the scope of work.

**Scope of Work**

**Electrical - $5,000**

- Add electrical near fire bowl pillars

→ **Total Investment - $5,000**

*Note that if for any progress payment homeowner chooses to pay with a credit card, there will be an additional 3% convenience fee added to amount.**
**The 3% fee is an additional fee and does not count towards the rest of the progress payments.

**Terms & Conditions of this quote, as well as any change order thereafter-**

These terms & conditions protect Exigent Landscaping, LLC as well as the homeowner if any issues should arise.

Please review carefully.

**General Contract Terms:**

1. Exigent's employees stand behind all their work, if any problems with install come up, contact us.
2. Add-ons/extras must be paid upon completion or immediately.
3. Both parties are entitled to a filled out copy of agreement, signed by homeowner and contractor.
4. By signing, homeowner agrees to everything stated in contract.
5. If there is a change order, a revision will be sent through email.
6. Before work is started on property, Exigent will call Miss Dig to mark utilities. Please do not disturb these markings as they are important to us to know where these utilities are at time of project. If any sprinkler lines are damaged by Exigent we will fix it and homeowner will not incur cost. We are not liable for any other damaged utility lines, including but not limited, to cable, gas, water, etc.

License #: 802082183
Phone: (586) 383-8308

7. If an item is not stated in this contract, it is NOT included. Nothing in designs are included if they are not listed on here, ex. Outdoor furniture, coping on steps, etc. Designs only provide homeowner with a vision, they are never 100% exact.
8. All prices in any contract provided by Exigent are only good for 30 days from the date listed in the top right corner of front page of quotes. After 30 days, prices may rise due to changes in gas prices, material prices rising, etc.
9. Return check fee= $40
10. For any interior work, Exigent asks homeowner to please remove all valuables from room and cover any furniture with plastic/tarps as dust/debris may collect during work.
11. If an item/service listed in this contract can no longer be performed/purchased by Exigent once job is started for whatever reason, Exigent is no longer liable to perform/purchase item/service and homeowner will be notified and fully refunded for that item/service. Ex. if type of paver(s) get discontinued, etc.
12. Exigent is not responsible for pets that get loose. Exigent is also not responsible if they hit an invisible fence line. This must be marked out by homeowner before Exigent initiates work.
13. Exigent will clean up job sites end of day as best as possible, however, homeowner's property/surrounding area(s) will not be cleaned up 100% until Exigent is completely finished with the job.
14. If another contractor/company is ever present during the course of Exigent's working period, Exigent can not be held liable for any damage that occurs to the homeowner's property.
15. If a permit/architect plan payment is not listed above, but becomes needed at any point during project, a charge will incur a minimum of $150 to a maximum of $3,000 depending on size of project.
16. In pool quotes, water is not included in the quote. We will fill pool with homeowner's water. Covers are also not included unless stated otherwise in pool section of quote.
17. If final payment, including payment of all change orders, is not received on the day of completion, payment is subject to late fees. If payment is not received after 30 days, Exigent is subject to place a lien on homeowner's property. If at any point during the project a progress payment is not paid, Exigent reserves the right to commence work until payment is received.
18. We are not responsible for HOA approval.
19. Down payments are non-refundable.
20. Agreeing to a price or add-on via text message or email omits the need for a signature for that particular item/change order.
21. I will allow Exigent Landscaping to use pictures of my property for marketing purposes indefinitely. The pictures will only be taken on the property while work is being done to show the progress of the job and the only pictures taken after work is completed will be taken when Exigent/Brandon has permission to enter property.
22. Once contract is signed, homeowner agrees to make no changes to contract that will lower the contract signing price by 20% or more.
23. Unknown conditions are not Exigent's responsibility.
24. All claims and disputes arising under or relating to this Contract are to be settled by binding arbitration in the state of Michigan or another location mutually agreeable to the parties. An award of arbitration may be confirmed in a court of competent jurisdiction.

