UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                          Chapter 7

Brandon Heitmann,                               Case No. 24-41956-MAR

     Debtor.
_____/

Ratnesh Mehra,                                  Adversary Proceeding No. 25-04093-MAR

     Plaintiff,

v.

Brandon Heitmann,

     Defendant.
_____/

### MEDIATOR'S CERTIFICATION

The mediator hereby certifies that mediation:

    [ x ]    was conducted

    [   ]    was not conducted

As a result of the mediation, the parties:

    [   ]    achieved a settlement,

        [   ]    and signed a written settlement memorandum

        [   ]    and did not sign a written settlement memorandum

    [ x ]    did not achieve a settlement


By:    /s/ Phillip J. Shefferly
        Mediator
        JAMS
        150 West Jefferson, Suite 1600
        Detroit, MI 48226
        PShefferly@jamsadr.com