# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                      Chapter 7
                                            Case No. 24-41956-MAR
BRANDON HEITMANN,                           Hon. Mark A. Randon

      Debtor.
_____/

RATNESH MEHRA,

      Plaintiff,                    Adv. Proc. No. 25-04093-mar

v.

BRANDON HEITMANN,

      Defendant.
_____/

## **STIPULATION TO**
## **ADJOURN SCHEDULING ORDER DATES**

Pursuant to L.B.R. 9014-1 (E.D. Mich.) and the Adversary Proceeding Scheduling Order dated July 18, 2025, the parties hereby stipulate and agree to entry of the attached order, and as follows:

1. The Parties have engaged in written discovery with the depositions of the Defendant and one witness having already taken place.

2. The Parties have also participated in early mediation.

3. Additional depositions remain to be completed by both Parties.

4. Defendant will likely need to file Motions to Compel compliance with certain subpoenas from non-parties if Defendant cannot coordinate sufficient compliance and supplementation of documents from non-parties.

5. Defendant is in the process of gathering additional documents to provide supplemental responses to Plaintiff's discovery requests.

6. The Parties have worked amicably with one another and feel it is in the best interest of all Parties to request a reasonable adjournment of dates.

7. Accordingly, the parties have agreed, pending approval from this Court, to extend discovery and other dates in this matter in accordance with the attached order (**Exhibit A**).


*/s/ Jeffrey H. Bigelman (w/permission)*    */s/ Yousef M. Farraj*
Jeffrey H. Bigelman (P61755)        Yousef M. Farraj (P79760)
Attorney for Plaintiff              Attorneys for Defendant

Dated:  June 17, 2026

2

<u>**EXHIBIT A**</u>

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 7
                                                     Case No. 24-41956-MAR
BRANDON HEITMANN,                    Hon. Mark A. Randon


          Debtor.
_____/

RATNESH MEHRA,


          Plaintiff,                              Adv. Proc. No. 25-04093-mar

v.


BRANDON HEITMANN,


          Defendant.
_____/

<u>**ORDER ADJOURNING SCHEDULING ORDER DATES**</u>

Plaintiff, Ratnesh Mehra, and Defendant, Brandon Heitmann having so stipulated, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED:**

1. Discovery Cutoff shall be adjourned from June 30, 2026, to **August 30, 2026**.

2. Dispositive Motion Filing Deadline shall be adjourned from July 13, 2026, to **October 5, 2026**.

3. Final Pretrial Conference shall be adjourned from October 5, 2026, to **November 5, 2026**.

1

4. Trial shall be adjourned from November 10, 2026, to **January 1, 2027.**

All other dates shall remain the same.

IT IS SO ORDERED.

2