UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>BRANDON HEITMANN,<br><br>Debtor.<br>_______________________/ | Chapter 7<br>Case No. 24-41956-MAR<br>Hon. Mark A. Randon |
| RATNESH MEHRA,<br><br>Plaintiff,<br>v.<br><br>BRANDON HEITMANN,<br><br>Defendant.<br>_______________________/ | Adv. Proc. No. 25-04093-mar |

**DEFENDANT'S RE-NOTICE OF TAKING DEPOSITION OF PLAINTIFF RATNESH MEHRA**

TO: ALL COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN that pursuant to Bankruptcy Rules 7030 and 9016 (Fed. R. Civ. P. 30 and 45), the following deposition(s) will be recorded stenographically and taken before a certified court reporter and a notary public duly authorized to administer oaths and will continue from time to time until completed:

| | |
|---|---|
| **DEPONENT:** | **RATNESH MEHRA**<br>**c/o Jeffrey H. Bigelman, Esq.**<br>**Osipov Bigelman, P.C.** |
| **DATE:** | **August 31, 2026** |
| **TIME:** | **10:00 A.M.** |

**LOCATION:** **OSIPOV BIGELMAN, P.C.**
**20700 Civic Center Drive Suite 420**
**Southfield, Michigan 48076**

You are invited to attend and examine the witness(es).

Respectfully submitted,

**KOTZ SANGSTER WYSOCKI P.C.**

*/s/ Douglas W. Eyre*
By: Douglas W. Eyre (P63068)
Attorneys for Defendant
400 Renaissance Center, Suite 3400
Detroit, MI 48243
(313) 259-8300
deyre@kotzsangster.com

Dated: August 24, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>BRANDON HEITMANN,<br><br>Debtor.<br>_______________________/ | Chapter 7<br>Case No. 24-41956-MAR<br>Hon. Mark A. Randon |
| RATNESH MEHRA,<br><br>Plaintiff,<br>v.<br><br>BRANDON HEITMANN,<br><br>Defendant.<br>_______________________/ | Adv. Proc. No. 25-04093-mar |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I electronically filed/served *DEFENDANT'S RE-NOTICE OF TAKING DEPOSITION OF PLAINTIFF RATNESH MEHRA*, with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

**KOTZ SANGSTER WYSOCKI P.C.**

By: */s/ Douglas W. Eyre*
Douglas W. Eyre (P63068)
Attorneys for Defendant
400 Renaissance Center, Ste. 3400
Detroit, MI 48243
(313) 259-8300
deyre@kotzsangster.com