UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

Debtor.
____________________________/

Chapter 7
Case No. 24-41956-MAR
Hon. Mark A. Randon

RATNESH MEHRA,

Plaintiff,

v.

Adv. Proc. No. 25-04093-mar

BRANDON HEITMANN,

Defendant.
___________________________/

**DEFENDANT'S MOTION FOR EXTENSION OF ALL DATES**

Defendant, BRANDON HEITMANN, by and through undersigned counsel, respectfully moves this court pursuant to Fed. R. Bankr. P. 9006(b)(1), Fed. R. Bankr. P. 7016(a), and E.D. Mich. LBR 9014-1, to adjourn current scheduling order dates by approximately 30-40 days. Undersigned counsel sought concurrence for a ninety (90) day extension from opposing counsel who refused consent citing previous delay to the original trial date and the duration of the requested extension. Undersigned shortened the request to the bare minimum necessary to properly prepare the matter while being sensitive to Plaintiff's

concerns. Despite the concession, Plaintiff again refused consent. This motion is based on the following reasons:

1. Plaintiff Ratnesh Mehra ("Plaintiff") has filed this adversarial proceeding against Defendant Brandon Heitmann ("Heitmann") alleging non-dischargeability claims pursuant to 11 U.S.C. § 523(a)(2), 11 U.S.C. § 523(a)(4), and 11 U.S.C. § 523(a)(6) relating to his company's, Exigent's, construction of a pool and various hardscaping and landscaping on Plaintiff's property. Heitmann was the sole member of Exigent Landscaping, LLC ("Exigent").

2. On or about August 7, 2023, Exigent filed a voluntary Chapter 11 bankruptcy petition in the U.S. Bankruptcy Court for the Eastern District of Michigan, commencing Case No. 23-46912-tjt. The case was assigned to Judge Thomas J. Tucker. On or about February 12, 2024, Judge Tucker converted Exigent's Chapter 11 bankruptcy case to Chapter 7.

3. On or about February 29, 2024, Heitmann filed a voluntary Chapter 13 petition in the U.S. Bankruptcy Court for the Eastern District of Michigan, commencing Case No. 24-41956-mar.

4. On or about February 25, 2025, Heitmann converted his case to Chapter 7 of the Bankruptcy Code.

5. On May 27, 2025 Plaintiff filed its Complaint.

6. This matter was handled by attorney Yousef Farraj until he departed Kotz Sangster on June 26, 2026. Mr. Farraj's new firm has a conflict representing a matter against Plaintiff.

7. During July 2026, Heitmann considered whether to remain represented by new counsel at Kotz Sangster or retain new counsel. Additionally, the parties engaged in extended settlement negotiations, including at least one offer and counter-offer by each party. Those discussions did not result in a settlement.

8. This Court has granted two (2) prior adjournments to the Scheduling Order.

9. Currently, these are the relevant dates and Heitmann's proposed adjourned dates:

| | | |
|---|---|---|
| Discovery cutoff | August 31, 2026 | October 6, 2026 |
| Dispositive Motion Filing Deadline | October 5, 2026 | November 16, 2026 |
| Final Pretrial Conference | December 14, 2026 | January __, 2027 (to be determined by the Court) |
| Trial | January 12, 2027 | February __, 2027 (to be determined by the Court – 2/22/27 or later) |

## GOOD CAUSE EXISTS FOR THE REQUESTED EXTENSION

10. Good cause exists for the requested extension under Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4) for the following reasons:

(a) Mr. Farraj, the attorney responsible for managing this litigation, departed Kotz Sangster Wysocki P.C. on June 26, 2026. Following his departure, Mr. Heitmann considered retaining new counsel, or having his case assigned to a new attorney at Kotz Sangster. After due deliberation, Mr. Heitmann ultimately chose to continue to utilize the legal services of Kotz Sangster Wysocki P.C. in early August 2026.

(b) This matter was assigned to undersigned counsel, Douglas Eyre. Undersigned counsel requires reasonable time to review the case file, familiarize himself with prior proceedings and the current state of discovery, and develop a litigation strategy for completing discovery and trial. The proposed revised deadlines run up against an October 7, 2026 Settlement Conference, with a planned vacation starting October 8, 2026 (and other discovery filing the balance of October) and a family vacation for the long Presidents' Day weekend (School is out through Wednesday, February 17th).

(c) It would have been imprudent to proceed with additional discovery while Heitmann contemplated new representation and while the parties engaged in good-faith settlement discussions.

(d) Granting the requested extension will not cause any prejudice to any party. Plaintiff waited years to file these claims. The period of inactivity was mutual, as both parties participated in extensive settlement negotiations. The extension sought is modest in duration, at 30-40 days.

**RELIEF REQUESTED**

Defendant respectfully requests that this Court enter an Order extending the following deadlines:

a. The deadline for Discovery Cutoff extended from August 31, 2026 to **October 6, 2026**;

b. The deadline for Dispositive Motion Filing extended from October 5, 2026 to **November 16, 2027**;

c. The Final Pretrial Conference extended from December 14, 2026, to **January ___, 2027 (to be determined by the Court)**; and

d. The Trial be adjourned from January 12, 2027, to **February ___, 2027 (to be determined by the Court – 2/22/27 or later).**

Accordingly, Brandon Heitmann, through his counsel respectfully requests that this Court grant the above stated extensions to allow Mr. Heitmann to adequately defend himself. Concurrence in this Motion was sought on August 21, 2026, and August 24, 2026, and was not obtained, making this Motion necessary.

Dated: August 25, 2026

Respectfully submitted,

*/s/ Douglas W. Eyre*

**KOTZ SANGSTER WYSOCKI, P.C.**
Douglas W. Eyre (P63068)
*Attorneys for Defendant*
400 Renaissance Center, Suite 3400
Detroit, MI 48243
313-259-8785
deyre@kotzsangster.com

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 24-41956-MAR |
| BRANDON HEITMANN, | Hon. Mark A. Randon |
| Debtor. | |
| ______________________________/ | |
| RATNESH MEHRA, | |
| Plaintiff, | Adv. Proc. No. 25-04093-mar |
| v. | |
| BRANDON HEITMANN, | |
| Defendant. | |
| ____________________________/ | |

**ORDER ADJOURNING SCHEDULING ORDER DATES**

The Court having considered Defendant, Brandon Heitmann's Motion For Extension of All Dates, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED:**

1. Discovery Cutoff shall be adjourned from August 31, 2026, to **October 6, 2026**.
2. Dispositive Motion Filing Deadline shall be adjourned from October 5, 2026, to **November 16, 2026**.

3. Final Pretrial Conference shall be adjourned from December 14, 2026, to **January ___, 2027.**

4. Trial shall be adjourned from January 1, 2027, to **February ___, 2027.**

All other dates shall remain the same.

IT IS SO ORDERED.

______________________________________
HON. MARK A. RANDON
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7<br>Case No. 24-41956-MAR |
| BRANDON HEITMANN, | Hon. Mark A. Randon |
| Debtor.<br>____________________________/ | |
| RATNESH MEHRA, | |
| Plaintiff,<br>v. | Adv. Proc. No. 25-04093-mar |
| BRANDON HEITMANN, | |
| Defendant.<br>___________________________/ | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, I electronically served Defendant's Motion For Extension of All Dates.

**KOTZ SANGSTER WYSOCKI P.C.**

By: */s/ Douglas E. Eyrej*
Douglas W. Eyre (P79760)
Attorneys for Defendant
400 Renaissance Center, Ste. 3400
Detroit, MI 48243
(313) 259-8300
deyre@kotzsangster.com