**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

In Re: (NAME OF DEBTOR(S))
Brandon Heitmann

Case No.: 24−41956−mar
Chapter 7
Judge: Mark A. Randon

Ratnesh Mehra
Plaintiff

Adv. Proc. No. 25−04093−mar

v.

Brandon Heitmann
Defendant

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

***51*** − Motion to Extend ; Defendant's Motion For Extension of All Dates Filed by Defendant Brandon Heitmann (Eyre, Douglas)

will be held on: 9/21/26 at 02:00 PM at Courtroom 1825, 211 West Fort St., Detroit, MI 48226

EFFECTIVE: JANUARY 1, 2024. Note: Judge Randon is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call (202) 503−1666, Conference ID 231 911 059# Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate.

Dated: 9/10/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court