# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Chapter 7

BRANDON HEITMANN, Case No. 24-41956-MAR

Debtor. Hon. Mark A. Randon

______________________________/

RATNESH MEHRA,

Plaintiff,

v. Adv. Pro. No. 25-04093-mar

BRANDON HEITMANN,

Defendant.

______________________________/

The Deposition of BRANDON HEITMANN,
Taken via Hanson Remote,
Commencing at 11:30 a.m.,
Wednesday, June 3, 2026,
Before Susannah Gorman, CSR-9271, RPR.

APPEARANCES:

JEFFREY H. BIGELMAN (P61755)
Osipov Bigelman, P.C.
20700 Civic Center Drive, Suite 420
Southfield, Michigan 48076-4140
(248) 663-1800
jhb@osbig.com

Appearing on behalf of the Plaintiff.

YOUSEF MOHAMED FARRAJ (P79760)
Kotz Sangster Wysocki, PC
400 Renaissance Center, Suite 3400
Detroit, Michigan 48243-1618
(313) 259-8633
yfarraj@kotzsangster.com

Appearing on behalf of the Defendant.

ALSO PRESENT:

RATNESH MEHRA, Plaintiff



TABLE OF CONTENTS

BRANDON HEITMANN PAGE

Examination 9
By Mr. Bigelman
Examination 110
By Mr. Farraj

EXHIBITS

EXHIBIT PAGE
(Exhibits attached to transcript.)

DEPOSITION EXHIBIT A 20
12:07 p.m.
A contract with Ratnesh Mehra for pavers
DEPOSITION EXHIBIT B 25
12:19 p.m.
Change orders
DEPOSITION EXHIBIT C 28
12:25 p.m.
2018 annual report
DEPOSITION EXHIBIT D 32
12:37 p.m.
Permit issued June 24, 2020
DEPOSITION EXHIBIT F 43
1:03 p.m.
Permit 748
DEPOSITION EXHIBIT H 44
1:06 p.m.
E-mail from Jason Craig



DEPOSITION EXHIBIT I 46
1:12 p.m.
Mr. Heitmann's residential builder's license from March 28, 2023
DEPOSITION EXHIBIT J 47
1:14 p.m.
Proof of Service
DEPOSITION EXHIBIT K 48
1:20 p.m.
Consent Order Stipulation
DEPOSITION EXHIBIT L 51
1:27 p.m.
Complaint Nos. 2300616, 2300759
DEPOSITION EXHIBIT M 62
1:51 p.m.
Pool assessment dated 8/28/2023
DEPOSITION EXHIBIT N 69
2:05 p.m.
Photograph showing the discoloration in the pebble finish
DEPOSITION EXHIBIT O 69
2:07 p.m.
Photograph showing the same area with the pool drained
DEPOSITION EXHIBIT P 70
2:09 p.m.
Photograph showing where the pebble was repaired
DEPOSITION EXHIBIT Q 75
2:19 p.m.
Photograph of collapsing pool cover
DEPOSITION EXHIBIT R 77
2:23 p.m.
Photograph of the pool and the hot tub
DEPOSITION EXHIBIT S 78
2:26 p.m.
Photograph of filter
DEPOSITION EXHIBIT T 78
2:27 p.m.
Photograph showing the pool heater, valve, and pump
DEPOSITION EXHIBIT U 80
2:31 p.m.
Photograph showing plaster repair
DEPOSITION EXHIBIT V 81
2:43 p.m.
Text message chain
DEPOSITION EXHIBIT E 83
2:48 p.m.
Swimming pool permit



DEPOSITION EXHIBIT G 84
2:49 p.m.
Permit for autocover
DEPOSITION EXHIBIT W 95
3:18 p.m.
Group text thread
DEPOSITION EXHIBIT X 103
3:41 p.m.
Text thread
DEPOSITION EXHIBIT Y 107
3:50 p.m.
Photograph of Brandon Heitmann and Lamborghini
DEPOSITION EXHIBIT Z 109
3:54 p.m.
Discovery responses

Remote deposition
Wednesday, June 3, 2026
About 11:30 a.m.

COURT REPORTER: My name is Susannah Gorman, a Michigan State notary public and certified shorthand reporter, and this deposition is being held via videoconferencing equipment. The witness and reporter are not in the same room. The witness will be sworn in remotely pursuant to agreement of all parties. The parties stipulate that the testimony is being given as if the witness was sworn in person.

Do you solemnly swear that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: Yes.

BRANDON HEITMANN,

having first been duly sworn, was examined and testified on his oath as follows:

MR. BIGELMAN: Okay. Before we begin, your counsel and I had the opportunity to talk yesterday to discuss, possibly, the extension of discovery to account for all the depositions that need to be taken. There are some discovery deficiencies in the responses that you made to our written discovery, so the examination today -- we may finish today with the



information we have. We're not gonna conclude the exam and maybe need to come back based on additional documentation that you provide to your attorney that your attorney provides to me.

We spoke late yesterday, so we didn't have time to put together a stipulation and an order regarding the extension of discovery, extension of dispositive motion deadlines, but I believe it's our intent to do so. Am I on track with that, Yousef?

MR. FARRAJ: I agree. So to the extent our supplement could somehow relate to a line of questioning, which you would be prejudiced under the Court Rules or otherwise just fairness of the case, I'm certainly not saying this is a "door shut, one and only time." It is truly a matter of whether there is fairness. If there is documents produced or if there's information that says, "I would like an opportunity to ask questions about this and supplement and have another dep," that is accurate. The intent is not to prejudice Plaintiff in any sort of way. If the supplement says, "Hey, this is something I would have or should have, could have asked about, so let's set something up," we wouldn't oppose anything like that.

MR. BIGELMAN: Gotcha. Thank you.



MR. FARRAJ: Yep.

MR. BIGELMAN: May I call you Brandon?

THE WITNESS: Yes.

MR. BIGELMAN: Okay. Brandon, you have given depositions before; correct?

THE WITNESS: Yes.

MR. BIGELMAN: So you know the basic premise, where I ask questions, you give answers. We have a court reporter writing down what I say, what you say, what your attorney may object to, so we need audible answers that the court reporter can write down. She can't write down any body movements, so you can't shake your head "yes" or "no." Do you understand?

THE WITNESS: Yes.

MR. BIGELMAN: Okay. There may come a point in -- during the examination where your attorney may make an objection to preserve an objection for later in the case. You're still required to answer the question after his objection. Okay?

THE WITNESS: Okay.

MR. BIGELMAN: Is there anything today -- any medication, any health issues, any -- anything that you have ingested that would affect your memory in any way?



THE WITNESS: No.

EXAMINATION

BY MR. BIGELMAN:

Q. Okay. And how old are you?
A. Thirty-three.
Q. And what's your date of birth?
A. 4-11-1993.
Q. What is your educational background?
A. In regards to what exactly? Like, high school? College?
Q. Yeah. Did you obtain a high school degree?
A. Yes.
Q. Okay. From where?
A. Lutheran High School North.
Q. What city is that in?
A. Macomb.
Q. Did you go to college or university or trade school after that?
A. I did. I went to Macomb, took classes there, Macomb Community College, and then classes in Oakland -- or at Oakland College -- Oakland University.
Q. Oakland Community College?
A. Oakland University.
Q. Oh, okay.
A. I believe.

Page 10

Q. What year did you graduate from high school?
A. I believe 2011.
Q. And right from high school, did you go to Macomb Community College?
A. I can't remember, to be honest. It was either Macomb first or Oakland University first.
Q. You don't remember which one?
A. Which one was first? I do not. I think it was -- I think it was Oakland University, and then I took some classes at Macomb.
Q. How many semesters were you at Oakland University?
A. I think two.
Q. So that would have been 2011, 2012, fall and winter semester?
A. I believe so.
Q. How many semesters at Macomb Community College?
A. Don't recall exactly. Maybe one or two.
Q. Did you say "one or two"?
A. Yeah.
Q. So that would have been in fall 2012, winter 2013?
A. Sounds about right.
Q. What did you do after that? Well, let's stop there. Did you obtain any degrees from either of those schools?
A. No.

Page 11

Q. Did you go to work after that?
A. So during that period of time, I was working, and I started my landscaping business right around that time while I was in college.
Q. Where did you work in college?
A. Everywhere. You want all the -- all of them?
Q. Sure.
A. Jet's Pizza, Serrano's Pizza, Height Control Lawn & Landscaping, T&J Landscaping; later on, Cloverleaf Pizza, and then my business, which was Exigent. I think it was -- when it started, it was Exigent Lawn Care and Snow Removal.
Q. You stated you worked for, I believe, four pizza places and two landscape companies. Is that right?
A. Four pizza places, two landscape companies, and then also later on worked for my uncle in New Hampshire. He's a builder, and I worked under him as well. I don't remember the name of his company.
Q. Okay. What's your uncle's name in New Hampshire?
A. Allen Johns.
Q. What kind of work does he do?
A. He builds and develops.
Q. What does he build and develop?
A. Homes and condos.
Q. When did you work for him?

Page 12

A. I don't recall the exact year.
Q. Was it after college or during college?
A. After college.
Q. So somewhere between -- hold on a second. When you worked for -- was it Hurt Control Landscaping?
A. Height Control Landscaping.
Q. How do you spell that?
A. Height, H-e-i-g-h-t.
Q. Okay. What kind of work did they do?
A. Landscaping.
Q. Well, I understand that, but what kind of landscaping?
A. Lawn care and landscaping, like plantings, install stuff.
Q. What about T&J Landscaping? What kind of work did they do?
A. Snow removal and landscaping as well.
Q. And when you were at Height Landscaping, what was your job there?
A. I did a lot of grass cutting and installation of trees and bushes and maintenance.
Q. What kind of work did you do at T&J Landscaping?
A. Mostly snow removal.
Q. And when you worked for your uncle, Allen Johns, in New Hampshire, what kind of work did you do for him?
A. Mainly followed him around. The idea was to take over his business, but kind of just a little bit of everything and then some maintenance stuff and cleanup work.

Page 13

Q. You formed Exigent landscaping in April of '17; correct?
A. Sounds about right. I can't recall exactly, but I do believe it was around that year.
Q. Can you see my screen?
A. Yeah, but if you could zoom in.
Q. This is just a website. Can you see this filing date here?
A. Yes.
Q. April 21, 2017; does that sounds about right?
A. Yes.
Q. Sharing my screen again. Do you see the "Certificate of Assumed Name" on the screen?
A. Yes.
Q. I can make this bigger. So looks like the legal name was Exigent Landscaping, LLC, and on June 15, 2022, you added an assumed name of Exigent Design and Build; does that sound right?
A. Yes.
Q. So when Exigent was formed in April of 2017, what kind of work did Exigent do?
A. Landscaping.

Page 14

Q. Such as -- what type of landscaping?
A. For that -- for what time period?
Q. Well, in 2017 when it started.
A. In 2017, it was doing maintenance. I believe it was doing landscaping installs. I don't remember exactly when, but at a certain point it turned into design installs, mainly hardscaping, stuff like that.
Q. Okay. So 2017, what type of maintenance work was Exigent doing?
A. Trimming shrubs, trimming trees, cutting some grass.
Q. You said it also did landscaping installs. Would that be, like, installing trees or hedges or stuff like that?
A. Correct.
Q. Okay. Was it about the same in 2018 or different?
A. I don't recall the exact time frame, but at a certain point we transitioned into more design build stuff.
Q. What do you mean by "design build"?
A. Like, for instance, full landscape installs, plantings, retaining walls, hardscaping, sprinkler work sometimes, tree install, brick pavers.
Q. Would hardscaping be brick pavers or something different?
A. Correct. Brick pavers, sometimes concrete. Mostly brick pavers.

Page 15

Q. So you don't know if that started in 2018, 2019? You're not sure?
A. I would say around 2018, maybe sooner.
Q. What about 2019? What kind of work did Exigent do?
A. Mostly installs, design build installs. I believe around that time frame is when we got into pools as well.
Q. How did you get into pools?
A. Well, I was working on a job, and I -- I saw another contractor put in a pool and, in my opinion, didn't do a good job, and decided to -- to get into that.
Q. When was your first pool project on your own?
A. I believe it was around 2018 or 2019.
Q. Do you recall who the client was?
A. Jimmy Fox.
Q. Jimmy Fox?
A. Yeah.
Q. Is that one X or two Xs?
A. One X.
Q. Where was that project at?
A. Shelby Township.
Q. Did you work under someone's residential builder's license to do that job?
A. Yeah. I was working with Hank.
Q. Hank who?

Page 16

A. Hank Bell.
Q. The Jimmy Fox job started in 2018 or 2019; is that right?
A. From what I -- yeah, I believe so.
Q. Was the job completed?
A. Yes.
Q. When was it completed?
A. I don't remember exactly when. Probably within six to eight months.
Q. What was your next pool job?
A. I can't remember.
Q. How many pool jobs did you do between Jimmy Fox and Mr. and Mrs. Mehra?
A. I believe around five.
Q. Do you remember any of the names of those five people?
A. Yeah. Let me think for a minute. I believe one was Heaton.
Q. Excuse me?
A. I believe the last name of one of them was Heaton.
Q. How do you spell that?
A. H-e-a-t-o-n.
Q. Where was that project?
A. Macomb.
Q. And whose residential builder's license did you work under there?

Page 17

A. Hank.
Q. Who else do you remember of those five?
A. Toma was the last name.
Q. Where did Toma live?
A. Macomb.
Q. Did you work under Hank Bell's license there also?
A. Yeah.
Q. Do you remember the other three?
A. I believe the other one was Wharton.
Q. How do you spell that?
A. W-h-a-r-t-o-n.
Q. Where was that project?
A. Grosse Pointe.
Q. Whose residential builder's license did you use there?
A. I was working with Hank on that one as well.
Q. Was he aware that you used his license on all these projects?
A. Yes. We were working together.
Q. You guys were partners on the jobs?
A. I would say.
Q. Did you guys share profits?
A. No.
Q. So explain the partnership.
A. So Hank I looked up to as a mentor and a -- not a blood-related but an uncle, and he was willing to help

Page 18

me pull permits and work together on projects, and I sent him the information on the project. And the main reason why is during COVID -- and they didn't have testing available, and he said he would work with me and help me on my first projects.
Q. COVID didn't start until March 2020, and these jobs we're talking about, you said, the first one was Jimmy Fox in 2018 or '19. So that's pre-COVID; right?
A. Well, it would have -- so Jimmy Fox was during COVID, so the time frame I must have given you must have been wrong. It was off memory. So Jimmy Fox's job and those jobs we discussed, those happened during COVID from what I recall.
Q. So all those jobs -- all your pool jobs were post March or February of 2020; correct?
A. Based on memory, yes, from what I can recall.
Q. Do you recall Toma's first name?
A. Kristen -- or I was working with Gary.
Q. Prior to starting in the pool business during COVID, what prior experience did you have building pools?
A. None; and by that, I mean hands-on stuff, you know, just research.
Q. Were you the sole owner of Exigent?
A. What time period are you referring to?
Q. Let's say during COVID, so 2020.

Page 19

A. Yes.
Q. Okay. Did it change at some point?
A. Yes. Out of high school, it was -- out of high school, it was Exigent Lawn Care and Snow Removal, and I believe my father owned it, and I believe in 2017 it was transferred fully to me and named Exigent Landscaping, and then the other company was just, you know -- just transferred or -- so to say.
Q. I'm going to share my screen with you again. We're back in the State website. This shows "Exigent Lawn Care and Snow Removal Services, LLC. Filing date, November 5, 2012, under a Ronald Heitmann." Is that your dad?
A. Yes.
Q. Okay. Then this shows the inactive date of December 20, 2016; correct?
A. Correct.
Q. Okay. So Exigent Lawn Care and Snow Removal Services was a different company than Exigent Landscaping, LLC; correct?
A. I'm trying to read the dates there to refresh my memory. Can you zoom in a bit?
Q. I would like to, but it's a web page, and I cannot.
A. Maybe control scroll up if your mouse. . . Or maybe I can make our screen bigger. That's a little better.

Page 20

Q. What we can see is they are two separate companies; correct?
A. Yeah, that's what it looks like.
Q. Okay. Sharing my screen with you. This is marked Exhibit A. Have you seen this document before?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT A
12:07 p.m.
A. Yes.
Q. And what are we looking at here?
A. It looks like a contract with Ratnesh for pavers, and that's all I see right now.
Q. Okay. Let's just look at what's on screen for right now. Ratnesh -- that's Mr. Mehra; correct?
A. Yes.
Q. And this is dated May 14, 2020; correct?
A. Yes.
Q. This shows "Pavers," as you pointed out, for "$40,797.50"; correct?
A. Yes.
Q. It shows "Seating wall and steps, $2,700"; correct?
A. Yes.
Q. It shows, within the scope of work, "Supposed aggregate for driveway, 11,700"; correct?
A. Yes.

Page 21

Q. It shows "Auto pool cover, 15,000"; correct?
A. Yes.
Q. It shows "Pool and hot tub, $111,638"; correct?
A. Yes.
Q. Page 7 shows "Limestone, $13,125"; correct?
A. Yes.
Q. "Outdoor kitchen, $23,975"; correct?
A. Yes.
Q. "Gas fire pit, $4,230"; correct?
A. Yes.
Q. "Planting, $12,132.50"; correct?
A. Yes.
Q. "Decorative stone, $4,231.70"; correct?
A. Yes.
Q. "Sprinkler system and irrigation, $2,400"; correct?
A. Yes.
Q. "Lighting, $7,795"; correct?
A. Yes.
Q. "Artificial turf, $15,906"; correct?
A. Yes.
Q. I'm not going to go through the rest, but this is 15 pages -- right? -- this document we're looking at?
A. Yes.
Q. Going back to the first page of the contract, it's dated May 14, 2020; correct?

Page 22

A. Yes.
Q. Is it fair to say that this was one of your first pool jobs?
A. It was, like, my fifth pool job.
Q. Well, COVID started in March 2020. I'm guessing you couldn't have completed any pool jobs within the two months of signing this contract. Correct?
A. I mean, to be honest, I'm going off memory. I can't recall exactly when those jobs started. So they might have been started before. What appears to me, based on our conversation or what we have been walking through, is that those other jobs were before or during COVID.
Q. Right. But COVID essentially started around St. Patrick's Day 2020, which is around March 17th, around there, 2020 and that's when the lockdowns took place, so forth. So if that's when COVID started and you hadn't built any pools prior to COVID, this would have been one of your first jobs; correct?
A. First few jobs, yeah, I would say.
Q. At the bottom of the first page of Exhibit 5 purports to show a license number, 802082183. Do you see that?
A. Yes.
Q. That's not a license number, is it?
A. That is our license number at the time that registered

Page 23

the company with the State of LARA -- or registered the company with LARA.
Q. It's not a residential builder's license, is it?
A. Correct.
Q. And for a job like this, when you're building a pool, you're required to have a residential builder's license; correct?
A. Can you say that again.
Q. When you're building a pool, to obtain a permit to build that pool, you're required to have a residential builder's license; correct?
A. Yes, or have a qualified officer of the company that has a license.
Q. Okay. And you didn't have a license May 14, 2020; correct?
A. Correct.
Q. Yeah. And Exigent Landscaping, LLC did have a qualifying officer that held a residential builder's license on May 14, 2020; correct?
A. Correct.
Q. And you're aware that the State of Michigan requires contractors to list their license number in the contracts; correct?
MR. FARRAJ: Objection. Form.
You can answer.

Page 24

THE WITNESS: Well, I mean, I know that now, and at the time we were working with Hank -- or I was working with Hank, and I viewed him as a qualified officer. And I was also working with Ideal Builders.
BY MR. BIGELMAN:
Q. There was nothing filed with the State of Michigan for Exigent Landscaping in regard to a qualified officer and a residential builder's license; correct?
A. Correct, at this time period.
Q. And this license number on page 1, Exhibit A, the contract, is a single page; correct?
A. Correct.
Q. So it doesn't say a LARA number. It says "License number"; correct?
A. Correct.
Q. At the top of page 1, right under Mr. Mehra's name and address, is written "Building permit"; correct?
A. Yes.
Q. So it was contemplated that a building permit would be needed to do this work; correct?
A. To be honest, I don't remember. I don't recall seeing that. I don't know why that's there. Never seen that before.
Q. You were the one who sold Mr. and Mrs. Mehra the job; correct?

Page 25

A. Correct.
Q. Did you ever mention that you were working under Hank Bell's residential builder's license?
A. No.
Q. There's nothing in the contract that refers to Hank Bell or his company, Construction Contractors; correct?
A. Correct.
Q. And you told Mr. and Mrs. Mehra that you had expertise in building pools; correct?
A. I don't remember.
Q. What did you tell them about your experience in building pools?
A. I don't recall discussing that.
Q. Putting on the screen Exhibit B. This exhibit is 43 pages, and it's a series of change orders. Do you recall this project having a lot of change orders?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT B
12:19 p.m.
A. Yes.
Q. What we're looking at here is Landscaping Change Order 1, dated June 11, 2020; correct?
A. Yes.
Q. This was for fire bowl pillars; right?

Page 26

A. Yes.
Q. And, again, this Change Order 1 has the same language at the bottom of the page that purports to be a license number; correct?
A. Yes.
Q. In fact, every page of the change orders has that language that purports to be a license number; correct?
A. Yeah. What license number are you referring to?
Q. I'm not referring to a license number. I'm referring to language in your change order, consistent with the contract, that purports to be a license number, but it's not a license number. Correct?
A. Yeah. We were -- I was, you know -- it's -- it was -- when it was put in the agreement, it was based on being a -- our license number.
Q. It wasn't a license number, though; correct?
A. What license are you referring to?
Q. You didn't have a residential builder's license. You didn't have any license at the time of -- at the time you contracted with Mr. Mehra; correct?
A. Correct, did not have a builder's license, but had a license -- or the business was licensed with LARA to be a licensed business or just to be able to do business or whatever.