### Materials:

1. Materials cannot be changed once purchased by Exigent. Location of patio, ledgerock, limestone, etc. cannot be changed once base has begun to be dug by Exigent. If homeowner no longer wants material that was already purchased, homeowner is responsible for return fee.
2. If more material is needed for any scope of work, sqft or cost per item will be re-measured and multiplied by amount charged.
3. Any leftover materials/tools are property of Exigent. In many cases we have to purchase full pallets of brick, or an even tonnage of limestone from our supplier, but the homeowner is only paying for what is listed on quote/invoice.
4. All concrete types (white, stamped, and aggregate) are mixed on site before being poured by our concrete company. Color will almost never be exact as color promised, however 90% of time concrete will be very similar. Exigent is not responsible if color is not exact. Patio/walkway/etc. will be installed as is. If color is not

License #: 802082183
Phone: (586) 383-8308

to homeowner's standards, Exigent is not responsible to rip out patio/walkway/etc. or pay for new concrete load.
5. If homeowner purchases any material, we are not responsible for the trash/debris associated with that material. As well as if homeowner has other contractor(s) on site, we are not responsible for their trash/debris.

### Warranties:

1. Exigent is not responsible for any weeds after install. Weedblock/landscape fabric is not a guarantee.
2. It is homeowner's responsibility to maintain all aspects of landscaping after install. A professional company should be hired afterwards to maintain all living items such as trees, shrubs, etc. as well as any maintenance needed/desired for hardscape.
3. Exigent is not responsible for damage to existing concrete driveways/sidewalks/walkways on homeowner's property. Exigent's machines are made to not crack cement, however, if the cement does crack that means the base was never installed properly and Exigent cannot be held responsible.
4. Exigent warranties white concrete/exposed aggregate/stamped concrete for 1 month after install.
5. Exigent provides a 3-year limited warranty on brick paver labor. If a brick paver itself cracks or is damaged, all manufacturers have a lifetime warranty and Exigent will just charge a $95 service fee for labor to come out to replace it. The warranty covers settling and paver shifting. Warranty does not cover self-inflicted damage, salt damage, or causes by natural disaster(s).
6. Some paver blocks may tend to chip. Exigent is not responsible for any chips in block. Unfortunately, we have no control over the pallet choice at our supplier. However, we will do our best to hide chips in block.
7. Exigent does not manufacture its brick pavers, therefore, if paver(s) produce effloresence Exigent will not be held liable and they will not compensate homeowners for new pavers nor will they re-install new ones without charging for additional labor and materials. However, Exigent will help homeowner coordinate with Pavers' Manufacturer to see what the Manufacturer can do for homeowner.
8. Exigent provides a 1 year warranty on all composite decks. The warranty covers only issues with labor that arise, this warranty does not cover physical damage to deck, damage to wood, or damage caused by natural disasters or self-inflicted damage.
9. In-lite lights come with a 3-year limited warranty. Exigent warranties their labor in installing them for 1 year. Warranty doesn't cover physical damage, self-inflicted damage, damage caused by natural disasters, or water damage.
10. There are no warranties on plants/shrubs/trees/flowers.
11. There is no warranty on re-planted/transplanted plants/shrubs/trees/flowers.
12. There are no warranties on sod/seed and straw.
13. Exigent is not responsible for any rotting wood after install.
14. Exigent is not liable for any damage caused to any scope of work due to natural disasters.
15. Warranties on all products bought from suppliers, other than pavers and paver block, such as outdoor fridges, outdoor/indoor fireplaces, outdoor sinks, etc. all follow original manufacturers' warranties. Exigent does not provide any extra warranty on these products.
16. Any and all invoices not paid in full will result in no warranty on work completed by Exigent.

**Homeowner's Signature (as well as initial on investment amount):**

Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ Date:

Signature _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

License #: 802082183
Phone: (586) 383-8308

**Exigent's Salesman's Signature:**

Name _____ Date:

Signature _____

License #: 802082183
Phone: (586) 383-8308

# EXHIBIT C

**Permit Details:** PB20-00683

Property Address: 232 FOREST, Royal Oak, MI 48067-1875 | Parcel: 72-25-15-306-013

**Property Owner:** MEHRA, RATNESH

*Summary Information*

> 1 Inspection(s) Found

## Permit Information

|  |  |  |  |
|---|---|---|---|
| Number | PB20-00683 | Category | POOL |
| Type | Building | Status | CANCELED |
| Applied Date | 06/03/2020 | Expire Date | 01/17/2021 |
| Issue Date | 06/24/2020 | Finaled Date | *No Data to Display* |
| Work Description | Gunite swimming pool (36x22') 10/02/2024 - POOL DEMO'D UNDER PB24-02222 | | |
| Stipulations | *No Data to Display* | | |
| Project | *No Data to Display* | | |