Page 27

Q. Okay. Let's go back to the LARA website for Exigent Landscaping, LLC, and that same number -- 802082183 number is an identification number; correct?
A. If you -- I can't see what it says at, like, the top column. If you scroll down --
Q. Do you see what's highlighted on the right here?
A. I can't see -- no, we don't see it.
Q. Do you see this?
A. Yes.
Q. All right. So this is your -- not yours. This is Exigent Landscaping, LLC's 2018 annual report; correct?
A. Yes.
Q. And it lists an identification number of 802082183. Do you see that?
A. Yes.
Q. It doesn't say "license number." It says "identification number"; correct?
A. According to the document I'm looking at, yes.
Q. Well, if we look at Exhibit A, your contract, it lists the same number as the license number; correct?
A. Correct.
Q. It doesn't say "LARA identification number." It says "license number"; right?
A. Correct.

Page 28

Q. And if we look at Exhibit B, "Change orders," same thing.
A. Correct.
Q. Same number. It doesn't say "LARA identification number." It says "license number"; correct?
A. Correct.

MARKED BY THE REPORTER:
DEPOSITION EXHIBIT C
12:25 p.m.

Q. Going back to -- I'm going to mark this as Exhibit C, the 2018 annual report.

Going back to Exhibit B, which is -- well, the first page is Change Order No. 1, dated June 11, 2020; right?
A. Correct.
Q. Then the seventh page, Change Order No. 2, dated June 30, 2020; right?
A. Correct.
Q. And this states "Updated walls for pool, $5,512.50"; right?
A. Correct.
Q. Thirteenth page of Exhibit B, Change Order 3, July 13, 2020; correct?
A. Correct.
Q. "Upgrade pool coping and porch"; right?

Page 29

A. Correct.
Q. What's pool coping?
A. It's the coping -- it goes around the pool. That sits on top of the pool wall, something you would sit on if you're, like, dangling your feet in the pool and sitting by the pool.
Q. So it's some kind of stone?
A. That's correct, and in their case it was natural limestone.
Q. This Change Order 3 has the same language at the bottom that the contract has and all the other change orders that we looked at have. It has the LARA identification number listed as a license number; right?
A. Yes, according to that document we looked at.
Q. The seventeenth page of Exhibit B, Change Order 4, this is dated August 8th -- or, I'm sorry -- August 24, 2020; correct?
A. Yes.
Q. The scope of work appears to be a retaining wall; right?
A. Yes.
Q. And, again, all of those pages have the same LARA identification number listed as a license number; correct?

Page 30

A. Yes.
Q. Looking at page 23 of Exhibit B, Change Order 1, No. 5, this is dated October 26, 2020; correct?
A. Yes.
Q. Scope of work, "Driveway, upgraded pool tile, autocover, heated driveway"; correct?
A. Yes.
Q. Had you ever done a heated driveway before?
A. I don't think so.
Q. What about an autocover for a pool?
A. Yes.
Q. When --
A. You're referring up until this point?
Q. Yeah. Did you have any prior experience doing an autocover for a pool?
A. Yes.
Q. On what project?
A. Toma, but in regards to that I had an autocover guy that -- that's all he did. That was his autocovers. And then same thing with the driveway; my electrician's done it. We just did the paperwork.
Q. So it would be something that you would just contract out?
A. The electrical part of it, yes.
Q. What about the construction of it?

Page 31

A. In regards to -- are we talking about the driveway or the autocover?
Q. No. Let's start with the heated driveway.
A. The heated driveway, the electrician would do all the electrical side of it, and we would just essentially lay the pavers.
Q. Well, for a heated driveway to work, there has to be something under the pavers; correct?
A. Correct.
Q. And what is that?
A. It was, like, coils, cables, electrical cables, from what I recall.
Q. And did you install that, or did the electrician install it?
A. I believe the electrician did.
Q. You're not sure?
A. I can't remember.
Q. We're looking at Change Order No. 6, page 28 of Exhibit B. This is dated December 1, 2020; correct?
A. Correct.
Q. We're on page 32 of Exhibit B. This says "Change orders," and then above it, it's handwritten. What does that say? What's handwritten there?
A. It appears to say "Old home plus CO7 plus CO8 plus CO9."

Page 32

Q. Is that your handwriting?
A. I don't remember writing that or seeing this document.
Q. If it's not your handwriting, whose would it be?
A. Somebody from my team.
Q. Does it look like your handwriting?
A. I don't think so.
Q. That's dated January 28, 2021; is that right?
A. Yes.
Q. And every page in this exhibit that we looked at has the LARA identification listed as the license number; correct?
A. Yes.
Q. Then page 40, Exhibit B, Change Order 10, dated July 30, 2021; correct?
A. Yes.
Q. One second. I'm looking for something. I'm showing you what's been marked Exhibit D. This is a permit issued June 24, 2020; correct?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT D
12:37 p.m.
A. Correct.
Q. For 232 Forest in Royal Oak; correct?
A. Correct.
Q. Which is the location of the Mehra home; correct?

Page 33

A. Correct.
Q. And it shows the applicant as Construction Contractors; correct?
A. Correct.
Q. It shows the owner as Ideal Builders and Remodeling; correct?
A. Correct.
Q. And Ideal Builders and Remodeling owned the property at that time because they were building a house on land they owned; correct?
MR. FARRAJ: Objection. Form and foundation.
Go ahead.
THE WITNESS: To my understanding and -- yeah, yeah, that's correct.
BY MR. BIGELMAN:
Q. So did Hank Bell and Construction Contractors apply for this permit, or did you apply for the permit?
A. We applied for it, I would say.
Q. Well, who -- was it you who actually did -- strike that.
What is the process in Royal Oak to apply for a building permit?
A. From what I can remember, you fill out documentation, plans, engineering -- basically, a long list of

Page 34

details describing the work that you're performing and submitting it to the City.
Q. In Royal Oak, you do it online; correct?
A. I don't remember. I'm not sure.
Q. So did you apply for this permit either online or in writing, or did Hank Bell do it?
A. I don't remember.
Q. And the work description for this permit, PB20-00683, is for a swimming pool; correct?
A. Correct.
Q. Go to the second page, Exhibit D. This is another building permit. This one, PB20-00748, issued July 13, 2020; correct?
A. Yep, correct.
Q. And this is for an -- appears to be an outdoor kitchen; correct?
A. Correct.
Q. And it shows the applicant as Construction Contractors; correct?
A. Correct.
Q. Did you apply for this permit in the name of Construction Contractors or was that done by Hank Bell?
A. I can't remember.
Q. Okay. And Ideal Builders is listed on here as an

Page 35

owner; correct?
A. Correct.
Q. They didn't apply for this permit; correct?
A. No.
Q. They didn't apply for the prior permit, PB20-00683; correct?
A. Correct.
Q. And looking at the final comment that's on Exhibit D, the third page, PB20-01775, this shows that it was issued January 6, 2021; correct?
A. Yep.
Q. And it shows that it was for autocover for "pool, dash, pool barrier"; correct?
A. Correct.
Q. It shows applicant as Construction Contractors; correct?
A. Correct.
Q. Did you apply for this permit using Construction Contractors' residential biller's license, or is that something Hank Bell would have done?
A. I can't remember.
Q. And, again, Ideal Builders is listed on here as owner; correct?
A. Correct.
Q. They didn't apply for this permit; correct?

Page 36

A. Correct.
Q. Are you aware that we took Hank Bell's deposition in this case?
A. Yes.
Q. Are you aware that he testified under oath that he didn't give you any authority to use or operate under his residential builder's license. Are you aware of that?
A. I am aware of that.
Q. Do you believe that his testimony to that effect was truthful?
A. No.
Q. So he authorized you to work under his builder's license; is that right?
A. Yes.
Q. Is there anything in writing where he specifically authorized you to use his residential builder's license to obtain permits for the Mehra job?
A. Yes.
Q. And where is that documentation?
A. Text messages.
Q. Have those been produced in discovery?
A. I believe so.

MR. FARRAJ: So that was what I had messaged you, where he sent me a screen recording of

Page 37

the dates that you had requested where there were text messages between him and Hank. I haven't even seen it yet, and Brandon tried to send it to me again. I still haven't looked at it. I told him what we need to do is -- I think there's a way on iPhones where we can try and maybe download a list of it, but I haven't seen those text messages yet. It was in the audio file -- what came through was an audio file that I couldn't view.

MR. BIGELMAN: Okay. So this will sort of piggyback on what I said at the outset of the exam, that there may be a reason to have you back, in regard to the exam, once we get additional information. This would be one of those reasons. Do you understand?

THE WITNESS: Yes. I'm hoping we won't have to do all that over again.

MR. BIGELMAN: We're not gonna repeat anything, but there may be additional questions based on whatever is produced.

THE WITNESS: Understood.

BY MR. BIGELMAN:
Q. Did you ever tell Mr. Mehra, prior to contracting with him, that you didn't have a residential builder's license?
A. I don't remember.

Q. Did you ever tell Mr. Mehra, prior to contracting with him, that you didn't have a residential builder's license, but you were gonna use a third party's residential builder's license to pull permits?
A. Mehra? No. Ideal, yes. I told them I was working with Hank and Construction Contractors, and I believe they were aware of that.
Q. And was that something that's in writing, or is that something that he talked about with Ideal Builders and Remodeling?
A. I can't remember.
Q. Do you have any document or communication in your possession that would support this assertion that you talked about this with Ideal?
A. Yeah, it should in text messages, or I do know there were some conversations between me and Brandon discussing permits, and to my understanding they were monitoring and up-to-date on permits and inspections on the project. And from what I can recall, they were managing -- helped managing a project with -- for Ratnesh or whatever. I don't know exactly how that worked out, but we were working with them on a lot of stuff.
Q. You're speaking about Ideal Builders; correct?
A. Yes.



Q. Ideal Builders was building the house; correct?
A. Correct.
Q. And it's my understanding -- and correct me if I'm wrong, but while Ideal Builders was building the house for the Mehras, the Mehras requested, essentially, consent from Ideal Builders to allow you and Exigent to construct the pool at the same time; correct?
A. Correct.
Q. And it's my understanding that Ideal Builders and Remodeling, since they owned the land, they were concerned about any potential construction liens on the property, so they wanted to handle the money; they wanted money to go through them before it got to you. Was that correct?
MR. FARRAJ: Objection. Form and foundation.
Go ahead, answer.
THE WITNESS: Yeah. I would say money, and I would say management, too, to make sure that permits were -- or inspections were approved. And I guess management, I would classify it as well, to make sure it didn't hold up their project. And, you know, I was -- I think I kept them pretty informed, and they would ask about inspections, if they happened. They would also kind of manage the money, I would say,



release draws at appropriate times. And I recall there was one time they were gonna release a draw -- I think it was, like, 150 grand, and they did a hundred, and then they said they'd do 50 later, and then we got some stuff done, and then they gave us the other 50 or something.
BY MR. BIGELMAN:
Q. When you say Ideal Builders and Remodeling was involved somehow in management, what are you talking about? What did they manage other than their own project?
A. I would say they would manage to make sure that permits -- or, I'm sorry. Excuse me -- inspections were getting approved and -- 'cause they -- if I understand correctly, we would have to have all our permits -- or I keep saying "permits." Excuse me -- our inspections approved so they can get their as-built. If I wasn't getting my inspections approved, they wouldn't be able to get their as-built and, you know, close out on the final build.
Q. So it sounds like it was more -- they were sort of coordinating to make sure everything ran smoothly. Is that a better description?
A. In my opinion, I think it was, like, coordinating and management, but they didn't have a say on materials



and stuff like that and day to -- maybe, I think, more day-to-day was through Ratnesh, and updates was through Ratnesh, but I would say a little bit of management.
Q. At the time back in 2020/2021, Exigent Landscaping had a website; correct?
A. I believe so.
Q. The website represented that your company was licensed; correct?
A. Licensed in what aspect?
Q. Licensed to perform work.
A. Licensed to perform what kind of work?
Q. Such as work we're looking at here that requires a residential builder's license.
A. I would not say that. Our main scope of work was landscaping, and I believe at that time our website was set up to -- or was mainly organized to promote landscaping and hardscaping.
(The court reporter requests a break at 12:52 p.m.)
(Off the record at 12:52 p.m.)
(Back on the record at 12:58 p.m.)
BY MR. BIGELMAN:
Q. Back to the permits. The first one we looked at was PB20-00683; right?

Page 42

A. Correct.
Q. Here's a printout regarding the City of Royal Oak regarding PB20-00683, the same; correct?
A. Correct.
Q. And I can make this bigger for you. This shows the status of the permit as canceled. Do you see that?
A. Correct.
Q. It shows an expiration date of January 17, 2021; correct?
A. Correct.
Q. Going back to Exhibit D, that was for the swimming pool; correct?
A. Correct.
Q. The work on the swimming pool was never approved by the City; correct?
A. The work of the swimming pool was never approved by the City?
Q. Let me ask you a different way: The permit was never finaled out; correct?
A. Correct.
Q. Did you cancel it, or was it canceled by the City? Was -- do you know why it was canceled?
A. I don't know why, no.
Q. But it was never finaled out. You know what I mean by "finaled out"; right?

Page 43

A. Yeah, the final inspection.
Q. Right. When a permit receives final inspection, it'll say "finaled out" or "approved"; right?
A. I'm not sure, but I do recall that it didn't get its final inspection.
Q. Okay. Going back to Exhibit D, looking at the second permit ending 748, this is for the outdoor kitchen; right?
A. That's correct.
Q. If we look at Exhibit F, again, regarding Permit 748, and it shows that this permit expired. Do you see that?

MARKED BY THE REPORTER:
DEPOSITION EXHIBIT F
1:03 p.m.

A. Yep.
Q. Never received final inspection, just expired; correct?
A. It appears to show that, yes.
Q. Looking back at Exhibit D, the third permit, this is permit ending 1775; correct?
A. Correct.
Q. This is for an autocover for pool/pool barrier; right?
A. Correct.
Q. In looking at the records from the City for this

Page 44

permit ending 1775, again, this is -- this permit's showing as expired; correct?
A. Correct.
Q. Okay. So the three permits we looked at that were applied for for the Mehra property under the name of Construction Contractors, which you claim you had authority to use, none of those permits received final inspection; correct?
A. It appears that -- yeah.
Q. Showing you now what's been marked as Exhibit H. This is an e-mail from Jason Craig to me dated October 20, 2025. This is a screenshot. Do you see that?

MARKED BY THE REPORTER:
DEPOSITION EXHIBIT H
1:06 p.m.

A. Mm-hmm.
Q. And do you know who Jason Craig is?
A. No.
Q. Do you know who is in charge of the billing department in Royal Oak?
A. No.
Q. Okay. In any event, he explained that the permit application is done online in the City of Royal Oak. Does that refresh your memory?
A. I don't remember.

Page 45

Q. So this would be the page. So property information, "232 Forest, Ratnesh Mehra." Do you see that?
A. Yep.
Q. Then it says, "Mail to Construction Contractors Inc." Do you see that?
A. Yes.
Q. And an e-mail, it has bheitmann12@yahoo.com. Whose e-mail is that?
A. Mine.
Q. There's a phone number, 586-383-8308. Whose phone number is that?
A. My old business phone number.
Q. And below the e-mail, it says "Web username, bheitmann12." Do you see that?
A. Yes.
Q. And then it has web pin, "CA78C86677A." Do you see that?
A. Yes.
Q. Okay. Do you recall submitting this in electronic form to the City of Royal Oak?
A. No.
Q. Do you know who would have done it if you didn't do it?
A. I don't remember.
Q. Do you know why the contractor is listed as

Construction Contractors Inc., but instead of having the phone number and e-mail for Hank Bell, it has your phone number and your e-mail. Do you know why?
A. Because I was handling most of the project. I was handling the project. I think I was the best contact.
Q. Do you see here where I highlighted on the, like, middle right, "Insurance information: Accident Fund"?
A. It's cut off because of the Zoom drop-down thing. Okay. I see it.
Q. Okay. Is that your insurance carrier, or was that -- and when I say "you," Exigent -- or was that Construction Contractors Inc.?
A. I don't know. All I see there is something that says "Accident Fund." I don't know.
Q. In 2020, 2021, 2022, who did Exigent have their workers' comp insurance through?
A. I don't remember.
Q. Was it the Accident Fund?
A. I can't remember, to be honest.
Q. On your screen, Exhibit I, information from the State of Michigan showing that you were issued a residential builder's license on March 28, 2023; correct?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT I
1:12 p.m.



A. Correct.
Q. License status, "Suspended"; correct?
A. Correct.
Q. When was your license suspended?
A. I don't remember when. Yeah, I don't remember exactly when.
Q. It says the license expiration date, May 31, 2026. Do you see that?
A. Yes.
Q. Was the license renewed or was it still suspended or did it expire? What's the current status?
A. I don't believe it was renewed.
Q. Okay.
A. Or, yeah, it wasn't renewed.
Q. Showing you what's been marked Exhibit J. First page says "Proof of Service"; correct?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT J
1:14 p.m.
A. Yes.
Q. "In the matter of Brandon Lewis Heitmann and Exigent Landscaping"; correct?
A. Yes.
Q. "Complaint No. 2300623 and 2200622"; correct?
MR. FARRAJ: Objection. Form and



foundation and relevancy of this document and topic.
Go ahead; you can answer whatever he asks about.
THE WITNESS: Yes.
BY MR. BIGELMAN:
Q. Okay. Then it states, on the date below, I sent a copy of the formal complaint dated April 9, 2024; correct?
A. Yes.
Q. And looks like they sent it to you care of the law firm of Kotz Sangster; correct?
A. Yes.
Q. One second, please. We're looking now at Exhibit K. This document is titled "Consent Order Stipulation"; correct?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT K
1:20 p.m.
MR. FARRAJ: Same objection as before regarding the form and foundation, relevancy, admissibility.
Go ahead.
THE WITNESS: Yes.
MR. BIGELMAN: Okay.



BY MR. BIGELMAN:
Q. It's a document here your counsel provided to me yesterday. This references Complaint No. 2300623 and 2300622, the same numbers that we just looked at on the formal complaint, Exhibit J; correct?
A. Yes, I believe so.
Q. And looking at the second paragraph, the consent order. "The parties have stipulated that the board may enter this consent order. The board has reviewed the stipulation contained in this document and agree that the public interest is best served by resolution of the outstanding complaint. Therefore, the board finds the alleged" -- "the allegations of fact contained in the formal complaint are true and that Respondents violated Sections 601," with 1 in parentheses, "604(d), 604(b), 604(d), 604(1), 2411(2)(e), 2411(2)G), 2411(2)(m), 2404a, 604(h) of Occupational Code"; correct?
A. Correct.
Q. This is agreed to by you and your counsel; correct?
A. Correct.
Q. Do you remember what Section 601(1) of the Occupational Code is?
A. No.
Q. This is Section 601 of the Occupational Code, MCL

Page 50

339.601, and Section 1 states, "A person should not engage in or attempt to engage in the practice of an occupation regulated under this act or use a title designated in this act unless a person possesses a license or registration issued by the department for the occupation." Do you see that?
A. Yes.
Q. You agree that you violated this section of the Occupational Code; correct?
MR. FARRAJ: I'm going to object to this one, Jeff. The consent order speaks to itself. To the extent my client is being asked questions why he would stipulate to a consent order rather than fight a complaint, I do think that that pushes attorney-client privileges, and whatever reasons he has for entering into an agreement or a consent order with the State, like I said, I think the document speaks for itself. He signed on it, but I'm not comfortable with my client answering questions saying, "You admit," and "You violated this, and you violated that." He entered the consent order with his attorneys, with consultation of his attorneys, for reasons between him and his attorney, so I'm going to instruct him not to answer that question.
MR. BIGELMAN: I'm not trying to intrude at

Page 51

all on attorney-client privilege. I'm just -- we're just going over what he admitted to.
MR. FARRAJ: I understand. To that extent, I would say the consent order speaks for itself, but I may object again but. . .
MR. BIGELMAN: Okay.
BY MR. BIGELMAN:
Q. Back to Exhibit K, the consent order we were looking at. This is signed by you, Brandon, June 13, 2024, your counsel on June 14, 2024; correct?
A. Correct.
Q. That's your signature there?
A. Correct.
Q. Your attorney provided me with another consent order yesterday. It's on your screen in front of you, Exhibit L. This one has different complaint numbers: 2300616, 2300759. Do you see that?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT L
1:27 p.m.
A. Yes.
Q. Here it states essentially the same, that "The parties have stipulated that the board may enter this consent order. The board has reviewed the stipulation contained in this document and agrees that the public

Page 52

interest is best served by the resolution, the outstanding complaint. Therefore, the board finds that the allegations of fact contained in the formal complaint are true, that Respondents have violated Sections 601(1), 604(d) 604(l), 2411(2)(d), 2411 (2)(J), 2404a and 604(h) of the Occupational Code." Do you see that?
A. Yes.
Q. And this, too, was signed on June 13, 2024, by you, the following day by your counsel; correct?
A. Yes.
Q. Is that your signature?
A. Yes.
Q. And as a result of these consent orders, your residential builder's license was suspended; correct?
A. Yes.
Q. Did Hank Bell ever visit the Mehra property?
A. I can't remember.
Q. Did Hank Bell ever review the contract with Mr. Mehra regarding the change orders?
A. I don't remember.
Q. Did Hank Bell ever review any of the plans or drawings for the Mehra property?
A. Yes.
Q. Well --

Page 53

A. I'm sorry, let me explain more. I don't know if he actually reviewed it, but he did request those documents.
Q. What did he request, specifically?
A. The plans and the information and what's going on, you know. He basically said to send all that in case an inspector or somebody calls him and asks him questions, and he kind of wanted to know what was going on.
Q. When did he make that request?
A. Before we applied for the permit.
Q. And did you send him those documents?
A. I believe so, yes.
Q. Did he have -- how did he make the request, and how did you send the documents?
A. I believe he made the question verbally, like a phone call, and I believe I sent them to him either by e-mail or by text. I can't recall which way, but he did request it.
Q. Do you have a copy of the text or e-mail you sent him on the plans or drawings?
A. I do. Yeah, I do recall text messages of -- I don't know if in those texts -- I believe it was text messages he got from the City 'cause the City mailed out the plans to him as well. So I believe, in our

Page 54

texts, what I reviewed the other day, I saw that, that he got the packet with the permit, and usually attached to that is the plans with the approval.
Q. Was that something you sent him or something that the township or City sent him?
A. That would be something that the City sent him.
Q. Okay. 'Cause you testified that he requested plans and drawings from you and you sent them to him. So did that actually occur?
A. I believe so.
Q. And do you have any evidence of that?
A. I can't remember if it's in my text messages or not or if it was e-mailed but. . .
Q. Okay. Well, we requested all communications between you and Hank Bell, so when you make the supplemental production, if you have something, include that, okay?
A. Yes.
Q. So when Hank Bell testifies under oath that he knew nothing of the Mehra project, that he had no involvement, that he didn't give you authority to use his residential builder's license, is he lying?
A. Yes.
Q. Did you share any income you received on the Mehra project with Hank Bell?
A. No.