### Amount Due

| Permit - Building Total | **$0.00** |
|---|---|

## Document Summary

| Document Title |
|---|
| No records to display. |

## Inspection Information

| Inspection Type | Inspector | Status | Scheduled Date | Completed Date | Result | |
|---|---|---|---|---|---|---|
| Rough - Bldg | KELLY SPANKE | Completed | 7/21/2020 | 7/21/2020 | Partially Approved | View |

## Violations

Show All

[Collapse All]

| Title | Violation Type | Date Found | Corrected | Date Corrected | Inspection | |
|---|---|---|---|---|---|---|
| No records to display. | | | | | | |

## Fees & Payments

| Date | Action | Qty | Description | Billed | Paid |
|---|---|---|---|---|---|
| 6/23/2020 | Invoice Item | 4.00 | Standard Item: Misc-Record Retention (Invoice Number: 00224199) | $5.00 | |
| 6/23/2020 | Invoice Item | 50,000.00 | Residential Building: Building Valuation Fee-Res (Invoice Number: 00224199) | $600.00 | |
| 6/3/2020 | Invoice Item | 40.00 | Plan Review: Residential Plan Review Fee (Invoice Number: 00223273) | $40.00 | |
| 6/24/2020 | Transaction | | Transaction Number: 00216786 | | $605.00 |
| 6/8/2020 | Transaction | | Transaction Number: 00216167 | | $40.00 |

## Contractor Information

| Address | CONSTRUCTION CONTRACTORS INC 6184 OAK RIDGE DR Washington, MI 48094 |
|---|---|
| Phone | *No Data to Display* |
| Mobile | *No Data to Display* |

| Fax | *No Data to Display* |
|---|---|
| Other Phone | *No Data to Display* |

## Applicant Information

By continuing to use this website you agree to the BS&A Online Terms of Use ✕

| **Address** | CONSTRUCTION |
| | CONTRACTORS INC |
| | 6184 OAK RIDGE DR |
| | Washington, MI 48094 |

| **Phone** | No Data to Display | **Fax** | No Data to Display |
| **Mobile** | No Data to Display | **Other Phone** | No Data to Display |

## Owner Information

| **Address** | IDEAL BUILDERS & |
| | REMODELING INC |
| | 6931 CHASE CT |
| | West Bloomfield, MI 48322 |

| **Phone** | No Data to Display | **Fax** | No Data to Display |
| **Mobile** | No Data to Display | **Other Phone** | No Data to Display |

## Licensee Information

| **Address** | HENRY BELL |
| | 6184 OAK RIDGE DR |
| | Washington, MI 48094 |

| **Phone** | No Data to Display | **Fax** | No Data to Display |
| **Mobile** | No Data to Display | **Other Phone** | No Data to Display |

## Construction Details

| **Construction Value** | 50000.00 |

**Disclaimer:** BS&A Software provides BS&A Online as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.

Copyright © 2025 BS&A Software, Inc.

By continuing to use this website you agree to the BS&A Online Terms of Use ✕

# EXHIBIT D

## Permit Details: PB20-00748

Property Address: 232 FOREST, Royal Oak, MI 48067-1875 | Parcel: 72-25-15-306-013

### Property Owner: MEHRA, RATNESH

*Summary Information*

> 0 Inspection(s) Found

---

### Permit Information

| | | | |
|---|---|---|---|
| Number | PB20-00748 | Category | Res. Add/Alter/Repair |
| Type | Building | Status | EXPIRED |
| Applied Date | 06/11/2020 | Expire Date | 01/09/2021 |
| Issue Date | 07/13/2020 | Finaled Date | *No Data to Display* |
| Work Description | outdoor kitchen made out of brick paver block. Kitchen will include built in fridge, built in grill, and built in sink with plumbing and electrical permits pulled independently. Kitchen will be 7.5' x 12.5' 3' tall with 3' depth and include a granite counter top. We will have a 36" round fire pit that is 10 linear ft and 1.5' tall made of brick paver block. lastly we will have 2 pillars made out of brick paver block with a fire burner bowl on top of each. (plumbing permits pulled independently for gas fire burner bowls) the pillars will be 3' tall and 2' x 2'. | | |
| Stipulations | *No Data to Display* | | |
| Project | *No Data to Display* | | |