Page 55

Q. Why would Hank Bell put his residential builder's license at risk and expose himself to liability on a project where he had no potential for profit?
MR. FARRAJ: Objection. Form and foundation, speculation.
Go ahead; you can answer.
THE WITNESS: Yeah. I don't know exactly why he did it. My speculation would be, you know, he was just trying to help me out. I went to him as a mentor, and he was trying to help me get started into bigger and better things for my business.
BY MR. BIGELMAN:
Q. When's the last time you spoke to Hank Bell?
A. Around the time my company filed for bankruptcy in 2023, I think, 2024, around that time.
Q. When you sent Hank Bell the plans of drawings, did he have any comment? Did he say, "This is wrong. Do it a different way"? Did he have any comment any which way?
A. No.
Q. Did Hank Bell have any personal experience building pools?
A. I'm not sure. I don't recall him saying he does or doesn't.
Q. It's my understanding that you performed some

Page 56

landscaping on behalf of Ideal Builders. Is that accurate?
A. I believe so. I can't recall the exact, you know, whatever it's called of the agreement, but they wanted me to do some landscaping. I think I did some -- or I did do some sidewalks, I think an approach for a driveway. But, yeah, they wanted me to do some work. I don't know why, but, you know, as a management fee or something.
Q. So it wasn't any building. It was landscaping or brickwork or stuff like that; correct?
A. Landscaping and concrete work, I believe it was. I think it was -- like, the front walkway was supposed to be out of concrete, the sidewalks were supposed to be out of concrete, and then the approach, I think -- yeah, I think -- I can't recall about the landscaping, but I know we did work for them.
Q. If you really had no experience to speak of building pools and Hank Bell had no experience to speak of building pools, you know, as of May 2020, how could Hank Bell have assisted you or helped oversee construction of a pool?
MR. FARRAJ: Objection. Form and foundation.
Go ahead.

Page 57

THE WITNESS: I don't understand the question. I'm sorry.
BY MR. BIGELMAN:
Q. If Hank Bell had no experience building pools, how could he assist you with building a pool?
A. I don't -- I don't understand. I don't think I needed help from Hank to build a pool, you know. I knew how to build a pool. I hired a licensed engineer to design the pool, that has designed pools before, and whatever I didn't know how to do, I hired the professionals to do it.
Q. Well, all right. So let's talk about that. So as far as pools, as of the date of the contract, May 14, 2020, what did you have knowledge of and experience of doing as it came to building pools?
A. Everything.
Q. Based on what?
A. Based on research, some hands-on experience, connections with people that build pools, mechanical people that did the mechanical that know how to do the gas lines and also do gas lines specifically for swimming pools, electricians that were licensed and know how to do electrical specifically in regard to swimming pools.
Q. So when you say "research," what do you mean by that?

Page 58

A. Basically studying, research how a pool is built. I had some hands-on training experience with my first pool, with Imagine Pools. They manufacture fiberglass pools. They sold me on being a distributor for them and said they would come out and train me and do the full first install with them, and the first pool we did together, they were on-site and walked me through it.
Q. So back to my question. "Research," what exactly did you research?
A. Everything there was to know -- just about everything there was to know about pools: plumbing, how plumbing's done, how the electrical is done, how the --
Q. I think you're missing the point of my question. What did you look at to research? Did you take a formal class? Did you read a book? Did you go -- like, what did you do?
A. I would say YouTube. A lot of YouTube.
Q. Okay.
A. I don't know of any class that exists, to be honest, building a pool, but a lot of research on YouTube. And my engineer, who designed the pool, he basically put together the structural plans for the pool and, basically, a schematic, and then usually how we do it

Page 59

is after that's done, we just follow plans.
Q. You mentioned connections. What connections did you have that you were referring to?
A. So, yeah. So my gas guy, he does gas lines for pools and fire bowls and stuff like that. My electrician, he has done many pools. He did the electrical. A plaster company that I hired, they do plaster for swimming pools. That's all they do. My autocover guy, he did autocovers, and that's all he does. Tile guy, same thing, they do pool tiling. So just outsourcing a lot of things that I didn't personally know how to do.
Q. So when we were talking about your work history earlier, you never mentioned Imagine Pools. When did you work for Imagine Pools?
A. So I didn't work for Imagine Pools. Imagine Pools pitched me about getting into pools, and they were a fiberglass manufacturer, and they said that they would come out and train me and essentially do the first pool with me, walk me through it exactly step-by-step. And that's what they did. We did our first pool together, essentially.
Q. And when did that occur?
A. I don't recall the exact date off the top of my head. I do recall it was before this project.

Page 60

Q. Was it post-COVID?
A. It was my first one I did. Yeah, I believe so.
Q. So it might have been a month or two before you sold this job to Mr. Mehra?
A. Off memory, I believe it was sooner than that or earlier or so, maybe within six months to a year.
Q. So you said Imagine Pools, they were essentially trying to sell you a franchise; correct?
A. No. They were trying to sell me fiberglass pools and --
Q. Okay. Let's stop there. So fiberglass pools, that's not what you contracted for with the Mehras; correct?
A. Correct.
Q. What kind of pool did you contract with the Mehras for?
A. Concrete.
Q. Okay. Did Imagine Pools show you how to do a concrete pool?
A. No.
Q. What problems did you encounter in building the pool for the Mehras?
A. I don't recall any "out of the normal" problems during the construction process. Just after the process, like after the job was done, you know, the homeowner reaching out, saying things about their glass and the

Page 61

finish and whatnot.
Q. Do you recall tiles and beads falling from the pool of the spa?
A. Yes.
Q. And why would that happen?
A. Could be a couple different reasons. Tile on the spa could be because the homeowner didn't use their autocover pump that is designed to take the load from the water on the cover which would put pressure around the spa. That would be one reason. Another reason would be if it wasn't winterized properly, and the third reason would be pool chemistry. If the pool chemistry wasn't upkept properly, it would cause the tile -- could cause the tile and the plaster to fail.
Q. Do you recall the tiles and beads clogging the main filter of the pool?
A. I recall the homeowner reaching out to me about it. I don't -- yeah, I've never personally seen it or anything, but maybe pictures and stuff, but I do recall the owner saying that. I don't know how tile would, but the plaster possibly. I didn't see it, though.
Q. I'm going to show you what's been marked as Exhibit M. I'll make this larger. Have you seen this document before?

MARKED BY THE REPORTER:
DEPOSITION EXHIBIT M
1:51 p.m.
A. Yes.
Q. It's a two-page document signed August 28, 2023. Do you see that?
A. Yes.
Q. Signed by Pool Professional Assessor Mick Gadzinski, Antonelli Pools Partner, PHTA member. Do you see that?
A. Yes.
Q. Let's go through this. He states in the first paragraph, "This document is based on two visits, once in July of 2023 being a visual assessment, and again in August of 2023 involving a more physical, in-depth looking into"; right?
A. Yes.
Q. Do you recall the date when Exigent Landscaping filed bankruptcy?
A. Yes.
Q. What was it?
A. I'm sorry, do I recall the exact date? No. But I recall the general. But looking at this document -- is that what you're asking?
Q. Right. You filed bankruptcy for the business on



August 7, 2023; correct?
A. Correct.
Q. Okay. Is it fair to say that after August 7, 2023, Exigent Landscaping stopped doing work, repairs, anything for any of these customers?
A. No.
Q. Okay. It continued to work while in bankruptcy?
A. Absolutely.
Q. Okay.
A. It was -- our goal was, you know, with the Chapter 11, to continue to operate.
Q. Exigent Landscaping ended up in a Chapter 7 liquidation; correct?
A. Yeah. Yes, we did, after about a year.
Q. The Chapter 11 failed and you ended up in a Chapter 7 liquidation; correct?
A. After about a year, yes.
Q. All right. Can you see the pool assessment on your screen?
A. Yes.
Q. All right. Let's go through this. "On the first visit of July, the pool and spa were operating, but the pool was in one of the poorest conditions of water I've seen with an operating pool, period.
"I checked the speed of the pump, which was



in a good range, the pressure of the filter, which was in a good range, showing that the filters were clean. No dirt or algae buildup in the filter would contribute to the poor quality of water, period.
"The return jets of the pool were placed in areas that didn't allow water to flow around the spa between the exterior spa wall and the interior pool wall. This led to uncirculated water that will consistently cause algae growth on a daily basis that cannot be controlled." So let's stop there. Do you disagree with that analysis?
A. Yes.
Q. Why do you disagree?
A. I find it hard to believe that the pool would be in the poorest condition that they have ever seen in an operating pool, unless Mehra neglected his pool.
Q. What about the placement of the return jets?
(The witness reads under his breath.)
A. I mean, I disagree. I believe that the return jets were -- as designed and built was to allow proper water flow.
Q. And did you design that, or did some third party?
A. I can't remember. My engineer might have.
Q. Going on, "The pebble finish of the pool had an amount of glass beads that instantly caught my eye, as any



builder in Michigan would know would not hold up after the first winter in Michigan. This was evident by the amount of glass beads all around the equipment pad next to the pumps, which would constantly make its way to the pumps basket after falling off in the pool.
"In Michigan, the maximum amount of glass beads you can have in a pebble finish is around 50- to 60-percent range. By eye, this pool had more towards 85 to 90 percent glass beads. There's no way your pool finish would hold up after a year when you would expect 20 years of life out of a pebble finish."
Do you see that?
A. Yes.
Q. Okay. What percentage of the pebble finish has glass beads that you had installed?
A. I don't remember the exact percentage, but I do remember them having a glass finish, glass -- upgraded glass finish.
Q. Was it -- do you agree that it was in the 85- to 90-percent range?
A. I can't remember. I mean, maybe 80 to 100? I don't know. I would say I consulted with my pool plaster guy for that, which I think is kind of ironic because he is the same pool plaster guy they use.
Q. Who are you talking about?

Page 66

A. Classic Pool Plastering.
MR. FARRAJ: He meant who is "they"?
THE WITNESS: Oh, Antonelli's. And, I mean, I think it's also kind of funny how --
MR. BIGELMAN: I'm just asking you to answer the question.
THE WITNESS: Okay. Sorry, just trying. . .
BY MR. BIGELMAN:
Q. Is there any part of the contract or any of the change orders which would show what percentage of pebble finish would be glass beads? Is there anything that would show us that number?
A. No. I believe we might have put the kind of finish, which was JewelScapes, if I recall.
Q. Do you recall -- I'm sorry, were you talking?
A. Yeah, sorry. I was saying -- I mean, we would have to look back at the documents, but I believe there might have been a change order for JewelScapes, which is a glass finish -- glass finish for the pool.
Q. Right. But my question was would it show 80- to 90-percent coverage?
A. No.
Q. Okay. Do you recall, during 2020, '21, '22, '23, the pool leaking?

Page 67

A. I recall -- I recall the homeowner reaching out to us about that. I recall me coming out and then, I think, my team members going out, and then I think at one point we had a leak detection company come out, but not positive. But I am positive we came out, not positive about the leak detection company or not.
Q. And what did you do to rectify the leak?
A. I can't remember. I think we might have fixed some plumbing stuff, one of my team members. I don't know. I can't exactly remember.
Q. This report states that they conducted a pressure test on the returns, and four out of the five returns they tested were leaking water. Do you have any reason to dispute that?
A. I find it hard to believe, and I would want to see proof or documentation to show cracked plumbing. And, you know, I know Ratnesh didn't winterize his pool one year. If so, I think that would be the cause.
Q. Okay. It goes on to say, "Upon inspection into the returns of the pool, you can visually see a spa jet body was used as a return to the pool where it should have been a PVC Tee." Do you see that?
A. Yes.
Q. It goes on to say, "This is the equivalent of putting an oil filter of a car onto an air filter of a car."

Page 68

A. Yeah. I disagree with that.
Q. Was -- let me ask you this: When did -- when was the last time you or your team went out to the Mehra property?
A. I don't remember. I would probably have to look back to texts to refresh my memory. Probably somewhere around 2023, 2022.
Q. Okay. Did your people ever rectify the leak?
A. I believe so.
Q. And as you can see, this report from August 28, 2023, disagrees with you. You understand that; correct?
A. Correct. Based on the report, yeah.
Q. Next paragraph, "I saw an odd discoloration of about 18 square feet in the deep end of the pool, the adjacent wall to the autocover housing. This is an obvious repair of some sort after the pebble finish of the pool was done, indicating a structural problem of the pool wall the company did without disclosing it to the customer." Let's stop there. During construction, was there an issue with the structure of the pool that required a repair?
A. No.
Q. Showing you the picture of the screen -- we'll mark as Exhibit N -- can you tell me what we're looking at in that picture?

Page 69

MARKED BY THE REPORTER:
DEPOSITION EXHIBIT N
2:05 p.m.
A. Can you zoom it in.
Q. Sure.
A. Thanks. Yeah. What it appears to look like is discoloration in the pebble finish after my pebble guys performed a repair, and from what I recall, they came out and -- after this and acid washed it to make it look better.
Q. This is before or the after?
A. I believe this is before.
Q. You're sure this isn't the after?
A. Pretty sure, yeah.
Q. If that was the after, it would look pretty bad, huh?
A. Yeah. I think it could be fixed, though. Just acid wash.
Q. This is going to be Exhibit O. What are we looking at here?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT O
2:07 p.m.
A. Looks like their pool, drained, and then the back wall is if -- it looks like that same spot that we looked at in that other photo.

Page 70

Q. So what was this? Was this patchwork? Was this where the leak was? What was going on here?
A. From what I can remember, it was where the pebble guys came in and fixed the pebble finish -- pool finish.
Q. And your people left it like this; correct?
A. Left it like this?
Q. Yeah, with this patchwork repair.
MR. FARRAJ: Objection. Form and foundation.
THE WITNESS: I don't remember. I would assume not.
BY MR. BIGELMAN:
Q. But you're not sure?
A. Not sure.
Q. Showing you what's being marked as Exhibit P. What are we looking at here?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT P
2:09 p.m.
A. Looks like the area where the pebble was repaired.
Q. So if we're looking at a sequence between Pictures N -- so if we're looking at N, P, O, tell me what the sequence is.
MR. FARRAJ: Objection. Form and foundation.

Page 71

THE WITNESS: So what I believe is the first one, where it looks the worst, was where they stripped it. That one -- or, yeah, that one was when the pebble was repaired.
BY MR. BIGELMAN:
Q. This one you're referring to, this'll be Exhibit O. Are you saying this was the first one?
A. No, I don't think so.
Q. This is Exhibit P. Are you saying this is the first one?
A. Yeah. So I wasn't there; I had one of my team members do this. But based on your pictures, it appears this is where the plaster was chipped out so the new plaster can be placed, in this photo here.
Q. So what was -- so are these the glass beads that we're talking about?
A. Correct.
Q. Okay. So this appears to be somewhere -- 80 to 90 percent of the pool; correct?
A. This is -- I don't know the exact percentage mix. I would have to see the pool to --
Q. Right. But it's on the flooring of the pool, and then it's almost all the way up to the top; correct?
A. Correct. It was the same plaster throughout the entire pool. Correct.

Page 72

Q. Okay. So it appears that we have this oblong shape here.
A. Correct.
Q. This was removed for some purpose; correct?
A. Yes.
Q. What was that purpose?
A. To repair the plaster. I don't recall exactly why. My operations manager handled it.
Q. What's your operations manager's name?
A. Kody Grandchamp. And I don't know what project manager he assigned to handle this, but I know he was involved at some point.
Q. All right. So we have this, where the plaster and the beads were clearly removed, and then if we go to Exhibit O, this will show it being patched; correct?
A. Correct.
Q. Then if we go to Exhibit N, this would show it being patched after water was put back into it; correct?
A. Correct.
Q. Did you ever determine where the leaks were coming from?
A. Personally me? No.
Q. What about your people?
A. I believe my operations manager found one or something.

Page 73

Q. And where did he find the leak at?
A. I don't remember.
Q. And what did he do to fix the leak?
A. I don't remember. I just remember him telling me it was handled.
Q. Do you recall that the Mehras were incurring thousands of dollars of increase in electrical bills and sewage bills as a result of the leak?
MR. FARRAJ: Objection. Form and foundation.
Go ahead and answer.
THE WITNESS: I remember Mehra complaining about his water bill.
BY MR. BIGELMAN:
Q. They had to continually fill the pool because it was leaking; correct?
A. I remember him saying that. I remember when he called us out, we came out. I sent my guy -- my operations manager out. He found a leak and fixed it. That's all I can remember.
Q. Okay. Let's go back to the assessment. I'll put it back on your screen. So the assessor's saying, "From my professional opinion, this pool wall split. This was repaired, but the width of the repair doesn't indicate a very rare pool wall split. This indicates

the wrong gunite mix was used when shooting the pool or a machine under the strength to shoot the pool walls with a minimum strength of 5,000 psi or shotcrete of 7,000 psi, which led to the wide split, irreparable." Do you see that?
A. Yes.
Q. Do you agree with that assessment?
A. No.
Q. It goes on to say, at the end of the paragraph, "There was another area that is bowing out on the southeast side, which I assume will structurally fail in 12 to 24 months." Do you agree with that assessment?
A. No, not at all.
Q. Second page, first paragraph, the assessment talks about the autocover. "The autocover retainer track under the coping, which is where the autocover opens and closes, is warped and wavy in a way that makes it impossible to function. After taking a laser level to multiple areas around the pool, I not only found the decking around the pool to be off and improper to water drainage away from the pool, garage, other areas surrounding the pool, but found the track itself not to be level." Do you agree that the track was not level?
A. No.



Q. Showing you what's been marked as Exhibit Q. This is the pool cover showing that it's collapsed on the left side; correct?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT Q
2:19 p.m.
A. Yes.
Q. You can see on the left side it's bowing in; right?
A. Yes.
Q. Did you do anything to fix that?
A. Yes.
Q. What did you do to fix it?
A. I believe, based on this photo, it appeared that pulled out the rail tracks for the autocover, and due to not properly winterizing the pool, slash, cover -- the cover's not meant to be a winter cover, and we informed Ratnesh of that, but -- yeah, so that the tracks could hold out by the snow and/or water or ice load, and to my understanding, it was repaired.
Q. So it's your testimony that you installed it perfectly and that whatever happened was the result of mishandling by the Mehras. Is that your testimony?
MR. FARRAJ: Objection. Form and foundation.
THE WITNESS: Yeah, correct.