**Amount Due**

| Permit - Building Total | $0.00 |
|---|---|

### Document Summary

| Document Title |
|---|
| No records to display. |

### Inspection Information

| Inspection Type | Inspector | Status | Scheduled Date | Completed Date | Result |
|---|---|---|---|---|---|
| No records to display. | | | | | |

### Violations

Show All

[Collapse All]

| Title | Violation Type | Date Found | Corrected | Date Corrected | Inspection |
|---|---|---|---|---|---|
| No records to display. | | | | | |

### Fees & Payments

| Date | Action | Qty | Description | Billed | Paid |
|---|---|---|---|---|---|
| 7/10/2020 | Invoice Item | 1.00 | Standard Item: Misc-Record Retention (Invoice Number: 00224765) | $2.00 | |
| 7/10/2020 | Invoice Item | 20,000.00 | Residential Building: Building Valuation Fee-Res (Invoice Number: 00224765) | $240.00 | |
| 6/11/2020 | Invoice Item | 40.00 | Plan Review: Residential Plan Review Fee (Invoice Number: 00223670) | $40.00 | |
| 7/13/2020 | Transaction | | Transaction Number: 00217286 | | $242.00 |
| 6/15/2020 | Transaction | | Transaction Number: 00216458 | | $40.00 |

### Contractor Information

| Address | CONSTRUCTION CONTRACTORS INC 6184 OAK RIDGE DR Washington, MI 48094 |
|---|---|

By continuing to use this website you agree to the BS&A Online Terms of Use ✕

| | *No Data to Display* |
|---|---|
| | *No Data to Display* |

## Applicant Information

**Address**
<mark>CONSTRUCTION CONTRACTORS INC</mark>
6184 OAK RIDGE DR
Washington, MI 48094

| | | | |
|---|---|---|---|
| **Phone** | *No Data to Display* | **Fax** | *No Data to Display* |
| **Mobile** | *No Data to Display* | **Other Phone** | *No Data to Display* |

## Owner Information

**Address**
IDEAL BUILDERS & REMODELING INC
6931 CHASE CT
West Bloomfield, MI 48322

| | | | |
|---|---|---|---|
| **Phone** | *No Data to Display* | **Fax** | *No Data to Display* |
| **Mobile** | *No Data to Display* | **Other Phone** | *No Data to Display* |

## Licensee Information

**Address**
<mark>HENRY BELL</mark>
6184 OAK RIDGE DR
Washington, MI 48094

| | | | |
|---|---|---|---|
| **Phone** | *No Data to Display* | **Fax** | *No Data to Display* |
| **Mobile** | *No Data to Display* | **Other Phone** | *No Data to Display* |

## Construction Details

**Construction Value**     20000.00

**\*\*Disclaimer:** BS&A Software provides BS&A Online as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.

Copyright © 2025 BS&A Software, Inc.

By continuing to use this website you agree to the BS&A Online Terms of Use ✕

# EXHIBIT E

## Permit Details: PB20-01775

Property Address: 232 FOREST, Royal Oak, MI 48067-1875 | Parcel: 72-25-15-306-013

**Property Owner:** MEHRA, RATNESH

*Summary Information*

> 0 Inspection(s) Found

### Permit Information

| | | | |
|---|---|---|---|
| Number | PB20-01775 | Category | Res. Add/Alter/Repair |
| Type | Building | Status | EXPIRED |
| Applied Date | 10/07/2020 | Expire Date | 07/05/2021 |
| Issue Date | 01/06/2021 | Finaled Date | No Data to Display |
| Work Description | Auto Cover for Pool - Pool barrier | | |
| Stipulations | No Data to Display | | |
| Project | No Data to Display | | |

**Amount Due**

| Permit - Building Total | $0.00 |
|---|---|

### Document Summary

| Document Title |
|---|
| No records to display. |

### Inspection Information

| Inspection Type | Inspector | Status | Scheduled Date | Completed Date | Result | |
|---|---|---|---|---|---|---|
| No records to display. | | | | | | |

### Violations

Show All

[Collapse All]

| Title | Violation Type | Date Found | Corrected | Date Corrected | Inspection | |
|---|---|---|---|---|---|---|
| No records to display. | | | | | | |