BY MR. BIGELMAN:
Q. Did you ever inform them -- strike that.
When did you inform them that this should not be as used as a winter cover in the pool, only a summer or spring cover?
A. I don't remember exactly when.
Q. Well, did you tell them at the outset, or did you tell them a year later or two years later or three years later? Do you recall?
A. I don't.
Q. Isn't it true that Exigent winterized the pool for the Mehras every year?
A. No.
Q. So your testimony is that Exigent never winterized the Mehras pool?
A. I think we did it one year. I think we did it the year we installed it. I don't recall the other years.
Q. And when you winterized it, did you cover it with a separate cover, or did you just use this cover that you claim's not supposed to be used in the winter?
A. I don't remember. I didn't winterize it.
Q. The pool contracted to build for the Mehras, it also included a hot tub; correct?
A. Correct.
Q. And it was told to them that they would be able to use



the hot tub in the winter; correct?
A. If they wanted to, yeah.
Q. Showing you what's going to be marked as Exhibit R. This was a picture of the pool and the hot tub. The hot tub's in the bottom right-hand corner; correct?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT R
2:23 p.m.
A. Correct.
Q. It's my understanding that in order to be able to use the hot tub in the winter, it requires separate plumbing because you have to winterize -- you would have to winterize the pool section, get water out so the pipes don't burst in the winter, to use the hot tub in the summer. But it's my understanding that you did not use separate plumbing; you used the same plumbing for both the hot tub and the pool. Correct?
A. From what I remember, the spa was plumbed with separate plumbing so it could be used separately.
Q. Is that a guess, or is that something you know as fact?
A. Something I'm pretty sure of.
Q. Okay. You didn't do the plumbing, did you?
A. Personally, no.
Q. Okay. But you would agree that in order to use the

Page 78

spa or hot tub in the winter, it would have required separate plumbing from the pool?
A. Yeah, I would agree that, yeah, there would need to be separate plumbing and a way to winterize the pool.
Q. Are you aware that the Mehras were never able to use the hot tub in the winter because there was not separate plumbing for the pool or for the hot tub?
A. No.
Q. Showing you what's been marked Exhibit S. What are we looking at here?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT S
2:26 p.m.
A. Looks like the glass beads from the pool finish.
Q. It looks like they're in a filter; correct?
A. I don't know what that is. Something, yeah.
Q. It looks like they're falling off, and they went into a pool filter; right?
A. I can't tell what that is. I don't know if that's a pool filter or what it is, but I do see the finish.
Q. I'm going to show you Exhibit T. What are we looking at here in this picture?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT T
2:27 p.m.

Page 79

A. Really blurry, hard to tell. But based on your last photo and the color of it, it probably is the pool finish or a picture of the pool finish.
Q. It appears to be coming through the filter; correct?
MR. FARRAJ: Objection. Form and foundation. Are you able to zoom in a bit? Maybe I'm not --
MR. BIGELMAN: Sure.
MR. FARRAJ: I don't know if that helps you.
BY MR. BIGELMAN:
Q. What is this piece of equipment that we're looking at, the one closest to us, not the air conditioner?
MR. FARRAJ: Scroll down because we only see half -- are you talking about that, or are you talking about up --
BY MR. BIGELMAN:
Q. So at the top, it appears we have an air conditioner, top right-hand corner?
A. Yes.
Q. What is this piece of equipment closest to us?
A. Pool heater.
Q. Pool heater?
A. Correct.
Q. Okay. And what would we be looking at here in the

Page 80

bottom of the photograph?
A. To the right is a pump, bottom right -- it's a little cut off -- with that clear lid on it. That would be the pool pump. And then in front of that would be a valve, an automatic valve.
Q. And if these beads or finish is falling off the walls of the pool, it would come through that pump; correct?
A. Yeah, it's very possible it could get sucked into the pump. I do recall Ratnesh talking about that as well.
Q. Do you recall it being a reoccurring problem even as late as two years after construction of the pool?
A. I don't know -- yeah, I remember him bringing it up a couple of times, you know, after the job was done.
Q. Exhibit U, what are we looking at here?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT U
2:31 p.m.
A. It appears to be plaster repair, because when the tile was replaced, it appeared to have chipped out some of the plaster, so it appears this was -- plaster repair still under construction is what it appears to be.
Q. So is this the before picture or the after? You didn't leave it like this, did you?
A. No. I would say this probably still needs to be acid washed.

Page 81

MR. BIGELMAN: Can we take a five-minute break?
MR. FARRAJ: Yeah, that's fine.
MR. BIGELMAN: Okay.
(Off the record at 2:33 p.m.)
(Back on the record at 2:42 p.m.)
BY MR. BIGELMAN:
Q. Brandon, it's my understanding that most of the communications during the project were between you and Mr. Mehra, Mrs. Mehra mostly through text message; is that right?
A. I would say, yeah. Some phone calls and on-site visits, but a lot of texts.
Q. Showing you what's been marked as Exhibit V. Just to be clear, your phone number's 586-802-9690; correct?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT V
2:43 p.m.
A. Correct.
Q. Okay. It looks like this text message chain between you and Mr. Mehra, whose phone number is 571-338-1112, commences around May 5, 2020, the day before the contract was signed; correct?
A. I'm sorry, do you mind saying that one more time.
Q. Yeah. It looks like this text message chain between

you and Mr. Mehra starts May 5, 2020, the day before the contract was signed; correct?
A. Yes.
Q. And you recall texting with Mr. Mehra; correct?
A. Yes.
Q. This is Exhibit V. It's made up of 159 pages. I'm now on page 58. I'm looking at the text messages written by you starting July 12, 2023. "Hey, Ratnesh. Never got a call from Dalen. Do you think he's still interested? I plan to be out tomorrow or Friday with my plaster guy. I plan to have all the permits finaled out in the next 30 days. Plaster, I'm willing to redo for the entire pool. For timeline, it'll have to be at the end of the season or first thing next season." Do you see that?
A. Yes.
Q. Do you recall texting that to Mr. Mehra?
A. Yes.
Q. Who was your plaster guy?
A. Classic Pool Plastering.
Q. And why were you willing to redo the entire pool?
A. Redo the entire pool plastering.
Q. Right, but why?
A. To try to make Mehra happy.
Q. There must have been something defective if you were



willing to redo the entire pool plaster; correct?
A. In my opinion, no. I was just trying to make him happy, really. I was under the impression he wasn't going to be happy unless I did.
Q. But you never did end up redoing the entire plaster for the pool; correct?
A. Correct. For the entire pool, no.
Q. And the statement, "I plan to have permits all finaled out in the next 30 days," that never occurred, did it?
A. No. Nope.
Q. In fact, as we know from the exhibits we looked at before, the three permits that you pulled under Hank Bell and Construction Contractors' residential license, those were all expired or canceled in January of 2021; correct?
A. Not canceled. They were probably -- may have been expired.
Q. All right. So going back to Exhibit E -- this is the permit ending 683 -- this is for the swimming pool. This was canceled in -- it says it was canceled but would have expired January 17, 2021; correct?

MARKED BY THE REPORTER:
DEPOSITION EXHIBIT E
2:48 p.m.



A. I'm sorry, can you ask that again.
Q. Yeah. So we're looking at permit ending 683, this was the permit for the swimming pool, and this shows an expiration date of January 17, 2021, but that the status of it was canceled. Do you see that?
A. Correct. That's -- yeah, yeah, yep, I see that.
Q. All right. So there would have been no way to final that one out; correct? You would have needed a new permit; correct?
A. No. We just have to get it renewed or whatever.
Q. Going back and looking at Exhibit F, this is the permit ending 748 for the outdoor kitchen. This permit had an expiration date of January 9, 2021, and it was -- and it expired; correct?
A. According to this document, it's expired, yep.
Q. Looking at Exhibit G, permit ending 1775 -- this is for the autocover -- this permit was to expire July 5, 2021, and it did, in fact, expire; correct?

MARKED BY THE REPORTER:
DEPOSITION EXHIBIT G
2:49 p.m.

A. Correct.
Q. Going back to the text messages, Exhibit V, look now at May 13, 2020, a text message from you. "Awesome. Looking forward to it. Want to get together tonight



to sign the docs, get down payment, and I'll start pulling permits tomorrow." Do you see that?
A. Yep.
Q. You wrote that; right?
A. Looks like it, based on what you're showing me.
Q. You personally had no ability to pull permits, did you?
A. Not without Hank.
Q. Okay. Going to the last page of the Exhibit V, starting with June 17, 2023. Mr. Mehra writes, "Also might be nice to replace the coping and clean out autocover housing.

You respond, "Okay. We're going to add more brackets so it doesn't crack." What do you mean by that?
A. I don't remember.
Q. Well, first, what does it mean to replace the coping and clean out the autocover housing?
A. So replace the coping, that reminds me, I think, if I recall correctly, what this is probably referring to is one of their coping pieces that went over the autocover basin cracked, and we replaced it. Oh, okay. I got it. So I remember now. So autocover basin. Where the autocover housing is has brackets. Those brackets hold up the coping. The coping, which

Page 86

was made out of natural stone, cracked. We replaced that, and we added more brackets underneath to support the coping so the coping doesn't crack.
Q. This is about three weeks before Exigent filed bankruptcy; correct?
A. I don't remember the exact date of when Exigent filed.
Q. If Exigent filed on August 7, 2023, this would have been about three weeks earlier; correct?
A. Sounds about right.
Q. I'll bring your attention to page 131 of 159 of Exhibit V, top of the page, text from Mr. Mehra, May 29, 2022. "Send [sic] the two of you become too important and big to spend time on us and the failed project, so you sent Corey over here and involved him. Remember, I didn't know who he was till yesterday." Who is Corey?
A. Corey was a project manager, who later became an operations manager.
Q. Who was running this project?
A. Depends on what time period you're referring to.
Q. Well, let's start with 2020.
A. 2020, I was running it in the beginning. Towards the end, Scott Cherry and then --
Q. So Scott Cherry would have been end of 2020?
A. I don't know exactly when, but I know he came on later

Page 87

on in the project.
Q. What was his title with the company?
A. He was an operations manager.
Q. Anybody else manage the project other than you two?
A. Kody, I don't know if he -- he might have came in, like, when it was done or almost done. And then I think him and Corey were out for some of the warranty stuff or, you know, callback or issues Ratnesh had and wanted us to address.
Q. So looking at this text message, Mr. Mehra never met Corey until May 28, 2022; right?
A. That's what it appears.
Q. Yeah, two years into the project.
A. I wouldn't say "into the project." I would say this was after the project was done, when Ratnesh had some items that came up that he wanted us to address.
Q. Okay. So this next message from Mr. Mehra says, "What you have done here this week is equivalent of me doing a surgery, walking out of a room with your body filleted open, and you expect me to suture you up."
And you respond, "I apologize we weren't able to get it cleaned in time. Corey was there till 5:00 yesterday, Saturday, working on it. We'll be back Tuesday to finish cleaning it. Unfortunately, I don't have anyone working today or tomorrow. If the

Page 88

pump isn't working, try resetting the breaker, and it should work. Water needs circulation, needs a vacuum." You see that exchange; correct?
A. Yes.
Q. So what was the issue with the pump?
A. I don't know. I don't know if there was an issue with the pump. What it appears happened, based on this text message, to what I can recall, is it appears that we did some construction work or adjustments and the pool got dirty, and the pool took some time to clear up. Sometimes if the pool water gets dirty, you know, it takes three days, four days, or longer to get pool chemistry back in balance and the pool to be, you know, clean and clear-looking, and that's what it appears.
Q. If the pump was full of those glass beads, that would prevent it from working properly; correct?
A. Yep. I would say if the pump basket is completely filled with beads, to where it couldn't circulate water, it could, yeah, not work properly.
Q. So here on page 158 of Exhibit V, July 17, 2023, Mr. Mehra writes, "I filled the pool with water to prevent further damage. Please reassemble the autocover to functional status," and you respond, "Okay." Right?

Page 89

A. Yep.
Q. Did that take place?
A. I don't remember. Maybe if we keep scrolling down, but I don't recall it off my memory.
Q. This appears to be where it ends.
A. Okay. I would imagine. I can't recall exactly, though.
Q. On page 135 of 159, Exhibit V, July 26, 2022, Mr. Mehra writes, "No problem. May be best to call Juan or Kathleen or just keep me in the loop. I would have expected you to call them yesterday."
You respond August 1, 2022, "Hey, Ratnesh. When is good to get together and come up with a game plan to get some of the problems handled? We can have a discussion about making things better between us?"
Then you follow up, "I apologize for the frustrations up until this point. I want to make things right. I want to" -- next message, "I want to agree on a punch list and then, when completed, sign an agreement that everything is handled and we are done, besides warranty stuff." Right?
A. Yep.
Q. So at this point you're two years and almost three months into the project; correct?
A. Yep, correct. I would say two years after the project

was completed or something like that. Yes.
Q. Well, if you're talking about a punch list, the project isn't completed.
MR. FARRAJ: Objection. Speculation.
Go ahead.
THE WITNESS: I mean, in my opinion, it's a punch list, stuff that popped up, you know. I didn't want to argue back and forth with Mehra. I just wanted to handle it and make him happy and move on with my life. But he paid us in full, the job was done, and then two years later, he had complaints, issues, and we did our best to address all of them.
BY MR. BIGELMAN:
Q. What was the issue with Kathleen and Juan? They were neighbors; right?
A. I remember Kathleen and the neighbor. I think Juan was our landscaper. I can't remember exactly.
Q. Looking at page 129 of Exhibit V, 12-29-2021 message from Mr. Mehra, "I need you to come fix everything wrong. I don't need Kody. I need you. You sold me the project; you're responsible."
You respond, "I reached out to my gate operator. Should have an answer shortly. Hey, Ratnesh. Can you text me, please?"
"No."



Do you recall what the issue was at this point in time?
A. No, just kind of the, you know, I mention "gate operator," so maybe that has something to do with the gate.
Q. Looking at page 134 of Exhibit V, a text from Mr. Mehra, "I've allowed you to speak for two and a half years. Most of it is lies. I am no longer interested in hearing them. I have a list of things that need to be fixed by you. I only need to know two things: one, if you will be fixing them or if I need to have my lawyer contact you; two, when you will fix them. Alternatively, if you don't wish to fix them, I would be very happy having someone else fix them and for you to pay the bill," and he follows up, "If you're agreeable to stand by your work, I would be happy to walk the property and discuss the list again."
And you respond, July 25, 2022, "When do you want to get together?"; right?
A. Correct.
Q. Page 3 of Exhibit V, May 20 -- or, yeah, May 5, 2020, Mr. Mehra writes, "We definitely want the autocover. We like the idea of water flowing, slash, falling into the pool. Not sure how to combine those two ideas,



but we'll leave to it your expertise."
You respond, "Yeah, I am thinking we just add a small mini cover for winter to the autocover, enclose the autocover, 17/20ths of the way"; right?
A. Yes.
Q. That was the exchange; correct?
A. Correct.
Q. Then you go on to further state, "Only thing is you're going to be heating and filtering whole pool in the winter. They stay warm with the covers very well. I will try to think of some more ideas. Might be best and most efficient to have them separate." Do you see that?
A. Yes.
Q. So going back to the first message, Mr. Mehra writes, "I will leave it to your expertise"; right?
A. Yes.
Q. He thought you were an expert in pool building, and you did nothing to correct that, that you weren't an expert; correct?
MR. FARRAJ: Objection. Form and foundation.
Go ahead. You can answer.
THE WITNESS: Correct.



BY MR. BIGELMAN:
Q. And you talked before about the cover for the pool and how you were stating that it shouldn't be used in the winter. Isn't your response here, on May 5, 2020, inconsistent with your prior testimony?
A. Yeah. Yep. I mean, it's from 2020, six years ago. It just reminded my memory. And, honestly, in regards to the pool cover, I consulted with SCP Pool Corp. in regards to the autocover. They said I could use the autocover in the winter, and when they sold me the autocover -- and I relayed that to my client a year after.
So, roughly, the -- I had my autocover guy fix those autocover tracks, who is an installer of the autocovers, and he told me differently and said, "You can't use that cover for winter. Snow and ice load is too much weight consistently on the cover and causes issues," and that's when I advised Ratnesh that we should get a mesh cover or do tarps for the pool in the winter, and I discovered that.
Q. And when do you claim that was?
A. I believe it was, like, a year after the autocover was done. Roughly, I think, around the same time my autocover guy came to repair the cracks that -- that that happened.

Page 94

Q. So, what, 2022 or 2023?
A. No, before that, from what I can recall.
Q. Going back to the permits, the one for the autocover, that wasn't issued till January 6, 2021, with an expiration date of July 5, 2021. Does this refresh your memory as to when the autocover was installed, when the issues started? It probably wouldn't have been that one. It would have been at least 2022; correct?
A. I don't know. I don't remember.
Q. You're not gonna install an autocover on a swimming pool in a Michigan winter; correct?
A. I mean, you could. Depends on how cold it gets, but if it's fricking below 25 degrees, I probably wouldn't be able to get my autocover guy out there, to be honest.
Q. Do you recall asking Mr. Mehra for a loan or to help you find someone who would lend you money?
A. I recall us having a discussion about him wanting to warranty a bunch of stuff, and I, you know, said, you know, "How am I going to warranty something three years after the fact? I don't feel that I should warranty," and then somehow -- yeah, I might have asked him if he would fund it.
Q. I believe the warranty in your contract was a

Page 95

three-year warranty. Correct?
A. Depends on what you're referring to.
Q. Do you recall how long your contract had to warranty a pool?
A. No. I would have to look at the contract.
Q. Did you or Exigent ever set any money aside for warranty claims?
A. No, not specifically.
Q. Looking back at Exhibit V, this is page 155, the exhibit, July 6, 2023, you write to Mr. Mehra, "Do you think you can get me some money with my credit smoked?" You followed up, "Had a question."
He responds, "How much are you looking for?" You write "$1,000,000"; correct?
A. According to the text, yeah.
Q. I'm going to show you now Exhibit W. This is the text group chat with Mr. Mehra; his wife, Jillian; and you. Do you recall a group text with those two?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT W
3:18 p.m.
A. Yes.
Q. Turn your attention to page 6, Exhibit W, May 17, 2021, a little over a year into the project. Mr. Mehra writes, "Good morning, Brandon. I think we

Page 96

have a problem with the pool. Since Friday, we have been filling it up to the second tile, as you instructed. We covered the pool. We turned the water off. When we checked the pool the following morning, the water level had dropped to below the tile line. This has now happened three times. I am unsure if there's a leak somewhere or what is causing that problem, but it probably should be looked at or addressed before moving forward. We may have wasted a tremendous amount of water."
Then Jillian Mehra responds, "Yes, every day I'm having to fill it up every six to eight hours."
It appears that you liked the message, and then you respond, May 17, 2021, is 7:02 a.m., "Okay. We'll get someone out to look at it immediately. I will be by later today as well." Does that refresh your memory of the leak in the pool?
A. Yep, the alleged -- or I don't know. Yes.
Q. Then we go down to May 17, 2021, 11:34 a.m., "Fantastic news, we found the leak. Very easy fix. Still anticipating a clean, working pool and spa by Wednesday." That's what you wrote; correct?
A. Yes.
Q. Do you recall what you did to fix the leak?

Page 97

A. No.
Q. Then we go to page 55, Exhibit W, March 10, 2022, text message from you. "Kody is the most qualified project manager on our team. I will make sure I'm there with him, but I need his assistance to get this done. The autocover was not incorrectly sized when it was installed. They are supposed to be loose to work properly. You can talk to my autocover company, my autocover installer, if you don't believe me.
"As far as 'leak,' I know you said there is a leak, but when I tested it and personally came out, I saw no evidence of a leak in the pool. Also, no wet spots or settling around the pool. We had a very minor leak by the filter that was fixed. I sent a video showing that. I sent you the exact water loss amount in previous e-mails that are recorded. It was in line with evaporations in the time period. I'm willing to test again in the spring to prove it." So as of -- I read that properly; right?
A. Yes.
Q. So as of March 10, 2022, the Mehras still believed that there was a leak in the pool; correct?
A. Yeah. I don't know if they believe -- I don't know if it's a new leak or -- yeah, I don't know. I'm just kind of reading what you got here, but in that text

Page 98

message, they're claiming that it is, I guess, yeah. Yeah, I'm just jogging my memory 'cause this is. . .
Q. All right. We're at page 9 of Exhibit W. This is a message from Mrs. Mehra, May 19, 2021, "Brandon, since the files" -- but I believe she meant the "tiles" -- "are coming off again, this is in the pool area now." Next message, "This is so very frustrating because we thought the pool was assessed and no tiles would need to be replaced in that area. Apparently, it was not assessed properly.
"We have a party we are throwing in eight days. Clearly, cannot have this now. I'm very upset. The pool should have been well opened by now with no setbacks. We have paid to have the pool filled for at least a week. Now it has to be redrained and retiled, and while we're at it, I would like it resprayed with these crystal beads." Do you see that?
A. Yes.
Q. So as of over a year into the project, May 19, 2021, they are still complaining about the tiles and the beads falling off; correct?
A. Yes.
Q. Now I'm at page 43 of Exhibit W, message from Mr. Mehra, "Brandon, you sold us a product that would work year-round. Only after you decided you no longer

Page 99

wanted to come and remove the snow, you told us that snow should be removed. At no point did you consider the fact that you sold us a product that should work year-round and said nothing about snow until after the fact." It goes on to say in the next message, "You know what would solve it, Brandon? The 400 to $500,000 hole in my wallet. Guess what? It's all sitting in your wallet now.
"If I got something functional in return for my money, I would have no problem with that. I paid 1 million for a house. The house is built well. I'm okay with having to have paid 2 million for the house as long as it's built well and functioning. I paid you money, which I have no problem paying if what I got in return was useful, but so far it has been useless.
"The problem here, Brandon, is that you have never been treated the way that you are treating us. I don't wish ill upon anybody. And I pray to God you are never treated by anybody this way for the rest of your life, but if you ever are, maybe then you will understand why we're so upset. For you, this is just another job. For us, this is our livelihood; this is our hard-earned money and our home. I do not think you understand the gravity of what that means."

Page 100

You respond, March 8, 2022, "I understand that we're expecting it to work year-round. Unfortunately, after the first year of maintenance, decided it wasn't the best solution because of how much maintenance it took, ice and snow being removed regularly. I offered to pay for a mesh and a hard cover, a value over $8,000, because I realized it was a mistake on my end." So I read all that right; right, Brandon?
A. Have I read all that? Yes.
Q. And I read it properly; correct?
A. Yes.
Q. So you're talking about the autocover there; right?
A. Yes.
Q. And what you recommended was a mistake on your end; correct?
A. Yes, in the text message, yes.
Q. Part of the project was for you to build a gate -- correct? -- that would open and close?
A. Yes.
Q. There were issues with that, too; correct?
A. Yeah. Yep.
Q. This is page 32 of Exhibit W, just Mr. Mehra writing, "I'm trapped inside. Here's a video showing you no ice or snow and another showing the gate not working.