### Fees & Payments

| Date | Action | Qty | Description | Billed | Paid |
|---|---|---|---|---|---|
| 12/7/2020 | Invoice Item | 1.00 | Standard Item: Misc-Record Retention (Invoice Number: 00231599) | $2.00 | |
| 12/7/2020 | Invoice Item | 7,000.00 | Residential Building: Building Valuation Fee-Res (Invoice Number: 00231599) | $100.00 | |
| 10/7/2020 | Invoice Item | 40.00 | Plan Review: Residential Plan Review Fee (Invoice Number: 00228632) | $40.00 | |
| 1/6/2021 | Transaction | | Transaction Number: 00223432 | | $102.00 |
| 10/7/2020 | Transaction | | Transaction Number: 00220454 | | $40.00 |

### Contractor Information

| | |
|---|---|
| Address | CONSTRUCTION CONTRACTORS INC 6184 OAK RIDGE DR Washington, MI 48094 |
| Phone | No Data to Display | Fax | No Data to Display |
| Mobile | No Data to Display | Other Phone | No Data to Display |

### Applicant Information

By continuing to use this website you agree to the BS&A Online Terms of Use  ✕

| **Address** | CONSTRUCTION | | |
| | CONTRACTORS INC | | |
| | 6184 OAK RIDGE DR | | |
| | Washington, MI 48094 | | |
| **Phone** | No Data to Display | **Fax** | No Data to Display |
| **Mobile** | No Data to Display | **Other Phone** | No Data to Display |

## Owner Information

| **Address** | IDEAL BUILDERS & | | |
| | REMODELING INC | | |
| | 6931 CHASE CT | | |
| | West Bloomfield, MI 48322 | | |
| **Phone** | No Data to Display | **Fax** | No Data to Display |
| **Mobile** | No Data to Display | **Other Phone** | No Data to Display |

## Licensee Information

| **Address** | HENRY BELL | | |
| | 6184 OAK RIDGE DR | | |
| | Washington, MI 48094 | | |
| **Phone** | No Data to Display | **Fax** | No Data to Display |
| **Mobile** | No Data to Display | **Other Phone** | No Data to Display |

## Construction Details

| **Construction Value** | 7000.00 |
| --- | --- |

**Disclaimer:** BS&A Software provides BS&A Online as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.

Copyright © 2025 BS&A Software, Inc.

By continuing to use this website you agree to the BS&A Online Terms of Use ✕

# EXHIBIT F



16171 31 Mile Rd. office: 586-336-7800 cell: 586-604-3713

## POOL ASSESSMENT:

Client & Address:  <u>Ratnesh Mehra 232 Forest Ave. Royal Oak, MI</u>

This document is an assessment regarding the existing gunite pool and spa at location above. My name is Mick Gadzinski and I'm an owner of Antonelli Pools located at 16171 31 Mile Rd. Ray twp., MI. This document is based on two visits. Once in July of 2023, being a visual assessment, and again in August of 2023 involving more physical and in-depth looking into.

On the first visit of July, the pool and spa were operating but the pool was in one of the poorest conditions of water I've seen with an operating pool. I checked the speed of the pump, which was in a good range, and the pressure of the filter, which was in good range showing that the filters were clean and no dirt or algae build up in the filter would contribute to the poor quality of water. The return jets of the pool were placed in areas that didn't allow water flow around the spa, between the exterior spa wall and interior pool wall. This led to uncirculated water that will consistently cause algae growth on a daily basis that cannot be controlled. The pebble finish of the pool had an amount of glass beads that instantly caught my eye, as any builder in Michigan would know would not hold up after the first winter of Michigan. This was evident by the amount of glass beads all around the equipment pad next to the pumps, which would constantly make its way to the pumps basket after falling off in the pool. In Michigan, the maximum amount of glass beads you can have in a pebble finish is around the 50-60% range. By eye, this pool had more towards 85-90% glass beads. There's no way your pool finish would hold up after a year, where you'd expect 20 years life out of a pebble finish. After seeing this one example, I instantly knew whoever built this pool did not have any experience in properly building a pool. This led me to asking the clients if they want to proceed with a more in-depth assessment, which they agreed to. These are some of the major things I've found upon the 2nd visit:

-Since the homeowners thought the pool was losing water, I conducted a pressure test on the returns. 4 out of the 5 returns I tested in the pool were leaking water. I have no explanation how so many returns could be leaking, it's unheard of in our industry. Upon inspection into the returns of the pool, you could visually see a spa jet body was used as a return to the pool where it should be a pvc Tee. This is equivalant of putting an oil filter of a car onto an air filter of a car. It makes absolutely no sense. Inconsistencies of bubbles in certain isolated leaks lead me to believe there are plumbing issues between the pool and the equipment pad as well. The underground plumbing will have to be completely replaced.