Page 101

I literally save lives for a living, Brandon. What the fuck am I supposed to do? Uber myself to a life-saving surgery?"
You respond, "Understand. Let me get someone out ASAP." Then you further respond, "We have to turn the power off and push it with manual operation so you can get out right now."
Mr. Mehra responds, "I tried that, using all my body weight, and couldn't get it open. I'm not going to hurt myself to leave my driveway. This is ridiculous." What was the issue there? What was the issue why it didn't work, and did you ever get it working?
A. I don't remember what the exact issue is. It appears here in the text that we got it opened, is what I thought I read.
Q. This is page 50 of Exhibit W, March 9, 2022, from Mr. Mehra, "Seems like an obvious coverup of poor work or malfunction. At this point if you're unwilling to simply let somebody else of my choosing come in, then fix everything at your cost."
You respond, "I think a great solution we could do is a solar roof. We can use that to save on the driveway heaters in the winter. I have some great connections with solar roof installers. Driveway

Page 102

heaters were installed properly. We can go over on how to adjust the thermostat as well as reduce the run time." What are you talking about in regard to a solar roof?
MR. FARRAJ: Objection. Form and foundation.
Go ahead, if you can answer.
THE WITNESS: I think what I was referring to here was installing a solar roof to save on the cost of electrical.
BY MR. BIGELMAN:
Q. Electrical for what?
A. Electrical bill.
Q. I understand electrical bill, but electrical bill because there's a pool leak or because the driveway's not working or because why? Why would you need solar? I get that, you know, if you use the sun, it'll reduce your -- whatever you pay on your electric bill, but why is that a suggestion?
A. I don't recall.
MR. FARRAJ: Do you need a minute, Jeff?
MR. BIGELMAN: No, I'm good, but I should be wrapped up hopefully pretty soon.
BY MR. BIGELMAN:
Q. Okay. We're on Exhibit X now, June 24, 2020.

Page 103

Mr. Mehra asks, "How long does the process take, Brandon?"
You respond, "Excavation, two to three days. Pool is going to take five to seven weeks all said and done." That was your response; correct?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT X
3:41 p.m.
A. Yes.
Q. What was that estimation based on?
A. Just the pool?
Q. Yeah.
A. What was that based on? It was an estimation for just the pool construction.
Q. I understand, but she's asking you how long it's going to take to build the pool, and you're saying five to seven weeks. You don't really have the experience to make that representation, so what is it based on?
MR. FARRAJ: Objection. Speculation. Form and foundation.
Go ahead; you can answer.
THE WITNESS: Yeah, I disagree. I believe I have the experience to know that at that time.
BY MR. BIGELMAN:
Q. Based on what? YouTube videos or what?

Page 104

MR. FARRAJ: Objection. Form.
Go ahead.
THE WITNESS: YouTube videos, experience doing construction, prior pool builds that were similar, breaking it down into specific components and grouping those altogether to come up with a total timeline, getting timelines from subcontractors that did their portions of the build.
BY MR. BIGELMAN:
Q. You have made an assertion in this case that you worked under the Ideal Builders' residential builder's license. You don't mean to say that they allowed you to build a pool or anything else under their license, do you?
MR. FARRAJ: Objection. Form.
THE WITNESS: Yeah. No, I didn't say that. I believe I said I was working with Hank to get all the approvals and work through the permit process, but I did say that I believe Ideal Builders was managing and overseeing the project.
BY MR. BIGELMAN:
Q. Not overseeing your pool. Pool construction was up to you; correct?
A. No. I believe they were overseeing it as well, to a point. I mean, they were paying us.

Page 105

Q. Well, they weren't paying you. They were essentially acting as a dispersing agent for money that the Mehras paid to make sure there were no construction liens on the property owned by Ideal; correct?
MR. FARRAJ: Objection. Form.
Go ahead.
THE WITNESS: I would say, in my opinion, it was both; they were paying us, and they were also somewhat involved with the project to understand when things were happening, how things were happening, and then also permits -- or, excuse me -- inspections.
BY MR. BIGELMAN:
Q. Have you been arrested before?
MR. FARRAJ: Objection. Form and foundation go ahead.
THE WITNESS: Yes.
BY MR. BIGELMAN:
Q. What were you arrested for?
A. What was that? I think it would be the accusation was fraud.
Q. And did you plead guilty to that?
A. No.
Q. Did you plead no contest?
A. To that charge? No.
Q. This was in 41A District Court, Shelby Township;

Page 106

correct?
A. I believe so, yes.
Q. We asked you for records in discovery of these criminal proceedings. We haven't received them yet. This will be something we'll need to follow up on. So what happened? How did -- it was my understanding there were two complaints against you. How were they resolved?
MR. FARRAJ: Objection. Form and foundation. Relevancy, as far as any relation to the claims that Plaintiffs are bringing in this case.
Go ahead.
THE WITNESS: What was the question again?
BY MR. BIGELMAN:
Q. You were arrested, and, by your own testimony, you were charged with fraud.
MR. FARRAJ: Objection.
BY MR. BIGELMAN:
Q. What was the resolution of the charges?
A. They were dismissed.
Q. They were both dismissed?
A. Yes.
Q. You didn't plead down to something lesser?
MR. FARRAJ: Form.
THE WITNESS: Yeah, I believe I did. I

Page 107

don't know exactly what it was, though. Some misdemeanor of some sort.
BY MR. BIGELMAN:
Q. What was your punishment for the misdemeanor?
A. I believe it was, like, six months' probation or something.
Q. Exhibit Y is on the screen. Is that you in the picture?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT Y
3:50 p.m.
A. Looks like it.
Q. Is that your car?
A. Was.
Q. What kind of car is that?
A. It's a Lamborghini.
Q. What year and what type of Lamborghini?
A. I don't remember the year. It was, like, 2014 or 2015 Aventador.
Q. When did you buy it?
A. I don't remember.
Q. Before COVID or after COVID?
A. After.
MR. FARRAJ: Objection. Form and foundation, relevancy.

Page 108

Go ahead.
THE WITNESS: I believe it was after.
BY MR. BIGELMAN:
Q. I'm sorry, go ahead.
A. I believe it was after.
Q. And what happened to the vehicle?
A. Sold it.
Q. And when did you sell it?
A. I don't know.
Q. How much did you sell it for?
A. I don't remember.
Q. Did you sell it before your bankruptcy or after?
A. Before.
Q. Showing you what's been marked as Exhibit Z. These are your responses to our discovery requests. Okay? I'm going to go to page 10. So where he asks, "Produce all communications with the Plaintiff advising him that you are using a third party's residential builder's license to perform work in the contract and change orders for the property." So after -- the first sentence is an objection. After that, "Defendant attaches communications he was able to locate regarding the project. Defendant further states work was performed under Ideal Builders and Remodeling." What work do you claim was performed

Page 109

under Ideal Builders and Remodeling's residential builder's license?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT Z
3:54 p.m.
MR. FARRAJ: Objection. Asked and answered.
Go ahead.
THE WITNESS: Everything that was -- the majority of the work that was on the project. Some of the charge orders and stuff towards the end was directly with Mehra, but the main stuff, especially the stuff we were paid for, I felt, was working with Ideal.
BY MR. BIGELMAN:
Q. Is it your testimony here today that they allowed you to work under their builder's license to build the pool?
A. No. I was working with Hank to pull the permits.
Q. Okay. So as far as the pool and the outdoor kitchen and the autocover, that was under Hank's license; correct?
A. Correct.
MR. FARRAJ: Objection as to the form of the question, too. The way the response is written

doesn't state -- doesn't read the way you're stating it. I'll just say that.

MR. BIGELMAN: I don't have any more questions, sir, today. As I stated at the outset, we're not gonna conclude the exam today as there's information that you were required to produce that may lead to additional questions. I don't intend, nor do I desire to do this again. I just want to ask questions in the future and preserve my right to do so based on information that becomes available in the future. Do you understand?

THE WITNESS: Okay.

MR. BIGELMAN: Okay. I appreciate your time. If your counsel has questions now, I may have follow-ups, but other than that, I don't have any more questions.

MR. FARRAJ: Jeff, I probably have two or three brief questions, but can I have a minute? I got to scroll up to see where I marked them.

(Pause in the proceedings.)

EXAMINATION

BY MR. FARRAJ:

Q. Brandon, do you recall if there were any rough inspections done with respect to the pool or surrounding kitchen or any of the work regarding



around the back of the house?

A. Yes.

Q. Okay. Do you recall --

A. A lot of them.

Q. I'm sorry, say that again?

A. A lot of them.

Q. Do you recall if those inspections passed?

A. Yes. Or, essentially, all the rough inspections.

Q. Regarding the issues with the gate, if I recall correctly, there were a number of text messages between you and, I think, maybe Kody and Mr. Mehra regarding the gate. Is that an accurate statement or an inaccurate statement?

A. It is an accurate statement.

Q. Okay. Do you recall how many times you went out to try and address the issue with the gate?

A. Probably at least five times, six times. The main issue was that gate was causing issues with snow and ice buildup a lot of times on the rail track system or whatnot.

Q. As of, let's say, around mid-2023, from maybe, like, May 2023 to August or September of 2023, do you recall if you were still trying to work with or address some of Mr. Mehra's concerns?

A. Yes, absolutely. We handled just about all of them,



and at the time of 2023, the remaining items were small -- from what I can remember were small plaster adjustments, you know, which could have been -- appeared to be corrected by acid washing and whatnot and maybe a touchup.

And then he brought to my attention the final permits, which I said I was willing to address and handle for him. I realized, in little moments after that, he wanted a refund, a full refund, or he was gonna get his attorney involved. At that point I just kind of let it be and didn't hear from him.

Q. You don't disagree that some of the work may not have been great. Is that a fair statement?

A. Correct.

Q. As you progressed in your career, do you feel you became better as a builder?

A. Correct. I would say it was a very complicated project. There was a lot of moving parts, like the autocover and snow and stuff like that.

Q. Did you have any issues with staffing regarding those texts we saw about Mr. Mehra saying, you know, "Come fix these things. Some things aren't good"? Were there any problems with staffing or workforce for you?

A. Yes, and supply chain issues in regards to the tile and inflation. Lots of stuff.



MR. FARRAJ: That's all I have.

Jeff, I don't know if you have any follow-ups after that.

MR. BIGELMAN: Okay. Thank you, guys.

And thank you, Susannah.

(The court reporter requests transcript orders.)

MR. BIGELMAN: Yes, please.

MR. FARRAJ: PDF mini, please.

(The deposition was adjourned at 4:02 p.m.)

CERTIFICATE OF NOTARY

STATE OF MICHIGAN )
) SS
COUNTY OF OAKLAND )

I, Susanne Ellen Gorman, a Notary Public in and for the above county and state, do hereby certify that the above deposition was taken before me via virtual technology; that the witness was by me first duly sworn to testify to the truth and nothing but the truth; that the foregoing questions asked and answers made by the witness were duly recorded by me stenographically and reduced to computer transcription; that this is a true, full, and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to either party, nor interested in the event of this cause.

____________________________
Susanne Ellen Gorman, CSR-9271, RPR
Notary Public,
Oakland County, Michigan.

My commission expires: September 14, 2029

## $

**$1,000,000** 95:14

**$111,638** 21:3

**$12,132.50** 21:11

**$13,125** 21:5

**$15,906** 21:19

**$2,400** 21:15

**$2,700** 20:21

**$23,975** 21:7

**$4,230** 21:9

**$4,231.70** 21:13

**$40,797.50** 20:19

**$5,512.50** 28:19

**$500,000** 99:7

**$7,795** 21:17

**$8,000** 100:7

## (

**(2)(J)** 52:6

## 1

**1** 24:10,16 25:23 26:2 28:13 30:2 31:19 49:15 50:1 89:12 99:11

**10** 32:13 97:2,21 108:16

**100** 65:21

**11** 25:23 28:13 63:10,15

**11,700** 20:24

**11:30** 6:3

**11:34** 96:20

**12** 74:11 82:8

**12-29-2021** 90:18

**129** 90:18

**12:07** 20:8

**12:19** 25:20

**12:25** 28:9

**12:37** 32:21

**12:52** 41:20,21

**12:58** 41:22

**13** 28:22 34:13 51:9 52:9 84:24

**131** 86:10

**134** 91:6

**135** 89:8

**14** 20:16 21:25 23:14,19 51:10 57:13

**15** 13:19 21:22

**15,000** 21:1

**150** 40:3

**155** 95:9

**158** 88:21

**159** 82:6 86:10 89:8

**17** 13:4 42:8 83:21 84:4 85:10 88:21 95:23 96:15,20

**17/20ths** 92:4

**1775** 43:21 44:1 84:16

**17th** 22:15

**18** 68:14

**19** 18:8 98:4,19

**1:03** 43:15

**1:06** 44:15

**1:12** 46:25

**1:14** 47:19

**1:20** 48:18

**1:27** 51:20

**1:51** 62:3

## 2

**2** 28:16 99:12

**20** 19:16 44:11 65:11 91:22

**2011** 10:2,13

**2012** 10:13,20 19:12

**2013** 10:20

**2014** 107:18

**2015** 107:18

**2016** 19:16

**2017** 13:13,23 14:3,4,8 19:5

**2018** 14:15 15:1,3,13 16:2 18:8 27:11 28:11

**2019** 15:1,4,13 16:2

**2020** 18:6,15,25 20:16 21:25 22:5,15,16 23:14,19 25:23 28:14,17,23 29:18 30:3 31:19 32:18 34:13 46:15 56:20 57:14 66:24 81:22 82:1 84:24 86:21, 22,24 91:22 93:4,6 102:25

**2020/2021** 41:5

**2021** 32:7,14 35:10 42:8 46:15 83:15,21 84:4,13,18 94:4,5 95:24 96:15,20 98:4,19

**2022** 13:19 46:15 68:7 86:12 87:11 89:8,12 91:19 94:1,8 97:2, 21 100:1 101:17

**2023** 46:22 55:15 62:5,14,15 63:1,3 68:7,10 82:8 85:10 86:7 88:21 94:1 95:10 111:22 112:1

**2024** 48:7 51:9,10 52:9 55:15

**2025** 44:12

**2026** 6:2 47:7

**21** 13:13 66:24

**22** 66:24

**2200622** 47:24

**23** 30:2 66:24

**2300616** 51:17

**2300622** 49:4

**2300623** 47:24 49:3

**2300759** 51:17

**232** 32:23 45:2

**24** 29:18 32:18 74:12 102:25
**2404a** 49:17 52:6
**2411** 52:5
**2411(2)(d)** 52:5
**2411(2)(e)** 49:17
**2411(2)(m)** 49:17
**2411(2)G** 49:17
**25** 91:19 94:14
**26** 30:3 89:8
**28** 31:18 32:7 46:22 62:5 68:10 87:11
**29** 86:12
**2:05** 69:3
**2:07** 69:22
**2:09** 70:19
**2:19** 75:6
**2:23** 77:8
**2:26** 78:13
**2:27** 78:25
**2:31** 80:17
**2:33** 81:5
**2:42** 81:6
**2:43** 81:18
**2:48** 83:25
**2:49** 84:21

**3**

**3** 6:2 28:22 29:10 91:22
**30** 28:17 32:14 82:12 83:9
**31** 47:7
**32** 31:21 100:23
**339.601** 50:1
**3:18** 95:21
**3:41** 103:8
**3:50** 107:11
**3:54** 109:5

**4**

**4** 29:16
**4-11-1993** 9:7
**40** 32:13
**400** 99:6
**41A** 105:25
**43** 25:16 98:23
**4:02** 113:10

**5**

**5** 19:12 22:21 30:3 81:22 82:1 84:17 91:22 93:4 94:5
**5,000** 74:3
**50** 40:4,5 101:17
**50-** 65:7
**55** 97:2
**571-338-1112** 81:21
**58** 82:7
**586-383-8308** 45:10
**586-802-9690** 81:15
**5:00** 87:23

**6**

**6** 31:18 35:10 94:4 95:10,23
**60-percent** 65:8
**601** 49:15,25
**601(1)** 49:22 52:5
**604(1)** 49:16
**604(b)** 49:16
**604(d)** 49:16 52:5
**604(h)** 49:17 52:6
**604(l)** 52:5
**683** 83:19 84:2

**7**

**7** 21:5 63:1,3,12,15 86:7
**7,000** 74:4
**748** 43:7,10 84:12
**7:02** 96:15

**8**

**8** 100:1
**80** 65:21 71:18
**80-** 66:21
**802082183** 22:22 27:2,14
**85** 65:9
**85-** 65:19
**8th** 29:17

**9**

**9** 48:7 84:13 98:3 101:17
**90** 65:9 71:19
**90-percent** 65:20 66:22

**A**

**a.m.** 6:3 96:15,20
**ability** 85:6
**absolutely** 63:8 111:25
**Accident** 46:7,14,18
**account** 6:22
**accurate** 7:19 56:2 111:12,14
**accusation** 105:19
**acid** 69:9,16 80:24 112:4
**act** 50:3,4
**acting** 105:2

**add** 85:13 92:3
**added** 13:20 86:2
**additional** 7:2 37:13,18 110:7
**address** 24:17 87:9,16 90:12 111:16,23 112:7
**addressed** 96:9
**adjacent** 68:15
**adjourned** 113:10
**adjust** 102:2
**adjustments** 88:9 112:3
**admissibility** 48:21
**admit** 50:19
**admitted** 51:2
**advised** 93:18
**advising** 108:18
**affect** 8:24
**agent** 105:2
**aggregate** 20:24
**agree** 7:10 49:10 50:8 65:19 74:7,12,23 77:25 78:3 89:19
**agreeable** 91:16
**agreed** 49:20
**agreement** 6:9 26:15 50:16 56:4 89:20
**agrees** 51:25
**ahead** 33:13 39:17 48:2,22 55:6 56:25 73:11 90:5 92:23 102:7 103:21 104:2 105:6,15 106:12 108:1,4 109:8
**air** 67:25 79:13,18
**algae** 64:3,9
**allegations** 49:13 52:3
**alleged** 49:13 96:19
**Allen** 11:20 12:23
**allowed** 91:7 104:12 109:16
**Alternatively** 91:13
**altogether** 104:6
**amount** 64:24 65:3,6 96:10 97:16
**analysis** 64:11
**and/or** 75:18
**annual** 27:11 28:11
**answering** 50:19
**answers** 8:8,11
**anticipating** 96:22
**Antonelli** 62:9
**Antonelli's** 66:3
**apologize** 87:21 89:16
**Apparently** 98:9
**appeared** 75:13 80:19 112:4
**appears** 22:10 29:20 31:24 34:15 43:19 44:9 69:6 71:12,18 72:1 79:4,18 80:18,20,21 87:12 88:7, 8,15 89:5 96:14 101:14
**applicant** 33:2 34:18 35:15
**application** 44:23
**applied** 33:19 44:5 53:11
**apply** 33:17,18,22 34:5,21 35:3, 5,18,25
**approach** 56:6,15
**approval** 54:3
**approvals** 104:18
**approved** 39:20 40:14,17,19 42:14,16 43:3
**April** 13:4,13,23 48:7
**area** 70:20 74:10 98:6,9
**areas** 64:6 74:19,21
**argue** 90:8
**arrested** 105:13,18 106:15
**Artificial** 21:19
**as-built** 40:18,19
**ASAP** 101:5
**asks** 48:2 53:7 103:1 108:16
**aspect** 41:10
**assertion** 38:13 104:10
**assessed** 98:8,10
**assessment** 62:14 63:18 73:21 74:7,12,14
**Assessor** 62:8
**assessor's** 73:22
**assigned** 72:11
**assist** 57:5
**assistance** 97:5
**assisted** 56:21
**assume** 70:11 74:11
**assumed** 13:16,20
**attached** 54:3
**attaches** 108:22
**attempt** 50:2
**attention** 86:10 95:23 112:6
**attorney** 7:3,4 8:10,17 50:23 51:14 112:10
**attorney-client** 50:14 51:1
**attorneys** 50:21,22
**audible** 8:11
**audio** 37:7,8
**August** 29:17,18 62:5,15 63:1,3 68:10 86:7 89:12 111:22
**authority** 36:6 44:7 54:20
**authorized** 36:13,17
**Auto** 21:1
**autocover** 30:6,10,15,18 31:2 35:12 43:23 59:8 61:8 68:15 74:15,16 75:14 84:17 85:12,18, 22,23,24 88:24 91:23 92:3,4 93:9,10,11,13,14,22,24 94:3,6, 11,15 97:6,8,9 100:13 109:21 112:19
**autocovers** 30:19 59:9 93:15
**automatic** 80:5

**Aventador** 107:19

**aware** 17:16 23:21 36:2,5,7,9 38:7 78:5

**Awesome** 84:24

B

**back** 7:2 19:10 21:24 27:1 28:10, 12 37:12 41:5,22,24 42:11 43:6, 20 51:8 58:9 66:18 68:5 69:23 72:18 73:21,22 81:6 83:18 84:11,23 87:24 88:13 90:8 92:15 94:3 95:9 111:1