-I saw an odd discoloration of about 18 square feet in the deep end of the pool wall, the adjacent wall to the autocover housing. This is an obvious repair of some sort after the pebble finish of the pool was done, indicating a structural problem of the pool wall the company did without disclosing to the customer. You can visually see indents throughout this area of discoloration. From my professional opinon, this pool wall split, and this was repaired. But the width of the repair doesn't indicate the very rare pool wall split, this indicates the wrong gunite mix was used when shooting the pool, or a machine under the strength to shoot gunite pool walls to the minimum strength of 5,000 psi, or shotcrete at 7,000 psi. which led to a wide split irrepairable. Also possible is if an unqualified worker shot the pool not knowing the proper techniques to ensure the psi strength. You wouldn't be able to redo this wall without tearing it out, and if it happened on this wall, in my opinion, it's bound to happen in other areas within a matter of a year or two. There was another area that is bowing out on the south east end, which I assume will structurally fail within 12-24 months.

-The autocover retainer track under the coping which glides the autocover open and closed is warped and wavy in a way that makes it impossible to be functional. After taking a laser level to multiple areas around the pool, I not only found the decking around the pool to be off and improper to water drainage away from the pool, the garage, and other areas surrounding the pool, but found the track itself to not be level. From one corner of the pool to the other, in the worst case a difference was 2.5". The range of an autocover working properly regarding the level of the rail would be a maximum of 1/4 of an inch. The difference here was 2 1/2". The autocover also had a plastic housing, which works in states like Florida, but in Michigan you would build a concrete autocover housing box reinforced with rebar connected to the pool. This is due to any water finding its way between the plastic housing and gunite pool wall, where freezing and thawing every year would separate the motor operating the cover from the actual pool. In order to fix this and the track, You would have to tear out the coping above, the tile below, which would ruin the pebble finish, and it's basically like redoing the entire pool leaving only the pool gunite shell not repaired. With the shell having obvious structural issues, there's no way to preserve this pool shell in a cost effective way.

After many meetings with the homeowners on the phone and in person, I suggested the only course of action without repair costs adding up year after year chasing issues that contribute to other issues and costs that would surmount the cost of building a new pool is to unfortunately face the fact this pool is absolutely flawed and inoperable in every aspect a pool can be.

These are the major reasons of this pool being inoperable as soon as water was put in and the pool equipment was started from day one. I can go on with minor issues that can contribute to major issues but I'd like to cut this assessment shorter and end this stating the fact that the slope of the shallow to deep end exceeds the 3:1 foot slope ratio from the International Pool Code enforced in the country, ultimately making this pool shell not able to pass a final inspection to even close out its building permit.

Pool Professional Assesor:

Mick Gadzinski: Antonelli Pools Partner, Licensed Builder, PHTA Member

_____                    8/20/23

signature                                           date

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

        Debtor.

Chapter 7
Case No. 24-41956-MAR
Hon. Mark A. Randon

_____/

RATNESH MEHRA,

    Plaintiff,

v.

Adv. Pro. No. 25−04093−mar

BRANDON HEITMANN,

    Defendant.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, I electronically filed the *Plaintiff's First Request For Admissions, First Set of Interrogatories, and First Request for Production of Documents to Defendant,* with the Clerk of the Court using the ECF system, which will send notification of such filing electronically to the following:

Jeffrey H. Bigelman on behalf of Plaintiff Ratnesh Mehra
jhb_ecf@osbig.com, tc@osbig.com;mk@osbig.com

Yousef M. Farraj on behalf of Defendant Brandon Heitmann
yfarraj@kotzsangster.com, jstrugs@kotzsangster.com

Anthony James Miller on behalf of Plaintiff Ratnesh Mehra
am@osbig.com

Jeffrey M. Sangster on behalf of Defendant Brandon Heitmann
jsangster@kotzsangster.com, lpfund@kotzsangster.com;mdelorme@kotzsangster.com

Respectfully Submitted,
**OSIPOV BIGELMAN, P.C.**

Dated: October 14, 2025

*/s/ Monique Kallabat*
MONIQUE KALLABAT
Legal Assistant
20700 Civic Center Drive Suite 420
Southfield, Michigan 48076
Tel: (248) 663-1800/Fax: (248) 663-1801
mk@osbig.com