**background** 9:8

**bad** 69:15

**balance** 88:13

**bankruptcy** 55:14 62:19,25 63:7 86:5 108:12

**barrier** 35:13 43:23

**based** 7:2 18:16 22:10 26:15 37:18 57:17,18 62:13 68:12 71:12 75:13 79:1 85:5 88:7 103:10,13,18,25 110:10

**basic** 8:7

**basically** 33:25 53:6 58:1,23,25

**basin** 85:22,24

**basis** 64:9

**basket** 65:5 88:18

**beads** 61:2,15 64:25 65:3,7,9,15 66:12 71:15 72:14 78:14 80:6 88:16,19 98:17,21

**begin** 6:19

**beginning** 86:22

**behalf** 56:1

**believed** 97:21

**Bell** 16:1 25:6 33:17 34:6,23 35:20 46:2 52:17,19,22 54:15, 18,24 55:1,13,16,21 56:19,21 57:4 83:13

**Bell's** 17:6 25:3 36:2

**bheitmann12** 45:14

**bheitmann12@yahoo.com.** 45:7

**big** 86:13

**BIGELMAN** 6:19 7:25 8:2,4,7,16, 22 9:3 24:5 33:16 37:10,17,21 40:7 41:23 48:5,24 49:1 50:25 51:6,7 55:12 57:3 66:5,9 70:12 71:5 73:14 76:1 79:8,11,17 81:1, 4,7 90:13 93:1 102:11,22,24 103:24 104:9,21 105:12,17 106:14,18 107:3 108:3 109:15 110:3,13 113:4,8

**bigger** 13:18 19:25 42:5 55:11

**bill** 73:13 91:15 102:13,14,18

**biller's** 35:19

**billing** 44:19

**bills** 73:7,8

**birth** 9:6

**bit** 13:1 19:22 41:3 79:6

**blood-related** 17:25

**blurry** 79:1

**board** 49:8,9,12 51:23,24 52:2

**body** 8:12 67:21 87:19 101:9

**book** 58:17

**bottom** 22:21 26:3 29:11 77:5 80:1,2

**bowing** 74:10 75:8

**bowl** 25:25

**bowls** 59:5

**brackets** 85:14,24,25 86:2

**Brandon** 6:16 8:2,4 37:3 38:16 47:21 51:9 81:8 95:25 98:4,24 99:6,17 100:9 101:1 103:2 110:23

**break** 41:19 81:2

**breaker** 88:1

**breaking** 104:5

**breath** 64:18

**brick** 14:21,22,24,25

**brickwork** 56:11

**bring** 86:10

**bringing** 80:12 106:11

**brought** 112:6

**build** 11:23 13:20 14:17,18 15:5 23:10 40:20 57:7,8,19 76:22 100:18 103:16 104:8,13 109:17

**builder** 11:17 65:1 112:16

**builder's** 15:22 16:24 17:14 23:3, 6,11,18 24:8 25:3 26:19,22 36:7, 13,17 37:23 38:2,4 41:14 46:22 52:15 54:21 55:1 104:11 108:19 109:2,17

**Builders** 24:4 33:5,8 34:25 35:22 38:9,24 39:1,4,6,9 40:8 56:1 104:19 108:24 109:1

**Builders'** 104:11

**building** 18:20 23:5,9 24:17,19 25:10,13 33:9,23 34:12 39:1,4 55:21 56:10,18,20 57:4,5,15 58:22 60:20 92:18

**builds** 11:22 104:4

**buildup** 64:3 111:19

**built** 22:18 58:1 64:20 99:11,13

**bunch** 94:20

**burst** 77:14

**bushes** 12:20

**business** 11:3,10 13:1 18:19 26:23,24,25 45:12 55:11 62:25

**buy** 107:20

C

**CA78C86677A** 45:16

**cables** 31:11

**call** 8:2 53:17 82:9 89:9,11

**callback** 87:8

**called** 56:4 73:17

**calls** 53:7 81:12

**cancel** 42:21

**canceled** 42:6,21,22 83:14,16,20 84:5

**car** 67:25 107:13,15

**care** 11:12 12:12 19:4,11,18 48:10

**career** 112:15

**carrier** 46:10

**case** 7:13 8:19 29:8 36:3 53:6 104:10 106:11

**caught** 64:25

**causing** 96:7 111:18

**Certificate** 13:15

**certified** 6:5

**chain** 81:20,25 112:24

**change** 19:2 25:16,17,22 26:2,6, 11 28:1,13,16,22 29:10,11,16 30:2 31:18,21 32:13 52:20 66:10,19 108:20

**Chapter** 63:10,12,15

**charge** 44:19 105:24 109:11

**charged** 106:16

**charges** 106:19

**chat** 95:17

**checked** 63:25 96:4

**chemistry** 61:12,13 88:13

**Cherry** 86:23,24

**chipped** 71:13 80:19

**choosing** 101:20

**circulate** 88:19

**circulation** 88:2

**city** 9:15 34:2 42:2,15,17,21 43:25 44:23 45:20 53:24 54:5,6

**claim** 44:6 93:21 108:25

**claim's** 76:20

**claiming** 98:1

**claims** 95:7 106:11

**class** 58:17,21

**classes** 9:19,20 10:10

**Classic** 66:1 82:20

**classify** 39:21

**clean** 64:2 85:11,18 88:14 96:22

**cleaned** 87:22

**cleaning** 87:24

**cleanup** 13:2

**clear** 80:3 81:15 88:10

**clear-looking** 88:14

**client** 15:14 50:12,19 93:11

**clogging** 61:15

**close** 40:20 100:19

**closes** 74:17

**closest** 79:13,21

**Cloverleaf** 11:9

**CO7** 31:24

**CO8** 31:24

**CO9** 31:25

**Code** 49:18,23,25 50:9 52:6

**coils** 31:11

**cold** 94:13

**collapsed** 75:2

**college** 9:10,17,20,21,22 10:4,16 11:4,5 12:2,3

**color** 79:2

**column** 27:5

**combine** 91:25

**comfortable** 50:18

**commences** 81:22

**comment** 35:8 55:17,18

**communication** 38:12

**communications** 54:14 81:9 108:17,22

**Community** 9:20,22 10:4,16

**comp** 46:16

**companies** 11:14,15 20:1

**company** 11:18 19:7,19 23:1,2, 12 25:6 41:8 55:14 59:7 67:4,6 68:18 87:2 97:8

**complaining** 73:12 98:20

**complaint** 47:24 48:7 49:3,5,12, 14 50:14 51:16 52:2,4

**complaints** 90:11 106:7

**completed** 16:5,7 22:6 89:19 90:1,3

**completely** 88:18

**complicated** 112:17

**components** 104:5

**concerned** 39:11

**concerns** 111:24

**conclude** 7:1 110:5

**concrete** 14:24 56:12,14,15 60:16,17

**condition** 64:15

**conditioner** 79:13,18

**conditions** 63:23

**condos** 11:24

**conducted** 67:11

**connections** 57:19 59:2 101:25

**consent** 39:6 48:14 49:7,9 50:11, 13,16,21 51:4,8,14,23 52:14

**consistent** 26:11

**consistently** 64:9 93:17

**constantly** 65:4

**construct** 39:7

**construction** 25:6 30:25 33:2,17 34:18,22 35:15,18 38:6 39:11 44:6 45:4 46:1,12 56:22 60:23

68:20 80:11,21 83:13 88:9 103:14 104:4,22 105:3

**consultation** 50:22

**consulted** 65:22 93:8

**contact** 46:5 91:12

**contained** 49:10,14 51:25 52:3

**contemplated** 24:19

**contest** 105:23

**continually** 73:15

**continue** 63:11

**continued** 63:7

**contract** 20:11 21:24 22:7 24:11 25:5 26:12 27:20 29:11 30:22 52:19 57:13 60:14 66:10 81:23 82:2 94:25 95:3,5 108:20

**contracted** 26:21 60:12 76:22

**contracting** 37:22 38:1

**contractor** 15:10 45:25

**contractors** 23:22 25:6 33:3,17 34:19,22 35:15 38:6 44:6 45:4 46:1,12

**Contractors'** 35:19 83:13

**contracts** 23:23

**contribute** 64:4

**control** 11:8 12:5,6 19:24

**controlled** 64:10

**conversation** 22:11

**conversations** 38:16

**coordinating** 40:22,24

**coping** 28:25 29:2,3 74:16 85:11, 17,19,21,25 86:3

**copy** 48:7 53:20

**Corey** 86:14,16,17 87:7,11,22

**corner** 77:5 79:19

**Corp** 93:8

**correct** 8:5 13:5 14:14,24 18:15 19:16,17,20 20:2,14,16,19,21,24 21:1,3,5,7,9,11,13,15,17,19,25 22:7,19 23:4,7,11,15,16,19,20, 23 24:8,9,11,12,14,15,17,20,25 25:1,7,8,10,23 26:4,8,13,17,21, 22 27:3,12,18,21,22,25 28:3,5,6, 15,18,21,23,24 29:1,8,18,25 30:3,6 31:8,9,19,20 32:11,14,18, 22,23,24,25 33:1,3,4,6,7,10,15 34:3,9,10,13,14,16,17,19,20 35:1,2,3,6,7,10,13,14,16,17,23, 24,25 36:1 38:24 39:1,2,3,7,8,14 41:6,9 42:1,3,4,7,9,10,12,13,15, 19,20 43:9,18,21,22,24 44:2,3,8 46:22 47:1,2,3,16,22,24 48:8,11, 15 49:5,18,19,20,21 50:9 51:10, 11,13 52:10,15 56:11 60:8,12,13 63:1,2,13,16 68:11,12 70:5 71:17,19,23,24,25 72:3,4,15,16, 18,19 73:16 75:3,25 76:23,24 77:1,5,9,17 78:15 79:4,24 80:7 81:15,19,23 82:2,4 83:1,6,7,15, 21 84:6,8,9,14,18,22 86:5,8 88:3,17 89:24,25 91:21 92:6,7, 19,20,24 94:9,12 95:1,14 96:23 97:22 98:21 100:11,16,19,21 103:5 104:23 105:4 106:1 109:22,23 112:14,17

**corrected** 112:4

**correctly** 40:15 85:20 111:10

**cost** 101:21 102:10

**counsel** 6:20 49:2,20 51:10 52:10 110:14

**couple** 61:6 80:13

**court** 6:4 7:13 8:9,11 41:19 105:25 113:6

**cover** 21:1 61:9 75:2,15,16 76:4, 5,18,19 92:3 93:2,8,16,17,19 100:7

**cover's** 75:16

**coverage** 66:22

**covered** 96:3

**covers** 92:10

**coverup** 101:18

**COVID** 18:3,6,9,12,19,25 22:5, 13,14,17,18 107:22

**crack** 85:14 86:3

**cracked** 67:16 85:22 86:1

**cracks** 93:24

**Craig** 44:11,17

**credit** 95:11

**criminal** 106:4

**crystal** 98:17

**current** 47:11

**customer** 68:19

**customers** 63:5

**cut** 46:8 80:3

**cutting** 12:19 14:10

**D**

**dad** 19:13

**daily** 64:9

**Dalen** 82:9

**damage** 88:23

**dangling** 29:5

**dash** 35:13

**date** 9:6 13:10 19:11,15 42:8 47:7 48:6 57:13 59:24 62:18,22 84:4,13 86:6 94:5

**dated** 20:16 21:25 25:23 28:13, 16 29:17 30:3 31:19 32:7,13 44:11 48:7

**dates** 19:21 37:1

**day** 22:15 41:1 52:10 54:1 81:22 82:1 96:12

**day-to-day** 41:2

**days** 82:12 83:9 88:12 98:12 103:4

**deadlines** 7:8

**December** 19:16 31:19

**decided** 15:11 98:25 100:4

**decking** 74:20

**Decorative** 21:13

**deep** 68:14

**defective** 82:25

**Defendant** 108:22,23

**deficiencies** 6:23

**degree** 9:11

**degrees** 10:23 94:14

**dep** 7:19

**department** 44:19 50:5

**Depends** 86:20 94:13 95:2

**deposition** 6:1,6 20:7 25:19 28:8 32:20 36:2 43:14 44:14 46:24 47:18 48:17 51:19 62:2 69:2,21 70:18 75:5 77:7 78:12,24 80:16 81:17 83:24 84:20 95:20 103:7 107:10 109:4 113:10

**depositions** 6:22 8:5

**describing** 34:1

**description** 34:8 40:23

**design** 13:20 14:6,17,18 15:5 57:9 64:22

**designated** 50:4

**designed** 57:9 58:23 61:8 64:20

**desire** 110:8

**details** 34:1

**detection** 67:4,6

**determine** 72:20

**develop** 11:23

**develops** 11:22

**differently** 93:15

**directly** 109:12

**dirt** 64:3

**dirty** 88:10,11

**disagree** 64:11,13,19 68:1 103:22 112:12

**disagrees** 68:11

**disclosing** 68:18

**discoloration** 68:13 69:7

**discovered** 93:20

**discovery** 6:21,23,24 7:7 36:22 106:3 108:15

**discuss** 6:21 91:17

**discussed** 18:12

**discussing** 25:14 38:17

**discussion** 89:15 94:19

**dismissed** 106:20,21

**dispersing** 105:2

**dispositive** 7:8

**dispute** 67:14

**distributor** 58:4

**District** 105:25

**docs** 85:1

**document** 20:5 21:22 27:19 29:15 32:2 38:12 48:1,14 49:2, 10 50:17 51:25 61:24 62:5,13,23 84:15

**documentation** 7:3 33:24 36:20 67:16

**documents** 7:16 53:3,12,15 66:18

**dollars** 73:7

**door** 7:14

**download** 37:6

**drainage** 74:21

**drained** 69:23

**draw** 40:2

**drawings** 52:22 53:21 54:8 55:16

**draws** 40:1

**driveway** 20:24 30:5,6,8,20 31:1, 3,4,7 56:7 101:10,24,25

**driveway's** 102:15

**drop-down** 46:8

**dropped** 96:5

**due** 75:14

**duly** 6:17

E

**e-mail** 44:11 45:7,8,13 46:2,3 53:18,20

**e-mailed** 54:13

**e-mails** 97:16

**earlier** 59:14 60:6 86:8

**easy** 96:21

**educational** 9:8

**effect** 36:10

**efficient** 92:12

**electric** 102:18

**electrical** 30:24 31:5,11 57:23 58:13 59:6 73:7 102:10,12,13,14

**electrician** 31:4,13,15 59:5

**electrician's** 30:21

**electricians** 57:22

**electronic** 45:19

**enclose** 92:4

**encounter** 60:20

**end** 68:14 74:9 82:14 83:5 86:23, 24 100:8,15 109:11

**ended** 63:12,15

**ending** 43:7,21 44:1 83:19 84:2, 12,16

**ends** 89:5

**engage** 50:2

**engineer** 57:8 58:23 64:23

**engineering** 33:25

**enter** 49:9 51:23

**entered** 50:21

**entering** 50:15

**entire** 71:25 82:13,21,22 83:1,5,7

**equipment** 6:7 65:3 79:12,21

**equivalent** 67:24 87:18

**essentially** 22:14 31:5 39:5 51:22 59:19,22 60:7 105:1 111:8

**estimation** 103:10,13

**evaporations** 97:17

**event** 44:22

**evidence** 54:11 97:12

**evident** 65:2

**exact** 12:1 14:16 56:3 59:24 62:22 65:16 71:20 86:6 97:15 101:14

**exam** 7:2 37:11,13 110:5

**examination** 6:25 8:17 9:2 110:21

**examined** 6:17

**Excavation** 103:3

**exchange** 88:3 92:6

**excuse** 16:18 40:13,16 105:11

**exhibit** 20:5,7 22:21 24:10 25:15, 19 27:20 28:1,8,10,12,22 29:16 30:2 31:19,21 32:9,13,17,20 34:11 35:8 42:11 43:6,10,14,20 44:10,14 46:20,24 47:15,18 48:13,17 49:5 51:8,16,19 61:23 62:2 68:24 69:2,18,21 70:15,18 71:6,9 72:15,17 75:1,5 77:3,7 78:9,12,21,24 80:14,16 81:14,17 82:6 83:18,24 84:11,16,20,23 85:9 86:11 88:21 89:8 90:18 91:6,22 95:9,10,16,20,23 97:2 98:3,23 100:23 101:17 102:25 103:7 107:7,10 108:14 109:4

**exhibits** 83:11

**Exigent** 11:10,11 13:4,19,20,23, 24 14:9 15:4 18:23 19:4,6,10,18, 19 23:17 24:7 27:1,11 39:6 41:5 46:11,15 47:21 62:18 63:4,12 76:11,14 86:4,6,7 95:6

**exists** 58:21

**expect** 65:11 87:20

**expected** 89:11

**expecting** 100:2

**experience** 18:20 25:12 30:14 55:21 56:18,19 57:4,14,18 58:2 103:17,23 104:3

**expert** 92:18,20

**expertise** 25:9 92:1,16

**expiration** 42:8 47:7 84:4,13 94:5

**expire** 47:11 84:17,18

**expired** 43:11,17 44:2 83:14,17, 21 84:14,15

**explain** 17:23 53:1

**explained** 44:22

**expose** 55:2

**extension** 6:21 7:7

**extent** 7:10 50:12 51:3

**exterior** 64:7

**eye** 64:25 65:8

## F

**fact** 26:6 49:13 52:3 77:21 83:11 84:18 94:22 99:3,5

**fail** 61:14 74:11

**failed** 63:15 86:13

**fair** 22:2 63:3 112:13

**fairness** 7:13,16

**fall** 10:13,20

**falling** 61:2 65:5 78:17 80:6 91:24 98:21

**Fantastic** 96:21

**FARRAJ** 7:10 8:1 23:24 33:11 36:24 39:15 47:25 48:19 50:10 51:3 55:4 56:23 66:2 70:8,24 73:9 75:23 79:5,9,14 81:3 90:4 92:21 102:5,21 103:19 104:1,15 105:5,14 106:9,17,24 107:24 109:6,24 110:17,22 113:1,9

**father** 19:5

**February** 18:15

**fee** 56:8

**feel** 94:22 112:15

**feet** 29:5 68:14

**felt** 109:13

**fiberglass** 58:3 59:18 60:9,11

**fight** 50:13

**file** 37:8

**filed** 24:6 55:14 62:18,25 86:4,6, 7

**files** 98:5

**filing** 13:10 19:11

**fill** 33:24 73:15 96:12

**filled** 88:19,22 98:14

**filleted** 87:20

**filling** 96:2

**filter** 61:16 64:1,3 67:25 78:15, 18,20 79:4 97:14

**filtering** 92:9

**filters** 64:2

**final** 35:8 40:20 43:1,2,5,17 44:7 84:7 112:7

**finaled** 42:19,24,25 43:3 82:12 83:8

**find** 64:14 67:15 73:1 94:18

**finds** 49:13 52:2

**fine** 81:3

**finish** 6:25 61:1 64:24 65:7,10, 11,14,17,18 66:12,14,20 68:16 69:7 70:4 78:14,20 79:3 80:6 87:24

**fire** 21:9 25:25 59:5

**firm** 48:11

**five-minute** 81:1

**fix** 73:3 75:10,12 90:19 91:12,13, 14 93:14 96:21,25 101:21 112:22

**fixed** 67:8 69:16 70:4 73:19 91:10 97:14

**fixing** 91:11

**flooring** 71:22

**flow** 64:6,21

**flowing** 91:24

**follow** 59:1 89:16 106:5

**follow-ups** 110:15 113:3

**Forest** 32:23 45:2

**form** 23:24 33:11 39:15 45:20 47:25 48:20 55:4 56:23 70:8,24 73:9 75:23 79:5 92:21 102:5 103:19 104:1,15 105:5,14 106:9, 24 107:24 109:24

**formal** 48:7 49:5,14 52:3 58:16

**formed** 13:4,23

**forward** 84:25 96:9

**found** 72:24 73:19 74:19,22 96:21

**foundation** 33:12 39:16 48:1,20 55:5 56:24 70:9,25 73:10 75:24 79:6 92:22 102:6 103:20 105:15 106:10 107:25

**Fox** 15:15,16 16:2,12 18:8,9

**Fox's** 18:11

**frame** 14:16 15:6 18:10

**franchise** 60:8

**fraud** 105:20 106:16

**fricking** 94:14

**Friday** 82:10 96:1

**front** 51:15 56:13 80:4

**frustrating** 98:7

**frustrations** 89:17

**fuck** 101:2

**full** 14:19 58:6 88:16 90:10 112:9

**fully** 19:6

**function** 74:18

**functional** 88:24 99:9

**functioning** 99:13

**fund** 46:7,14,18 94:24

**funny** 66:4

**future** 110:9,11

## G

**Gadzinski** 62:8

**game** 89:13

**garage** 74:21

**Gary** 18:18

**gas** 21:9 57:21 59:4

**gate** 90:22 91:3,5 100:18,25 111:9,12,16,18

**gave** 40:5

**general** 62:23

**get all** 104:17

**give** 6:13 8:8 36:6 54:20

**glass** 60:25 64:25 65:3,6,9,14,17, 18 66:12,20 71:15 78:14 88:16

**goal** 63:10

**God** 99:19

**good** 15:11 64:1,2 89:13 95:25 102:22 112:22

**Gorman** 6:5

**Gotcha** 7:25

**graduate** 10:1

**grand** 40:3

**Grandchamp** 72:10

**grass** 12:19 14:10

**gravity** 99:25

**great** 101:22,24 112:13

**Grosse** 17:13

**group** 95:17,18

**grouping** 104:6

**growth** 64:9

**guess** 39:20 77:20 98:1 99:7

**guessing** 22:5

**guilty** 105:21

**gunite** 74:1

**guy** 30:18 59:4,9,10 65:23,24 73:18 82:11,19 93:13,24 94:15

**guys** 17:19,21 69:8 70:3 113:4

## H

**H-E-A-T-O-N** 16:21

**H-E-I-G-H-T** 12:8

**half** 79:15 91:8

**Hampshire** 11:16,19 12:24

**handle** 39:12 72:11 90:9 112:8

**handled** 72:8 73:5 89:14,20 111:25

**handling** 46:4,5

**hands-on** 18:21 57:18 58:2

**handwriting** 32:1,3,5

**handwritten** 31:22,23

**Hank** 15:24,25 16:1 17:1,6,15,24 24:2,3 25:2,5 33:17 34:6,22 35:20 36:2 37:2 38:6 46:2 52:17, 19,22 54:15,18,24 55:1,13,16,21 56:19,21 57:4,7 83:12 85:8 104:17 109:19

**Hank's** 109:21

**happen** 61:5

**happened** 18:12 39:24 75:21 88:7 93:25 96:6 106:6 108:6

**happening** 105:10

**happy** 82:24 83:3,4 90:9 91:14, 17

**hard** 64:14 67:15 79:1 100:6

**hard-earned** 99:24

**hardscaping** 14:7,20,22 41:18

**head** 8:13 59:24

**health** 8:23

**hear** 112:11

**hearing** 91:9

**heated** 30:6,8 31:3,4,7

**heater** 79:22,23

**heaters** 101:24 102:1

**heating** 92:9

**Heaton** 16:17,19

**hedges** 14:12

**Height** 11:8 12:6,8,17

**Heitmann** 6:16 19:12 47:21

**held** 6:6 23:18

**helped** 38:20 56:21

**helps** 79:9

**Hey** 7:21 82:8 89:12 90:23

**high** 9:9,11,14 10:1,3 19:3

**highlighted** 27:6 46:6

**hired** 57:8,10 59:7

**history** 59:13

**hold** 12:4 39:22 65:1,10 75:18 85:25

**hole** 99:7

**home** 31:24 32:25 99:24

**homeowner** 60:24 61:7,17 67:1

**Homes** 11:24

**honest** 10:5 22:8 24:21 46:19 58:21 94:16

**honestly** 93:7

**hoping** 37:15

**hot** 21:3 76:23 77:1,4,5,11,14,17 78:1,6,7

**hours** 96:13

**house** 33:9 39:1,4 99:11,13 111:1

**housing** 68:15 85:12,18,24

**hundred** 40:3

**hurt** 12:5 101:10

**I**

**ice** 75:18 93:16 100:5,25 111:19

**idea** 12:25 91:24

**Ideal** 24:4 33:5,8 34:25 35:22 38:5,9,14,24 39:1,4,6,9 40:8 56:1 104:11,19 105:4 108:24 109:1,14

**ideas** 91:25 92:11

**identification** 27:3,14,18,23 28:4 29:13,24 32:10

**ill** 99:19

**imagine** 58:3 59:14,15,16 60:7, 17 89:6

**immediately** 96:16

**important** 86:13

**impossible** 74:18

**impression** 83:3

**improper** 74:20

**in-depth** 62:15

**inaccurate** 111:13

**inactive** 19:15

**include** 54:16

**included** 76:23

**income** 54:23

**inconsistent** 93:5

**incorrectly** 97:6

**increase** 73:7

**incurring** 73:6

**indicating** 68:17

**inflation** 112:25

**inform** 76:2,3

**information** 7:1,17 18:2 37:13 45:1 46:7,20 53:5 110:6,10

**informed** 39:23 75:17

**ingested** 8:24

**inside** 100:24

**inspection** 43:1,2,5,17 44:8 67:19

**inspections** 38:18 39:20,24 40:13,17,18 105:11 110:24 111:7,8

**inspector** 53:7

**install** 12:12 14:21 31:13,14 58:6 94:11

**installation** 12:19

**installed** 65:15 75:20 76:17 94:6 97:7 102:1

**installer** 93:14 97:9

**installers** 101:25

**installing** 14:12 102:9

**installs** 14:5,7,11,19 15:5

**instance** 14:19

**instantly** 64:25

**instruct** 50:23

**instructed** 96:3

**insurance** 46:7,10,16

**intend** 110:7

**intent** 7:9,19

**interest** 49:11 52:1

**interested** 82:10 91:9

**interior** 64:7

**intrude** 50:25

**involved** 40:9 72:12 86:14 105:9

112:10

**involvement** 54:20

**involving** 62:15

**iphones** 37:5

**ironic** 65:23

**irreparable** 74:5

**irrigation** 21:15

**issue** 68:20 88:5,6 90:14 91:1 101:11,12,14 111:16,18

**issued** 32:18 34:12 35:10 46:21 50:5 94:4

**issues** 8:23 87:8 90:12 93:18 94:7 100:21 111:9,18 112:20,24

**items** 87:16 112:1

J

**January** 32:7 35:10 42:8 83:14, 21 84:4,13 94:4

**Jason** 44:11,17

**Jeff** 50:11 102:21 110:17 113:2

**jet** 67:20

**Jet's** 11:8

**jets** 64:5,17,19

**Jewelscapes** 66:15,19

**Jillian** 95:17 96:11

**Jimmy** 15:15,16 16:2,12 18:7,9, 11

**job** 12:18 15:9,11,23 16:2,5,10 18:11 22:4 23:5 24:24 36:18 60:4,24 80:13 90:10 99:23

**jobs** 16:12 17:19 18:6,12,14 22:3,6,9,12,19,20

**jogging** 98:2

**Johns** 11:20 12:23

**Juan** 89:10 90:14,16

**July** 28:22 32:14 34:13 62:14 63:22 82:8 84:17 88:21 89:8 91:19 94:5 95:10

**June** 6:2 13:19 25:23 28:13,17 32:18 51:9,10 52:9 85:10 102:25

K

**Kathleen** 89:10 90:14,16

**kind** 11:21 12:9,11,14,21,24 13:1,23 15:4 29:7 39:25 41:12 53:8 60:14 65:23 66:4,14 91:3 97:25 107:15 112:11

**kitchen** 21:7 34:16 43:7 84:12 109:20 110:25

**knew** 54:18 57:7

**knowledge** 57:14

**Kody** 72:10 87:5 90:20 97:3 111:11

**Kotz** 48:11

**Kristen** 18:18

L

**Lamborghini** 107:16,17

**land** 33:10 39:10

**landscape** 11:14,15 14:19

**landscaper** 90:17

**landscaping** 11:3,9 12:5,6,10,11, 12,14,16,17,21 13:4,19,25 14:1, 5,11 19:7,19 23:17 24:7 25:22 27:2,11 41:5,16,18 47:22 56:1,5, 10,12,16 62:18 63:4,12

**language** 26:2,7,11 29:10

**LARA** 23:1,2 24:13 26:23 27:1,23 28:4 29:12,23 32:10

**larger** 61:24

**laser** 74:18

**late** 7:5 80:11

**law** 48:10

**Lawn** 11:8,11 12:12 19:4,10,18

**lawyer** 91:12

**lay** 31:6

**lead** 110:7

**leak** 67:4,6,7 68:8 70:2 73:1,3,8, 19 96:7,18,21,25 97:10,11,12, 14,22,24 102:15

**leaking** 66:25 67:13 73:16

**leaks** 72:20

**leave** 80:23 92:1,16 101:10

**led** 64:8 74:4

**left** 70:5,6 75:2,8

**legal** 13:18

**lend** 94:18

**lesser** 106:23

**level** 74:18,23,24 96:5

**Lewis** 47:21

**liability** 55:2

**license** 15:23 16:24 17:6,14,16 22:22,24,25 23:3,7,11,13,14,19, 22 24:8,10,13 25:3 26:4,7,9,10, 12,13,16,17,18,19,20,22,23 27:17,21,24 28:5 29:13,24 32:10 35:19 36:7,14,18 37:24 38:3,4 41:14 46:22 47:2,4,7,10 50:5 52:15 54:21 55:2 83:14 104:12, 13 108:19 109:2,17,21

**licensed** 26:23,24 41:9,10,11,12 57:8,22

**lid** 80:3

**liens** 39:11 105:3

**lies** 91:8

**life** 65:11 90:10 99:21

**life-saving** 101:3

**Lighting** 21:17

**limestone** 21:5 29:9

**lines** 57:21 59:4

**liquidation** 63:13,16

**list** 23:22 33:25 37:6 89:19 90:2,7 91:9,17

**listed** 29:13,24 32:10 34:25 35:22 45:25

**lists** 27:14,20

**literally** 101:1

**live** 17:4

**livelihood** 99:23

**lives** 101:1

**living** 101:1

**LLC** 13:19 19:11,19 23:17 27:2

**LLC's** 27:11

**load** 61:8 75:19 93:16

**loan** 94:17

**locate** 108:23

**location** 32:25

**lockdowns** 22:16

**long** 33:25 95:3 99:13 103:1,15

**longer** 88:12 91:8 98:25

**looked** 17:24 29:12,15 32:9 37:4 41:24 44:4 49:4 69:24 83:11 96:8

**loop** 89:10

**loose** 97:7

**loss** 97:15

**lot** 12:19 25:17 38:22 58:19,22 59:11 81:13 111:4,6,19 112:18

**Lots** 112:25

**Lutheran** 9:14

**lying** 54:21

M

**machine** 74:2

**Macomb** 9:16,19 10:3,5,10,16 16:23 17:5

**made** 6:24 53:16 82:6 86:1 104:10

**Mail** 45:4

**mailed** 53:24

**main** 18:2 41:15 61:15 109:12 111:17

**maintenance** 12:20 13:2 14:4,8 100:3,5

**majority** 109:10

**make** 8:18 13:18 19:25 39:19,21 40:12,22 42:5 53:10,14 54:15 61:24 65:4 69:9 82:24 83:2 89:17 90:9 97:4 103:18 105:3

**makes** 74:17

**making** 89:15

**malfunction** 101:19

**manage** 39:25 40:10,12 87:4

**management** 39:19,21 40:9,25 41:4 56:8

**manager** 72:8,11,24 73:19 86:17, 18 87:3 97:4

**manager's** 72:9

**managing** 38:20 104:19

**manual** 101:6

**manufacture** 58:3

**manufacturer** 59:18

**March** 18:6,15 22:5,15 46:22 97:2,21 100:1 101:17

**mark** 28:10 68:23

**marked** 20:4,6 25:18 28:7 32:17, 19 43:13 44:10,13 46:23 47:15, 17 48:16 51:18 61:23 62:1 69:1, 20 70:15,17 75:1,4 77:3,6 78:9, 11,23 80:15 81:14,16 83:23 84:19 95:19 103:6 107:9 108:14 109:3 110:19

**materials** 40:25

**matter** 7:15 47:21

**maximum** 65:6

**MCL** 49:25

**means** 99:25

**meant** 66:2 75:16 98:5

**mechanical** 57:19,20

**medication** 8:23

**Mehra** 16:13 20:14 24:24 25:9 26:21 32:25 36:18 37:22 38:1,5 44:5 45:2 52:17,19,23 54:19,23 60:4 64:16 68:3 73:12 81:10,21 82:1,4,17,24 85:10 86:11 87:10, 17 88:22 89:9 90:8,19 91:7,23 92:15 94:17 95:10,17,25 96:11 98:4,24 100:23 101:8,18 103:1 109:12 111:11 112:21

**Mehra's** 24:16 111:24

**Mehras** 39:5 60:12,14,21 73:6 75:22 76:12,15,22 78:5 97:21 105:2

**member** 62:9

**members** 67:3,9 71:11

**memory** 8:24 18:11,16 19:22 22:8 44:24 60:5 68:6 89:4 93:7 94:6 96:18 98:2

**mention** 25:2 91:3

**mentioned** 59:2,14

**mentor** 17:24 55:10

**mesh** 93:19 100:6

**message** 81:10,20,25 84:24 87:10,17 88:8 89:18 90:18 92:15 96:14 97:3 98:1,4,7,23 99:5 100:17

**messaged** 36:25

**messages** 36:21 37:2,7 38:15 53:22,24 54:12 82:7 84:23 111:10

**met** 87:10

**Michigan** 6:5 23:21 24:6 46:21 65:1,2,6 94:12

**Mick** 62:8

**mid-2023** 111:21

**middle** 46:7

**million** 99:11,12

**mind** 81:24

**Mine** 45:9

**mini** 92:3 113:9

**minimum** 74:3

**minor** 97:14

**minute** 16:16 102:21 110:18

**misdemeanor** 107:2,4

**mishandling** 75:22

**missing** 58:15

**mistake** 100:8,15

**mix** 71:20 74:1

**Mm-hmm** 44:16

**moments** 112:8

**money** 39:12,13,18,25 94:18 95:6,11 99:10,14,24 105:2

**monitoring** 38:18

**month** 60:3

**months** 16:9 22:7 60:6 74:12 89:24

**months'** 107:5

**morning** 95:25 96:4

**motion** 7:8

**mouse** 19:24

**move** 90:9

**movements** 8:12

**moving** 96:9 112:18

**multiple** 74:19

N

**named** 19:6

**names** 16:15

**natural** 29:8 86:1

**needed** 24:20 57:6 84:8

**neglected** 64:16

**neighbor** 90:16

**neighbors** 90:15

**news** 96:21

**nice** 85:11

**normal** 60:22

**North** 9:14

**notary** 6:5

**November** 19:12

**number** 22:22,24,25 23:22 24:10, 13,14 26:4,7,9,10,12,13,16,17 27:2,3,14,17,18,21,23,24 28:4,5 29:13,24 32:10 45:10,11,12 46:2,3 66:13 81:21 111:10

**number's** 81:15

**numbers** 49:4 51:16

O

**Oak** 32:23 33:22 34:3 42:2 44:20, 23 45:20

**Oakland** 9:20,21,22,23 10:6,9,11

**oath** 6:18 36:5 54:18

**object** 8:10 50:10 51:5

**objection** 8:18,20 23:24 33:11 39:15 47:25 48:19 55:4 56:23 70:8,24 73:9 75:23 79:5 90:4 92:21 102:5 103:19 104:1,15 105:5,14 106:9,17 107:24 108:21 109:6,24

**oblong** 72:1

**obtain** 9:11 10:23 23:9 36:18

**obvious** 68:16 101:18

**occupation** 50:3,6

**Occupational** 49:18,23,25 50:9 52:6

**occur** 54:9 59:23

**occurred** 83:9

**October** 30:3 44:11

**odd** 68:13

**offered** 100:6

**officer** 23:12,18 24:4,7

**oil** 67:25

**on-site** 58:7 81:12

**online** 34:3,5 44:23

**open** 87:20 100:19 101:9

**opened** 98:13 101:15

**opens** 74:16

**operate** 36:6 63:11

**operating** 63:22,24 64:16

**operation** 101:7

**operations** 72:8,9,24 73:18 86:18 87:3

**operator** 90:23 91:4

**opinion** 15:10 40:24 73:23 83:2 90:6 105:7

**opportunity** 6:20 7:18

**oppose** 7:23

**order** 7:6 25:23 26:2,11 28:13,16, 22 29:10,16 30:2 31:18 32:13 48:14 49:8,9 50:11,13,16,21 51:4,8,14,24 66:19 77:10,25

**orders** 25:16,17 26:6 28:1 29:12 31:22 52:14,20 66:11 108:20 109:11 113:7

**organized** 41:17

**outdoor** 21:7 34:15 43:7 84:12 109:20

**outset** 37:11 76:7 110:4

**outsourcing** 59:11

**outstanding** 49:12 52:2

**oversee** 56:21

**overseeing** 104:20,22,24

**owned** 19:5 33:8,10 39:10 105:4

**owner** 18:23 33:5 35:1,22 61:20

**P**

**p.m.** 20:8 25:20 28:9 32:21 41:20,21,22 43:15 44:15 46:25 47:19 48:18 51:20 62:3 69:3,22 70:19 75:6 77:8 78:13,25 80:17 81:5,6,18 83:25 84:21 95:21 103:8 107:11 109:5 113:10

**packet** 54:2

**pad** 65:3

**pages** 21:22 25:16 29:23 82:6

**paid** 90:10 98:14 99:11,12,14 105:3 109:13

**paperwork** 30:21

**paragraph** 49:7 62:13 68:13 74:9,14

**parentheses** 49:16

**part** 30:24 66:10 100:18

**parties** 6:10 49:8 51:22

**Partner** 62:9

**partners** 17:19

**partnership** 17:23

**parts** 112:18

**party** 64:22 98:11

**party's** 38:3 108:18

**passed** 111:7

**patched** 72:15,18

**patchwork** 70:1,7

**Patrick's** 22:15

**pause** 110:20

**pavers** 14:21,22,24,25 20:11,18 31:6,8

**pay** 91:15 100:6 102:18

**paying** 99:14 104:25 105:1,8

**payment** 85:1

**PB20-00683** 34:8 35:5 41:25 42:3

**PB20-00748** 34:12

**PB20-01775** 35:9

**PDF** 113:9

**pebble** 64:24 65:7,11,14 66:11 68:16 69:7 70:3,4,20 71:4

**people** 16:15 57:19,20 68:8 70:5 72:23

**percent** 65:9 71:19

**percentage** 65:14,16 66:11 71:20

**perfectly** 75:20

**perform** 41:11,12 108:19

**performed** 55:25 69:8 108:24,25

**performing** 34:1

**period** 11:2 14:2 18:24 24:9 63:24 64:4 86:20 97:17

**permit** 23:9 24:17,19 32:17 33:18,23 34:5,8,12,21 35:3,5,18, 25 42:6,18 43:2,7,10,11,20,21 44:1,22 53:11 54:2 83:19 84:2,3, 9,12,13,16,17 104:18

**permit's** 44:1

**permits** 18:1 36:18 38:4,17,18 39:19 40:13,16 41:24 44:4,7 82:11 83:8,12 85:2,6 94:3 105:11 109:19 112:7

**person** 6:11 50:1,4

**personal** 55:21

**personally** 59:11 61:18 72:22 77:24 85:6 97:11

**phone** 45:10,12 46:2,3 53:16 81:12,15,21

**photo** 69:25 71:14 75:13 79:2

**photograph** 80:1

**PHTA** 62:9

**physical** 62:15

**picture** 68:23,25 77:4 78:22 79:3 80:22 107:8

**pictures** 61:19 70:21 71:12

**piece** 79:12,21

**pieces** 85:21

**piggyback** 37:11

**pillars** 25:25

**pin** 45:16

**pipes** 77:14

**pit** 21:9

**pitched** 59:17

**pizza** 11:8,10,13,15

**place** 22:17 89:2

**placement** 64:17

**places** 11:14,15

**Plaintiff** 7:20 108:17

**Plaintiffs** 106:11

**plan** 82:10,11 83:8 89:14

**plans** 33:25 52:22 53:5,21,25 54:3,7 55:16 58:24 59:1

**Planting** 21:11

**plantings** 12:12 14:20

**plaster** 59:7 61:14,21 65:22,24 71:13,14,24 72:7,13 80:18,20 82:11,12,19 83:1,5 112:2

**plastering** 66:1 82:20,22

**plead** 105:21,23 106:23

**plumbed** 77:18

**plumbing** 58:12 67:9,16 77:12, 16,17,19,23 78:2,4,7

**plumbing's** 58:13

**point** 8:17 14:6,17 19:2 30:13 58:15 67:4 72:12 89:17,23 91:2 99:2 101:19 104:25 112:10

**Pointe** 17:13

**pointed** 20:18

**pool** 15:10,12 16:10,12 18:14,19 21:1,3 22:2,4,6 23:5,9,10 28:19, 25 29:2,3,4,5,6 30:5,10,15 34:9

35:12,13 39:7 42:12,14,16 56:22 57:5,7,8,9 58:1,3,6,22,23,24 59:10,20,21 60:14,18,20 61:2, 12,16 62:8 63:18,22,23,24 64:5, 7,14,16,24 65:5,8,10,22,24 66:1, 20,25 67:17,20,21 68:14,17,18, 21 69:23 70:4 71:19,21,22,25 73:15,23,25 74:1,2,19,20,21,22 75:2,15 76:4,11,15,22 77:4,13, 17 78:2,4,7,14,18,20 79:2,3,22, 23 80:4,7,11 82:13,20,21,22 83:1,6,7,19 84:3 88:10,11,12,13, 22 91:25 92:9,18 93:2,8,19 94:12 95:4 96:1,3,4,18,22 97:12, 13,22 98:6,8,13,14 102:15 103:4,11,14,16 104:4,13,22 109:18,20 110:24

**pool/pool** 43:23

**pools** 15:6,8 18:20 22:18 25:10, 13 55:22 56:19,20 57:4,9,13,15, 19,22,24 58:3,4,12 59:4,6,8,14, 15,16,17 60:7,9,11,17 62:9

**poor** 64:4 101:18

**poorest** 63:23 64:15

**popped** 90:7

**porch** 28:25

**portions** 104:8

**positive** 67:5,6

**possesses** 50:4

**possession** 38:13

**possibly** 6:21 61:21

**post** 18:14

**post-covid** 60:1

**potential** 39:11 55:3

**power** 101:6

**practice** 50:2

**pray** 99:19

**pre-covid** 18:8

**prejudice** 7:20

**prejudiced** 7:12

**premise** 8:8

**preserve** 8:18 110:9

**pressure** 61:9 64:1 67:11

**pretty** 39:23 69:14,15 77:22 102:23

**prevent** 88:17,23

**previous** 97:16

**printout** 42:2

**prior** 18:19,20 22:18 30:14 35:5 37:22 38:1 93:5 104:4

**privilege** 51:1

**privileges** 50:15

**probation** 107:5

**problem** 68:17 80:10 89:9 96:1,8 99:10,14,17

**problems** 60:20,22 89:14 112:23

**proceedings** 106:4 110:20

**process** 33:22 60:23 103:1 104:18

**produce** 108:17 110:6

**produced** 7:16 36:22 37:19

**product** 98:24 99:3

**production** 54:16

**professional** 62:8 73:23

**professionals** 57:11

**profit** 55:3

**profits** 17:21

**progressed** 112:15

**project** 15:12,20 16:22 17:12 18:2 25:17 30:17 38:19,20 39:22 40:11 46:4,5 54:19,24 55:3 59:25 72:10 81:9 86:14,17,19 87:1,4,13,14,15 89:24,25 90:3, 21 95:24 97:3 98:19 100:18 104:20 105:9 108:23 109:10 112:18

**projects** 17:17 18:1,5

**promote** 41:17

**proof** 47:16 67:16

**proper** 64:20

**properly** 61:11,13 75:15 88:17, 20 97:8,19 98:10 100:11 102:1

**property** 33:8 39:12 44:5 45:1 52:17,23 68:4 91:17 105:4 108:20

**prove** 97:18

**provide** 7:3

**provided** 49:2 51:14

**psi** 74:3,4

**public** 6:5 49:11 51:25

**pull** 18:1 38:4 85:6 109:19

**pulled** 75:14 83:12

**pulling** 85:2

**pump** 61:8 63:25 80:2,4,7,9 88:1, 5,7,16,18

**pumps** 65:4,5

**punch** 89:19 90:2,7

**punishment** 107:4

**purports** 22:21 26:3,7,12

**purpose** 72:4,6

**pursuant** 6:9

**push** 101:6

**pushes** 50:14

**put** 7:6 15:10 26:15 55:1 58:24 61:9 66:14 72:18 73:21

**putting** 25:15 67:24

**PVC** 67:22

## Q

**qualified** 23:12 24:3,7 97:3

**qualifying** 23:18

**quality** 64:4

**question** 8:20 50:24 53:16 57:2

58:9,15 66:6,21 95:12 106:13 109:25

**questioning** 7:12

**questions** 7:18 8:8 37:18 50:12, 19 53:8 110:4,7,9,14,16,18

R

**rail** 75:14 111:19

**ran** 40:22

**range** 64:1,2 65:8,20

**rare** 73:25

**Ratnesh** 20:11,14 38:21 41:2,3 45:2 67:17 75:17 80:9 82:8 87:8, 15 89:12 90:24 93:18

**reached** 90:22

**reaching** 60:25 61:17 67:1

**read** 19:21 58:17 97:19 100:8,10, 11 101:16 110:1

**reading** 97:25

**reads** 64:18

**realized** 100:7 112:8

**reason** 18:3 37:12 61:10,12 67:13

**reasons** 37:14 50:15,22 61:6

**reassemble** 88:23

**recall** 10:17 12:1 13:6 14:16 15:14 18:13,16,17 22:9 24:21 25:14,17 31:12 38:19 40:1 43:4 45:19 53:18,22 55:23 56:3,16 59:24,25 60:22 61:2,15,17,20 62:18,22,23 66:15,16,24 67:1,2 69:8 72:7 73:6 76:9,17 80:9,10 82:4,17 85:20 88:8 89:4,6 91:1 94:2,17,19 95:3,18 96:25 102:20 110:23 111:3,7,9,15,22

**received** 43:17 44:7 54:23 106:4

**receives** 43:2

**recommended** 100:15

**record** 41:21,22 81:5,6

**recorded** 97:16

**recording** 36:25

**records** 43:25 106:3

**rectify** 67:7 68:8

**redo** 82:13,21,22 83:1

**redoing** 83:5

**redrained** 98:15

**reduce** 102:2,17

**references** 49:3

**referring** 18:24 26:9,10,18 30:13 59:3 71:6 85:20 86:20 95:2 102:8

**refers** 25:5

**refresh** 19:21 44:24 68:6 94:5 96:17

**refund** 112:9

**regard** 24:7 37:12 57:23 102:3

**registered** 22:25 23:1

**registration** 50:5

**regularly** 100:6

**regulated** 50:3

**relate** 7:11

**relation** 106:10

**relayed** 93:11

**release** 40:1,2

**relevancy** 48:1,21 106:10 107:25

**remaining** 112:1

**remember** 10:5,7 11:18 14:5 16:8,11,15 17:2,8 24:21 25:11 31:17 32:2 33:24 34:4,7,24 35:21 37:25 38:11 44:25 45:24 46:17,19 47:5 49:22 52:18,21 54:12 64:23 65:16,17,21 67:8,10 68:5 70:3,10 73:2,4,12,17,20 76:6,21 77:18 80:12 85:16,23 86:6,15 89:3 90:16,17 94:10 101:14 107:18,21 108:11 112:2

**reminded** 93:7

**reminds** 85:19

**Remodeling** 33:5,8 38:10 39:10 40:8 108:25

**Remodeling's** 109:1

**Remote** 6:1

**remotely** 6:9

**removal** 11:12 12:16,22 19:4,11, 18

**remove** 99:1

**removed** 72:4,14 99:2 100:5

**renewed** 47:10,12,14 84:10

**reoccurring** 80:10

**repair** 68:16,21 69:8 70:7 72:7 73:24 80:18,20 93:24

**repaired** 70:20 71:4 73:24 75:19

**repairs** 63:4

**repeat** 37:17

**replace** 85:11,17,19

**replaced** 80:19 85:22 86:1 98:9

**report** 27:11 28:11 67:11 68:10, 12

**reporter** 6:4,6,8 8:9,11 20:6 25:18 28:7 32:19 41:19 43:13 44:13 46:23 47:17 48:16 51:18 62:1 69:1,20 70:17 75:4 77:6 78:11,23 80:15 81:16 83:23 84:19 95:19 103:6 107:9 109:3 113:6

**representation** 103:18

**represented** 41:8

**request** 53:2,4,10,14,19

**requested** 37:1 39:5 54:7,14

**requests** 41:19 108:15 113:6

**required** 8:19 23:6,10 68:21 78:1 110:6

**requires** 23:21 41:13 77:11

**research** 18:22 57:18,25 58:1,9, 10,16,22

**resetting** 88:1

**residential** 15:22 16:24 17:14 23:3,6,10,18 24:8 25:3 26:19 35:19 36:7,17 37:23 38:2,4 41:14 46:21 52:15 54:21 55:1 83:13 104:11 108:19 109:1

**resolution** 49:11 52:1 106:19

**resolved** 106:8

**respect** 110:24

**respond** 85:13 87:21 88:24 89:12 90:22 91:19 92:2 96:15 100:1 101:4,5,22 103:3

**Respondents** 49:15 52:4

**responds** 95:13 96:11 101:8

**response** 93:4 103:5 109:25

**responses** 6:23 108:15

**responsible** 90:21

**resprayed** 98:16

**rest** 21:21 99:20

**result** 52:14 73:8 75:21

**retainer** 74:15

**retaining** 14:20 29:20

**retiled** 98:15

**return** 64:5,17,19 67:21 99:9,15

**returns** 67:12,20

**review** 52:19,22

**reviewed** 49:9 51:24 53:2 54:1

**ridiculous** 101:11

**right-hand** 77:5 79:19

**risk** 55:2

**Ronald** 19:12

**roof** 101:23,25 102:4,9

**room** 6:8 87:19

**rough** 110:23 111:8

**roughly** 93:13,23

**Royal** 32:23 33:22 34:3 42:2 44:20,23 45:20

**Rules** 7:13

**run** 102:2

**running** 86:19,22


## S


**Sangster** 48:11

**Saturday** 87:23

**save** 101:1,23 102:9

**schematic** 58:25

**school** 9:9,11,14,17 10:1,3 19:3,4

**schools** 10:24

**scope** 20:23 29:20 30:5 41:15

**Scott** 86:23,24

**SCP** 93:8

**screen** 13:8,15,16 19:9,25 20:4,13 25:15 36:25 46:20 51:15 63:19 68:23 73:22 107:7

**screenshot** 44:12

**scroll** 19:24 27:5 79:14 110:19

**scrolling** 89:3

**season** 82:14,15

**Seating** 20:21

**section** 49:22,25 50:1,8 77:13

**Sections** 49:15 52:5

**sell** 60:8,9 108:8,10,12

**semester** 10:14

**semesters** 10:11,16

**send** 37:3 53:6,12,15 86:12

**sentence** 108:21

**separate** 20:1 76:19 77:11,16,19 78:2,4,7 92:12

**separately** 77:19

**September** 111:22

**sequence** 70:21,23

**series** 25:16

**Serrano's** 11:8

**served** 49:11 52:1

**Service** 47:16

**Services** 19:11,18

**set** 7:23 41:17 95:6

**setbacks** 98:14

**settling** 97:13

**seventeenth** 29:16

**seventh** 28:16

**sewage** 73:7

**shake** 8:13

**shape** 72:1

**share** 17:21 19:9 54:23

**Sharing** 13:15 20:4

**Shelby** 15:21 105:25

**shoot** 74:2

**shooting** 74:1

**shorthand** 6:6

**shortly** 90:23

**shotcrete** 74:4

**show** 22:22 43:19 60:17 61:23 66:11,13,21 67:16 72:15,17 78:21 95:16

**showing** 32:16 44:2,10 46:21 47:15 64:2 68:23 70:15 75:1,2 77:3 78:9 81:14 85:5 97:15 100:24,25 108:14

**shows** 19:10,15 20:18,21,23 21:1,3,5 33:2,5 34:18 35:9,12,15 42:5,8 43:11 84:3

**shrubs** 14:10

**shut** 7:14

**sic** 86:12

**side** 31:5 74:11 75:3,8

**sidewalks** 56:6,14
**sign** 85:1 89:19
**signature** 51:12 52:12
**signed** 50:18 51:9 52:9 62:5,8 81:23 82:2
**signing** 22:7
**similar** 104:5
**simply** 101:20
**single** 24:11
**sir** 110:4
**sit** 29:4
**sits** 29:3
**sitting** 29:6 99:8
**sized** 97:6
**slash** 75:15 91:24
**small** 92:3 112:2
**smoked** 95:12
**smoothly** 40:22
**snow** 11:12 12:16,22 19:4,11,18 75:18 93:16 99:1,2,4 100:5,25 111:18 112:19
**solar** 101:23,25 102:4,9,16
**sold** 24:24 58:4 60:3 90:20 93:10 98:24 99:3 108:7
**sole** 18:23
**solemnly** 6:12
**solution** 100:4 101:22
**solve** 99:6
**someone's** 15:22
**sooner** 15:3 60:5
**sort** 7:20 37:10 40:21 68:16 107:2
**sound** 13:21
**sounds** 10:21 13:6,13 40:21 86:9
**southeast** 74:10
**spa** 61:3,6,10 63:22 64:6,7 67:20 77:18 78:1 96:22
**speak** 56:18,19 91:7
**speaking** 38:24
**speaks** 50:11,17 51:4
**specific** 104:5
**specifically** 36:16 53:4 57:21,23 95:8
**speculation** 55:5,8 90:4 103:19
**speed** 63:25
**spell** 12:7 16:20 17:10
**spend** 86:13
**split** 73:23,25 74:4
**spoke** 7:5 55:13
**spot** 69:24
**spots** 97:13
**spring** 76:5 97:18
**sprinkler** 14:20 21:15
**square** 68:14
**St** 22:15
**staffing** 112:20,23
**stand** 91:16
**start** 18:6 31:3 85:1 86:21
**started** 11:3,11 14:3 15:1 16:2 22:5,9,10,14,17 55:10 94:7
**starting** 18:19 82:8 85:10
**starts** 82:1
**state** 6:5 19:10 23:1,21 24:6 46:20 50:16 92:8 110:1
**stated** 11:13 110:4
**statement** 83:8 111:12,13,14 112:13
**states** 28:19 48:6 50:1 51:22 62:12 67:11 108:24
**stating** 93:3 110:1
**status** 42:6 47:2,11 84:5 88:24
**stay** 92:10
**step-by-step** 59:20
**steps** 20:21
**stipulate** 6:10 50:13
**stipulated** 49:8 51:23
**stipulation** 7:6 48:14 49:10 51:24
**stone** 21:13 29:7 86:1
**stop** 10:22 60:11 64:10 68:19
**stopped** 63:4
**strength** 74:2,3
**strike** 33:20 76:2
**stripped** 71:3
**structural** 58:24 68:17
**structurally** 74:11
**structure** 68:20
**studying** 58:1
**stuff** 12:13 13:2 14:7,12,17 18:21 38:23 40:5 41:1 56:11 59:5 61:19 67:9 87:8 89:21 90:7 94:20 109:11,12,13 112:19,25
**subcontractors** 104:7
**submitting** 34:2 45:19
**sucked** 80:8
**suggestion** 102:19
**summer** 76:5 77:15
**sun** 102:17
**supplement** 7:11,18,21
**supplemental** 54:15
**supply** 112:24
**support** 38:13 86:2
**supposed** 20:23 56:13,14 76:20 97:7 101:2
**surgery** 87:19 101:3
**surrounding** 74:22 110:25
**Susannah** 6:4 113:5
**suspended** 47:2,4,10 52:15

**suture** 87:20

**swear** 6:12

**swimming** 34:9 42:11,14,16 57:22,24 59:8 83:19 84:3 94:11

**sworn** 6:9,11,17

**system** 21:15 111:19

T

**T&j** 11:9 12:14,21

**takes** 88:12

**taking** 74:18

**talk** 6:20 57:12 97:8

**talked** 38:9,14 93:2

**talking** 18:7 31:1 40:9 59:13 65:25 66:16 71:16 79:15,16 80:9 90:2 100:13 102:3

**talks** 74:14

**tarps** 93:19

**team** 32:4 67:3,9 68:3 71:11 97:4

**Tee** 67:22

**telling** 73:4

**test** 67:11 97:18

**tested** 67:13 97:11

**testified** 6:18 36:5 54:7

**testifies** 54:18

**testimony** 6:10,12 36:10 75:20, 22 76:14 93:5 106:15 109:16

**testing** 18:4

**text** 36:21 37:1,7 38:15 53:18,20, 22,23 54:12 81:10,20,25 82:7 84:23,24 86:11 87:10 88:8 90:24 91:6 95:15,16,18 97:2,25 100:17 101:15 111:10

**texting** 82:4,17

**texts** 53:23 54:1 68:6 81:13 112:21

**thermostat** 102:2

**thing** 28:2 30:20 46:8 59:10 82:14 92:8

**things** 55:11 59:11 60:25 89:15, 18 91:9,11 105:10 112:22

**thinking** 92:2

**Thirteenth** 28:22

**Thirty-three** 9:5

**this'll** 71:6

**thought** 92:18 98:8 101:16

**thousands** 73:6

**three-year** 95:1

**throwing** 98:11

**tile** 30:5 59:9 61:6,14,20 80:18 96:2,5 112:24

**tiles** 61:2,15 98:5,8,20

**tiling** 59:10

**till** 86:15 87:22 94:4

**time** 7:6,15 11:2,3 14:2,16 15:6 18:10,24 22:25 24:2,9 26:20 33:9 39:7 40:2 41:5,16 55:13,14, 15 68:3 81:24 86:13,20 87:22 88:10 91:2 93:23 97:17 102:3 103:23 110:14 112:1

**timeline** 82:13 104:7

**timelines** 104:7

**times** 40:1 80:13 96:6 111:15,17, 19

**title** 50:3 87:2

**titled** 48:14

**today** 6:25 8:22 87:25 96:17 109:16 110:4,5

**told** 25:9 37:4 38:5 76:25 93:15 99:1

**Toma** 17:3,4 30:18

**Toma's** 18:17

**tomorrow** 82:10 85:2 87:25

**tonight** 84:25

**top** 24:16 27:4 29:4 59:24 71:23 79:18,19 86:11

**topic** 48:1

**total** 104:6

**touchup** 112:5

**township** 15:21 54:5 105:25

**track** 7:9 74:15,22,23 111:19

**tracks** 75:14,18 93:14

**trade** 9:17

**train** 58:5 59:19

**training** 58:2

**transcript** 113:6

**transferred** 19:6,8

**transitioned** 14:17

**trapped** 100:24

**treated** 99:18,20

**treating** 99:18

**tree** 14:21

**trees** 12:19 14:10,12

**tremendous** 96:10

**trimming** 14:10

**true** 49:14 52:4 76:11

**truth** 6:13,14

**truthful** 36:11

**tub** 21:3 76:23 77:1,4,11,15,17 78:1,6,7

**tub's** 77:5

**Tuesday** 87:24

**turf** 21:19

**turn** 95:23 101:6

**turned** 14:6 96:3

**two-page** 62:5

**type** 14:1,8 107:17

## U

**Uber** 101:2

**uncirculated** 64:8

**uncle** 11:16 12:23 17:25

**uncle's** 11:19

**underneath** 86:2

**understand** 8:14 12:11 37:14 40:15 51:3 57:1,6 68:11 99:22, 25 100:1 101:4 102:14 103:15 105:9 110:11

**understanding** 33:14 38:17 39:3, 9 55:25 75:19 77:10,15 81:8 106:6

**Understood** 37:20

**university** 9:17,21,23 10:6,9,11

**unsure** 96:6

**unwilling** 101:19

**up-to-date** 38:18

**Updated** 28:19

**updates** 41:2

**Upgrade** 28:25

**upgraded** 30:5 65:17

**upkept** 61:13

**upset** 98:12 99:22

**useless** 99:16

**username** 45:13

## V

**vacuum** 88:3

**valve** 80:5

**vehicle** 108:6

**verbally** 53:16

**video** 97:15 100:24

**videoconferencing** 6:7

**videos** 103:25 104:3

**view** 37:9

**viewed** 24:3

**violated** 49:15 50:8,20 52:4

**visit** 52:17 63:22

**visits** 62:13 81:13

**visual** 62:14

**visually** 67:20

## W

**W-H-A-R-T-O-N** 17:11

**walk** 59:20 91:17

**walked** 58:7

**walking** 22:11 87:19

**walkway** 56:13

**wall** 20:21 29:4,20 64:7,8 68:15, 18 69:23 73:23,25

**wallet** 99:7,8

**walls** 14:20 28:19 74:3 80:6

**wanted** 39:12,13 53:8 56:4,7 77:2 87:9,16 90:9 99:1 112:9

**wanting** 94:19

**warm** 92:10

**warped** 74:17

**warranty** 87:7 89:21 94:20,21,23, 25 95:1,3,7

**wash** 69:17

**washed** 69:9 80:25

**washing** 112:4

**wasted** 96:9

**water** 61:9 63:23 64:4,6,8,21 67:13 72:18 73:13 74:21 75:18 77:13 88:2,11,20,22 91:24 96:3, 5,10 97:15

**wavy** 74:17

**web** 19:23 45:13,16

**website** 13:10 19:10 27:1 41:6,8, 16

**Wednesday** 6:2 96:23

**week** 87:18 98:15

**weeks** 86:4,8 103:4,17

**weight** 93:17 101:9

**wet** 97:12

**Wharton** 17:9

**whatnot** 61:1 111:20 112:4

**When's** 55:13

**wide** 74:4

**width** 73:24

**wife** 95:17

**winter** 10:13,20 65:2 75:16 76:4, 20 77:1,11,14 78:1,6 92:3,10 93:4,10,16,20 94:12 101:24

**winterize** 67:17 76:21 77:12,13 78:4

**winterized** 61:11 76:11,14,18

**winterizing** 75:15

**work** 11:1,5,21,25 12:9,14,21,24 13:3,24 14:8,21 15:4,22 16:24 17:6 18:1,4 20:23 24:20 29:20 30:5 31:7 34:1,8 36:13 41:11,12, 13,15 42:14,16 56:7,12,17 59:13,15,16 63:4,7 88:2,9,20 91:16 97:7 98:25 99:3 100:2 101:12,18 104:18 108:19,24,25 109:10,17 110:25 111:23 112:12

**worked** 11:13,16,17 12:5,23 38:22 104:11

**workers'** 46:16

**workforce** 112:23

**working** 11:2 15:9,24 17:15,18 18:18 24:2,3,4 25:2 38:5,22 87:23,25 88:1,17 96:22 100:25 101:13 102:16 104:17 109:13,19

**worst** 71:2

**wrapped** 102:23

**write** 8:11,12 95:10,14

**writes** 85:10 88:22 89:9 91:23 92:15 95:25

**writing** 8:9 32:2 34:6 36:16 38:8 100:23

**written** 6:24 24:17 82:8 109:25

**wrong** 18:11 39:4 55:17 74:1 90:20

**wrote** 85:4 96:23

X

**Xs** 15:18

Y

**year** 10:1 12:1 13:7 60:6 63:14, 17 65:10 67:18 76:8,12,16,17 93:11,22 95:24 98:19 100:3 107:17,18

**year-round** 98:25 99:4 100:2

**years** 65:11 76:8,17 80:11 87:13 89:23,25 90:11 91:8 93:6 94:22

**yesterday** 6:20 7:5 49:3 51:15 86:15 87:23 89:11

**Yousef** 7:9

**Youtube** 58:19,22 103:25 104:3

Z

**zoom** 13:9 19:22 46:8 69:4 79:6