# EXHIBIT E

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

IN RE:

BRANDON HEITMANNN CHATPER 7

Debtor, Case No. 24-41956-MAR

______________________________/ HON. MARK A. RANDON

RATNESH MEHRA,

Plaintiff, ADV. PRO. NO. 25-04093-MAR

v.

BRANDON HEITMANNN,

Defendant.

______________________________/

DEPOSITION OF HENRY "HANK" BELL

Taken by Plaintiff hosted via Zoom conference in Smiths Creek, Michigan, Thursday, May 14, 2026, commencing at 10:00 a.m.

APPEARANCES:

For the Plaintiff:

JEFFREY H. BIGELMAN P61755
Osipov Bigelman, P.C.
20700 Civic Center Drive
Suite 420
Southfield, Michigan 48076
(248) 663-1800
jhb@osbig.com

For the Defendants:

YOUSEF M. FARRAJ P79760
Kotz Sangster Wysocki PC
400 Renaissance Center
Suite 3400
Detroit, Michigan 48243
(313) 259-8633
yfarraj@kotzsangster.com

Recorded by:

KARA COLLINS, CER 16671
Hanson Renaissance Court Reporters
& Video
(313) 567-8100



TABLE OF CONTENTS


| WITNESS | PAGE |
|---|---|
| HENRY "HANK" BELL | |
| Examination by Mr. Bigelman | 05 |
| Examination by Mr. Yousef | 37 |
| Examination by Mr. Bigelman | 47 |
| Examination by Mr. Yousef | 48 |

| EXHIBITS | Identified |
|---|---|
| Exhibit A | 11 |
| Exhibit B | 14 |
| Exhibit C | 16 |
| Exhibit D | 19 |
| Exhibit E | 21 |
| Exhibit F | 23 |
| Exhibit J | 26 |
| Exhibit H | 27 |
| Exhibit K | 34 |




Hosted via Zoom in Smiths Creek, Michigan
Thursday, May 14, 2026
\- - -
(At 10:00 a.m., deposition begins)
COURT REPORTER: Wonderful. Okay, so good morning, Hank. My name is Kara.
I am the court reporter for your deposition this morning, okay?
MR. BELL: Yes. Do I have to click this okay thing or no?
COURT REPORTER: What is it saying?
MR. BELL: It says this meeting is being recorded and then there's a little --
COURT REPORTER: Yep, just go ahead and hit okay on that.
MR. BELL: Okay.
COURT REPORTER: All right. Can you see everything all right on the screen?
MR. BELL: Yes, I can.
COURT REPORTER: Perfect. All right.
Will you go ahead and raise your right hand for me, please? Thank you. Do you solemnly swear or affirm that the testimony you're about to give this morning will be the truth, the whole truth, and nothing but the truth?
MR. BELL: Yes.



(At 10:01 a.m., witness sworn)
COURT REPORTER: Thank you. Please proceed.
MR. BIGELMAN: Good morning, Mr. Bell.
WITNESS: Good morning, Jeff.
MR. BIGELMAN: We've met before, you recall?
WITNESS: Yes, we have. Yes.
MR. BIGELMAN: So what I'm going to say right now, you've heard before, but just to remind you, we have a court reporter, so I'll be asking questions, and you'll be answering those questions, and we need, need audible answers because she's writing down what you say, not your body movement, so you can't shake your head no or yes.
We just need audible answers, okay?
WITNESS: Yes.
MR. BIGELMAN: And we want to make a clean record, so if there is anything that I ask you that's unclear, just ask me to rephrase it, and I'm happy to do so, okay?
WITNESS: Yes.
MR. BIGELMAN: Today is the date and time for the examination of Hank Bell.
HENRY "HANK" BELL,
First being duly sworn, testified as follows:
EXAMINATION
BY MR. BIGELMAN:

Q I believe your legal name is Henry Bell, is that right?
A That's correct.
Q And the adversary proceeding captioned Mehra, M-e-r-h-a versus Heitmann. Adversary proceeding number 25-4093. What is your address, Mr. Bell?
A 6184 Oak Ridge Drive, Washington, Michigan, 48094.
Q And how old are you?
A 72.
Q And are you married?
A Yes, sir.
Q And what, what degrees, professional licenses do you hold?
A I don't hold any educational degrees and the license I presently have is a residential builder's license.
Q And it's my understanding you hold that in the name of your company Construction Contractors LLC, correct?
A I, I didn't renew the registered agent for my builder's license for this year. I just took it in my own personal name.
Q Is your residential builder's license number 210-220-7012?
A I believe that's the number, yes.
Q Okay. Can you see my screen here?
A Yes.
Q Okay. This is information from the state of Michigan regarding your, your license information, correct?
A Correct.



Q And it has your license number, correct?
A Yes.
Q The number we just recited, correct?
A Yes, it is.
Q And it says business type residential builder company and business name Construction Contractors LLC, correct?
A Yes.
Q It says that you've had this license since April 4, 2014, correct?
A That's correct.
Q What kind of work do you do?
A The Construction Contractors primarily did single family custom homes. And due to the current economic conditions in the state and the country, I haven't done a job -- the last job I finished was 2003. I haven't done any work since then.
Q Are you essentially retired now?
A Yeah, I'm thinking about clipping coupons.
Q Did you or Construction Contractors LLC ever build swimming pools?
A No. No, we did not.
Q From January 1, 2020 to date, aside from yourself, has Construction Contractors LLC had any employees?
A No, sir.
Q Is anybody authorized to work under your residential builder's license?
A No, sir.
Q Would, would the same answer be true from January 1, 2020 to today?
A That's correct. Nobody is authorized to work under my license, or use my license.
Q How do you know Brandon Heitmann?
A I came to know Brandon Heitmann through my brother's relationship. His wife's sister is married to a Heitmann, and that's Mike Heitmann. And Ron Heitmann is his brother, and Brandon is his son. And we got to know each other at holiday functions at my brother's home. I've known Brandon since he was a little kid, and that's how I came to know Brandon.
Q You're, you're not his uncle, are you?
A No, I'm not, sir. No blood relationship whatsoever.
Q Have you worked on any projects with him since January 1, 2020?
A No, sir. He's worked for me. I haven't worked for him.
Q Well, when he's worked for you, what, what has he done?
A Uh, he did some landscaping at my home. I built a home in Macomb Township, and he poured some concrete on the garage floor. And I did another job that he didn't work for me, but the client that I had that I built a home in Ray Township, I hooked Brandon up with that homeowner, and Brandon did some landscaping. That's about the extent of it.





Q So, so it's some pretty minimal work working for you or your company?
A Correct.
Q Are there instances that you're aware of where he used your residential builder's license?
A Yes.
Q And, and how did you become aware of that?
A I got sued from people that he had worked for, and unbeknownst to me, used my builder's license to obtain permits on those jobs. And then for whatever reason, they were unsatisfied with Brandon, so they sued him. And because my name was on the building permit application, they sued me as well.
Q Do you recall the names of the people who sued you and Brandon based on that?
A Yes. There was a Boyd in Macomb Township, a Carter in Macomb Township, and a Habecca. And I don't recall where that was located, but those were the three that came to mind. That's all I've, all I've been sued for.
Q You're aware he used your license for a customer named Saad, correct?
A Yes. From a previous deposition that I had to sit for, I found out about Mr. Saad.

Page 10

Q Based on his use of your residential builder's license, has, has anyone filed a license complaint against you?
A The Boyds and Carter have, yes. Or the attorney for Boyd and Carter. He's the same guy.
Q Okay. And, and what was the result of that?
A Carter, I was dismissed from. Boyd, I was not dismissed from. And then at some point, they got out of the court system and went to arbitration. And that was supposed to have been done in March, but I couldn't afford to pay an attorney any longer. So I relayed that information to the arbitrator, and I haven't received any communication from him. And Habecca, I was dismissed from that. I don't know if I said that or not.
Q So, so the case that you were talking about that went to arbitration, is that still pending?
A I have no, I don't know. I don't have any way to access where that's at. I don't know what happened.
Q Have there been any judgments entered against you based on Heitmann using your license?
A No, sir. Excuse me. There was one other case that came up. I received a letter from, I don't know if it was New Baltimore, or somewhere out there. They sent me a letter saying that I hadn't finished the job, or the job was finished, but I hadn't called for final inspection. And I went to see those folks and stood before their village

Page 11

people and explained to them that I had no knowledge of the job. I didn't file a permit for the job and I didn't have any knowledge of the job whatsoever. But then when I looked at the permit application, I explained to them that it wasn't my phone number. It wasn't my email address. And then at the bottom of that application, they had to put a bond up for that job to finish it. And at the bottom of that letter, it said return bond to Brandon Heitmann. And that's the only other one that I had a professional contact with someone about.
Q I'm putting the, the case caption on the screen here.
A Yes.
Q The plaintiff in this case is Ratnesh Mehra. Have you ever met Mr. Mehra?
A No, I have not.
Q Have you ever spoken to Mr. Mehra?
A No, I have not.
Q I'm putting on, on your screen what's been marked as Exhibit A.
(Exhibit A Marked)
Q This purports to be a contract between Exigent Landscaping LLC dated May 14, 2020. That says Ratnesh, the same as the first name of Mr. Mehra that we just looked at in the case caption for 232 Forest Avenue, Royal Oak, Michigan 48067. Do you see that?

Page 12

A Yes, sir.
Q Have you ever been to 232 Forest Avenue, Royal Oak, Michigan?
A No, I have not.
Q Have you ever seen this contract before?
A No, sir. I have not.
Q Have you ever met Mr. Mehra's wife?
A No, I have not.
Q Did, did you perform any work at this property?
A No, this is the first time I even have seen an address for this whole -- I have no idea what this was about.
Q Okay. So you didn't contract with Exigent to do work on this property, and they didn't contract with you to do work on this property, correct?
A That's correct.
Q Did you ever have any communications with Brandon Heitmann, or his wife, or anybody at Exigent regarding work on this property?
A No, I did not.
Q Did Brandon Heitmann, or his wife, or Exigent Landscaping agree to share any revenue or profits from this project with you? Mr. Bell, did you hear the question?
MR. FARRAJ: I think he froze.
MR. BIGELMAN: All right, let's see if he unfreezes.

Page 13

COURT REPORTER: It looks like he's gone.
MR. BIGELMAN: Yeah, maybe he's going to log back in.
COURT REPORTER: Yeah, there we go.
MR. BIGELMAN: Okay, Mr. Bell, we lost you there for a second. Can you hear me?
WITNESS: Yeah, I can hear you and I just have my face on the screen and that proposal underneath it. How do I fix that?
BY MR. BIGELMAN:
Q Okay, can you see the document on the screen?
A Yes, I can.
MR. BIGELMAN: Okay, Kara, can you read the question, please?
COURT REPORTER: Yes.
(Court reporter read back prior question before Zoom connection issues, per Counsel's instruction)
BY MR. BIGELMAN:
A No, he did not. Can I expand this? I got a little thing here. If I click that box, make it bigger.
COURT REPORTER: You should see -- there are some --
WITNESS: Okay, I got it.
COURT REPORTER: Perfect.
BY MR. BIGELMAN:

Q Mr. Bell, I'm putting it on your screen. It's been marked as Exhibit B. This document is 43 pages, contains change orders 1 through 10. I'm just going to walk you through it real quick, okay?
A Yes.
Q Have you ever seen, we're looking at the first page of Exhibit B, which purports to be Landscaping Change Order Number 1, dated June 11, 2020, between Exigent Landscaping and Ratnesh. Do you see that?
(Exhibit B Marked)
A Yes, I see it. I've never seen this before.
Q Okay, that was my next question. Have you seen this document before?
A No, I have not.
Q Have, have you seen any change orders on this job?
A To tell you the truth, truth Jeff, the first time I heard of Mr. Mehra --
Q Mehra.
A Mehra. The first time I heard his name was when I got the request for deposition from you. I didn't even know anything about this gentleman.
Q Okay. I'm on now page 7 of Exhibit B, Change Order Number 2, dated June 30, 2020. You've never seen this before, have you?
A No, I have not.



Q Change Order Number 3, we're on page 13 of Exhibit B, dated July 13, 2020. Have you ever seen this?
A No, I have not.
Q We're now on page 17 of Exhibit B, Change Order Number 4, dated August 24, 2020. Have you ever seen this?
A No, sir, I have not.
Q We're now on page 23 of Exhibit B, Change Order Number 5, dated October 26, 2020. Have you ever seen this?
A No, sir, I have not.
Q We're now on page 28 of Exhibit B, Change Order Number 6, dated December 1, 2020. Have you ever seen this?
A No, sir, I have not.
Q We're now on page 32 of Exhibit B. This says Change Orders, and then above it, it's handwritten, Old Home, plus C07, C08, C09. Do you see that?
A Yes, sir, I see it.
Q You see there's a date, January 28, 2021?
A Yes, sir.
Q You ever seen this before?
A No, I have not.
Q Last one, this is the 40th page of Exhibit B, Change Order 10, dated July 30, 2021. You ever seen this before?
A No, I have not.
Q Have you ever pulled any permits in Royal Oak before?
A Not that I can remember, no.



MR. FARRAJ: I'm sorry, I missed that. It was a little quiet.
WITNESS: No, I have not.
MR. FARRAJ: Thank you, sir.
BY MR. BIGELMAN:
Q Are you aware that some municipalities have a process to apply for permits through a computer rather than a paper submittal?
A I have not personally experienced that, but they probably do.
Q Okay.
A This job looks like it was done during the COVID thing, so maybe that was part of the reason they changed, but I don't have any experience with a computer-generated building permit.
Q Okay. I'm going to show you what's been marked Exhibit C.
(Exhibit C Marked)
Q Exhibit C, this is for permit number PB20-00748. If we scroll down, it says Contractor Information, Construction Contractors, Inc., then Licensee Information, Henry Bell. You see that?
A Yes, sir.
Q And it says Owner Information, Ideal Builders, and Remodeling, Inc. Do you see that?
A Yes, sir.



Q So, the first question I have is, did you, did you apply, did you apply for this permit on June 11, 2020?
A No, sir, I did not.
Q Did you pay the permit fee for this, this permit?
A No, I did not.
Q Did you give Brandon Heitmann, or anybody else the authority to apply for this permit using your residential builder's license?
A No, I did not.
Q Did Brandon Heitmann have the authority to act upon, act on behalf of Construction Contractors at LLC?
A No, he did not.
Q Did, did his wife have any authority to act on behalf of your company?
A No, she didn't either, no.
Q You see here how it says a permit is expired?
A Yes, I don't see the date, but I --
Q So, when, when you, I'm just generally speaking, when you receive a building permit, it generally has an expiration date, correct?
A Yes, sir.
Q And you're, you're expected to complete the work by that date, correct?
A That's correct.
Q And if, if you don't complete the date, the permit

expires, correct?
A Yes, that's correct. You have to reapply for an extension.
Q Okay, so if you're not done with the work by the expiration date, you'd have to get an extension or reapply for a new permit, correct?
A That's correct.
Q And if, if a permit expires, it means either the work wasn't done or wasn't done to the satisfaction of the building inspector, or, or it never obtained final inspection, correct?
A That's correct, yes.
Q And this had an expiration date of January 9, 2021, right?
A Yeah, can you, I like the cheaters there in my coat, can I grab those? So I can see?
Q I can make it bigger. Does that help?
A Okay, yeah, if you can make it bigger, I'll do that. Yes, there you go.
Q So, see the expiration date, January 9, 2021?
A Yes, I do.
Q You see here where it has owner information, Ideal Builders and Remodeling Inc.?
A Yes.
Q Have you ever had any interaction with that company?
A No, I don't know who that is. I don't --



Q No, no communications, no agreements, nothing with Ideal Builders?
A That's the first time I've seen the name.
Q I'm going to put on your screen what's been marked as Exhibit D. I'll make this bigger for you.
(Exhibit D Marked)
Q This is permit number PB20-00683, correct?
A Yes.
Q Property address 232 Forest, Royal Oak, Michigan, property owner Ratnesh Mehra, correct?
A That's what I see, yes sir.
Q Okay, it shows that the application date was June 3, 2020, correct?
A That's what it says, yes.
Q Then it has an expiration date of January 17, 2021, correct?
A Yes, sir.
Q Work description, Gunite Swimming Pool, correct?
A Yes.
Q And it shows status canceled. Do you see that?
A Yes, I do.
Q Why would a, why would a permit, just generally speaking, why would a permit be canceled?
A Well, usually if, if it's job is going to be canceled or not. I mean, sometimes when you do a job, you have to



apply for the building permit in order to get it reviewed by the local building department. And that's at the application point. And then if the powers that be change the scope of work for you, so you cannot complete it with the budgeted allowance, then you would cancel it at that point. I don't know why you would start a job, get a building permit, and then cancel it. I don't know for what reason somebody would have done that. I don't, I don't know.
Q Okay, but if it's canceled, it never achieved final inspection.
A Well if it's, yeah, you're right, exactly. I don't even know if they got initial inspections. It doesn't say that for us. I don't know if you have an inspection log on that job, but I don't know anything about it.
Q Okay, and this lists contractor information, Construction Contractors, Inc., your company, right?
A That's correct.
Q Then it lists owner information, Ideal Builders and Remodeling, Inc., right?
A That's correct.
Q Then it lists licensing information, Henry Bell, correct?
A Yeah, I don't know. That's weird. I don't know.
Q So, same questions. Did, did you apply for this permit?
A No, sir, I did not.



Q Did you give Brandon Heitmann, or anybody else authority to use your, your residential builder's license to apply for this permit?
A No, I did not.
Q Did you pay the permitting fee?
A No, I did not.
Q And we discussed before that this is the first time you've heard of Ideal Builders, correct?
A Yeah, I, I don't know what's through there.
Q I'll show you what's been marked as Exhibit E. This is a three-page exhibit. This has first page building permit PB20-00683.
(Exhibit E Marked)
Q This is the one we, we just looked at, right? This is the actual permit.
A Yeah, but it's got a different expiration date.
Q That's true, it does. This has an expiration date of December 21, 2020, correct?
A Yeah, and the other one was in the year '21 in January.
Q Right. You ever seen this permit before?
A No, I have not.
Q You see at the bottom right-hand corner, this has a Bates number, the sort of lawyer language for the way we mark documents. This says Heitmann with five zeros and a seven, correct?

Page 22

A Yes, sir.
Q The next document, same thing, bottom right-hand corner, Heitmann, five zeros and an eight, correct?
A Yes, I see that.
Q And then the third document, bottom right-hand corner, Heitmann, five zeros and a nine, correct?
A Yes.
Q So the second document, PB20-00748, that's the same as Exhibit B that we looked at, correct? I'm sorry, I'm sorry, Exhibit C.
A I thought it was the sixth, I don't know.
Q Yeah, PB6.
A Yes, that's the same, yeah.
Q Okay, this is expiration date January 9, 2021, consistent with Exhibit E, correct?
A Right. Yes, sir.
Q Okay. And the last one, page three of Exhibit E, building permit issued January 6, 2021, expiring July 5, 2021, lists the owner as Ideal Builders and Remodeling, lists the applicant as Construction Contractors, correct?
A Yes, it does.
Q Did you apply for this permit?
A No, I did not. And I don't understand the chain of events. The other permit was canceled. I'm sorry, I'm thinking out loud.

Page 23

Q Okay, let me just walk you through this. Did you apply for this permit?
A No, I did not.
Q Did, did you authorize Brandon Heitmann or anybody else to apply for this permit using your Residential Builders License?
A No, I did not.
Q Did you pay the permitting fee?
A No, I did not.
Q I'm going to show you Exhibit F. Okay, so back to Exhibit E for a second. The last permit we looked at, PB20-01775, correct?
A Yes, that's the number.
Q Okay, now looking at Exhibit F, this is in a different format, the same permit, right?
(Exhibit F Marked)
A That's the same, that's correct.
Q Status expired, correct?
A Yes.
Q I mean, the work wasn't completed by July 5, 2021, correct?
MR. FARRAJ: Objection form.
BY MR. BIGELMAN:
Q You can answer.
A I don't, I don't understand. I didn't even know if the

Page 24

permit was issued then. Because when we go back, what was the date that they applied for that one?
Q There's the application date of October 7, 2020.
A Okay.
Q The application date of October 7, 2020 and the issue date of January 6, 2021 and the expiration date of July, July 5, 2021, correct?
A Yes. Mr. Bigelman, I don't know what's going on. That looks really weird. It's not even been six months, and they said it's expired, and most permits expire within at least one year they give you, if not two years. I don't understand that. But, whatever. I don't know what's going on.
Q You didn't, you didn't apply for this permit, correct?
A No, I did not.
Q And you didn't give Brandon Heitmann, Exigent, or anybody else authority to apply for this permit under your company name or your residential builder's license, correct?
A That's correct.
Q What I'm showing you, this is an email from Jason Craig, Royal Oak Building Department, to myself, October 2025. Do you see that?
A Yes, sir.
Q And we sent a FOIA request to the Royal Oak Building Department. In response, we got this information showing

Page 25

how, how to apply, how this permit was applied for with Royal Oak using their online system, okay?
A Yes.
Q The, I want to highlight this for you. Do you see the web username?
A It's hard for me to read that.
Q It says BHeitmann12. Do you see that?
A Yes.
Q Then it has a web pin below that. Do you see that?
A Yeah, I see it. I don't know what it refers to.
Q Did you ever, did you ever go online, City of Royal Oak system, and apply for a permit or create a username?
A No, I did not.
Q It lists the contractors, Construction Contractors, Inc., correct?
A Yes, what it says, yes.
Q Then it has a phone number, 586-383-8308. Is that, is that your phone number?
A No, it's not.
Q Do you know whose phone number that is?
A I have no idea.
Q Then it lists an email, BHeitmann12@yahoo.com. Is that, is that your email?
A No, it is not.
Q Insurance Information Carrier Accident Fund. Is that who

you have insurance through?
A No, that would be Workman's Comp. But, no, I don't think at that time. No, I was with uh, it was an accident fund. It was an insurance company that I can't think of the name right now, but it was not an accident fund.
Q Is, I believe you testified earlier that in other instances where Brandon Heitmann used your residential builder's license to pull a permit without your authorization, that in the permit application, he used his own phone number and his own email. Is that, is that accurate?
A Yes, sir, it is.
Q So, that's, that's consistent with what we're looking at here, correct?
A Yeah, that's not my information for a phone number or email.
Q I'll show you what's been marked, Exhibit J, this is information concerning Brandon Heitmann's residential builder's license, correct?
(Exhibit J Marked)
A Yeah, it, could you blow it up just a smidgen? That's better okay.
Q This is information concerning Brandon Heitmann's residential builder's license, correct?
A Yes, sir.



Q It states that it was issued March 28, 2023, correct?
A Yes, sir.
Q Which was almost three years after the, the contract was entered into that we looked at in Exhibit A, correct?
A Yes, sir.
Q And long after the permits we looked at either expired or, or were canceled, correct?
A Yes.
Q And it shows that his license is set to expire May 31, 2026 in, in about two weeks, correct?
A Yes, sir.
Q And it shows that his license is suspended, correct?
A That's what it says, yes.
Q On your screen is Exhibit H. This is a three-page exhibit. This is information that was provided to me yesterday by Mr. Heitmann's attorney. Which purports to be a, text messages between you and Brandon Heitmann, okay?
(Exhibit H Marked)
A Yeah.
Q First, have, have you seen this before?
A No, could you blow the -- I don't know what that document is there.
Q Okay, so let's look at the top. It has the H in the, in the circle there, then 586-524-4265. Whose number is



that?
A That's mine.
Q Okay. And then a message sent January 8, 2021. It looks like a picture of a building permit, permit number PB20-01775, do you see that?
A Yes, sir.
Q That's one that we looked at before, correct?
A Yes.
Q And it looks like you took a picture of this and sent it to Brandon. Is that accurate?
A Geez, Jeff, I don't remember doing that. I don't, I don't know how it would have, I don't understand.
Q Scrolling down, this is a picture, a letter from Royal Oak Community Development dated 12-7-2020 to Construction Contractors, Inc. That's 6184 Oak Ridge Drive, Washington, Michigan. That's your company and your address, correct?
A That's correct.
Q This is regarding plan review, permit number PB20-01775-2324, correct?
A Yes.
Q Do you recall receiving this letter?
A No, I don't. It's, that was, the letter was dated, what is it, 12-7-2020?
Q Yeah.



A Well, isn't that before any of those permits were issued? I don't, I don't, I can't remember when we talked about permits issued or, yeah, I don't know.
Q Do, do you recall, do you recall receiving either this letter, or this permit in the mail or, or otherwise and taking a picture and sending a message to Brandon about it?
A No, I don't remember that because that thing up there above that said January 8, 2021. Above that, January 8, 2021. I don't, yeah, I don't remember any of that.
Q If you received these items in the mail, what, how would you know that, how, how would you know to send them, take pictures and send them to Brandon?
A Well, he was the only other person at that, at that time, you have to remember that it's during COVID, um, that Brandon said that he might have an opportunity for a job. And he said, would you be interested in working with me if I got an opportunity to build a job? And I said, yes, I would.
So this came and I don't know what the previous conversations about all this stuff were. So I can't, uh, I'm not going to insinuate what I think happened would be, Brandon, what the hell is this? What are you doing? And, um, I, you know, if, if I did, I don't remember receiving that, but if those came from my phone, then I

would be asking what the hell is this all about? Because I had no knowledge of this job. It looks like the job's done at that point, and they got to do a final building inspection. So what the hell did you do?
Q Do you recall having that conversation with him?
A No, I don't. I don't remember any of this job.
Q Um, my page two of exhibit H now, and on, on, on your side of the text message. Hey, Brandon, I'm just going to drop these in the mail to you. He responds, Hey, thanks so much. I can come by today. If you want, I'm in the area and you respond, Okay. It's up to you. Just text me when you're in the driveway. I'm just doing paperwork.
A Yeah. Yeah. That's what it says.
Q And it says, pulling in now. Do you recall this communication?
A No, I don't. You know, it's a five, six years ago. I don't have any idea, but obviously I didn't know what the hell was going on.
Q Do you believe this, this text message chain to be, to be real, or do you believe it to be fabricated?
A I can't, I couldn't tell you. I don't, I don't know. I have no recollection of this whatsoever.
Q Do you still have the text messages on your phone with Brandon?
A I don't, I don't know. I've had two new phones since



then. I don't know if they're there or not. I don't think that they are, but.
Q Okay. I'm going to ask you to search for them. You don't have to do it now, but search for them and see if you can find them.
A The last text message I have to Brandon Heitmann is from August 27th, 2019.
Q Well, that would be prior to the text messages we're looking at. So do you, do you see these on your telephone?
A You know, I'm moving up. I guess I'm moving, hold on. Looks like the first message I have is May 26th of '19. And the last one I have, or the other date that I have here is August 22nd, 2019. That's all I have on my phone.
Q So, so, so your testimony is you only have text messages for a partial time in 2019. Is that accurate?
A That's correct.
Q So, so what we're looking at here is, is not, is not on your phone?
A No, sir. It's not.
Q Okay. So do you know if, do you believe these to be accurate or, or fabricated or, or, or what do you think?
A Well, I, I'm, I'm not going to guess on what's happening. I don't remember that happening. It's not on my phone. I don't know how, if this really did happen, if it came from



me or not. I just don't know.
Q Did you see the language we're looking at on the screen?
A Yes, sir.
Q Is that, is that, is that typical language that you would use when you, when you write a text message? Is that, does that look like something that you would say or write?
A Yeah. Yes.
Q All right. So after pulling it now that we have January 22, 2021, hey, Brandon, please call me. And it ends with him essentially saying he's on an airplane, correct?
A Yes.
Q Has any of this refreshed, refreshed your recollection as to any work for Mr. Mehra, any permits or any work in Royal Oak?
A No, sir, it is not. You know, the other part of it is Mr. Bigelman, it looks like all that information was after the job was complete, that said final inspection needed. And I, at that point, it was after the stuff that was after the fact. I don't know if the phone call that he, I asked him to call me about was, Brandon, what the hell are you doing? Why am I getting this information? Why are these things being sent to me?
Q Okay. So, so that's a good point you make is the first text is January 8, 2021, correct?
A Yes, sir.



Q Okay. Going back to Exhibit E, these, these are the three physical, three physical permits.
A Yes, sir.
Q The first one has an issue date of June 24, 2020, correct?
A Yes.
Q That would have been prior to the tax messages we're looking at, right?
A Yes.
Q That's PB20-00683, correct?
A Yes, sir.
Q The second page of Exhibit E, permit number PB20-00748, this has an issue date of July 13, 2020, correct?
A Yes, sir.
Q That's, that's before the tax messages we're looking at starting on January 8, 2021, right?
A Yes, sir.
Q And it actually has an expiration date of, of one day after that text message chain we were looking at, right?
A Yes, sir, it does.
Q And the last one, third page of Exhibit E, this has an issue date of January 6, 2021, permit number PB20-01775, correct?
A Yes, sir. Yes, that's it.
Q And that would be two days before that tax message chain started on January 8, 2021, correct?

A Yeah, I don't get that, do you? I don't understand that.
Q So --
A I mean, Brandon's obviously in contact with these people, and he's not paying attention to his final inspections.
Q Let me just ask the questions.
A I'm sorry. I'm just thinking out loud. I don't know how of all this works.
Q So, January 8, 2021, we're looking at Exhibit H, the three-page tax message chain, the only permit listed or the picture of the permit was issued January 6, 2021, two days before you took this picture of it and sent it to Brandon, right?
A Yes, that's correct.
Q And does, does your testimony remain that you did not apply for any of these permits? You didn't give Brandon Heitmann authority to use a residential builder's license to apply for these permits, or anybody else to use your residential builder's license to apply for permits?
A That's correct.
Q Okay, we're looking now at Exhibit K, defendants' answers and responses to plaintiffs' first set of requests for admissions, first set of interrogatories, and first set of requests for production of documents. Do you see that?
(Exhibit K Marked)
A Yes, sir.



Q Okay, I'm going to ask you about a couple of responses that Brandon Heitmann gave. Request for admission number three, admit that on May 14, 2020, the defendant did not possess a residential builder's license response. Denied as stated, defendant admits he personally did not have a residential builder's license under his name on May 14, 2020, but performed work under the knowledge and supervision of Construction Contractors, LCC.
MR. FARRAJ: Objection, form.
BY MR. BIGELMAN:
Q Do you see that?
A I see it, yes.
Q Did, did he perform work under your knowledge and supervision?
A I didn't have any knowledge and I didn't supervise anything.
Q And that, that would be the same for your company, Construction Contractors, correct?
A Yeah, since I'm the sole employee, yes.
Q So, to be clear, for the Mehra project in Royal Oak, you didn't review the contract, correct?
A I had no knowledge of the contract.
Q Did you review the plans?
A I have no, no, I didn't see any plans.
Q You didn't apply for the permits, correct?



A No, sir, I did not.
Q You didn't authorize anyone to apply for permits using a residential builder's license, correct?
A No, I did not.
Q And you didn't, you didn't supervise any of Brandon's work or Exigent's work on this project, did you?
A No, I did not.
Q The request for admission number 17, admit that Henry Bell, and Construction Contractors did none of the work contained in the contracts and change orders. The response, first it says denied as untrue, then it says defendant admits, then it says defendant further relies on his response to RTA number 3. Do you see that?
A Yes. What's RTA 3?
Q So, my first question is, to be clear, the Mehra project in Royal Oak, did you, did you or your company perform any work on that project?
A No, sir, I did not. I have no idea where that address even is in Royal Oak. I've never been there.
Q When's the last time you spoke to Brandon Heitmann?
A I believe that was the fall of 2023, after I got served with the lawsuits from Carter and Boyd.
Q Is that the last communication, whether written or oral, between you two?
A Yes, I believe so. I didn't, I haven't had any other



communications with him.
Q What's the status of your relationship with Brandon Heitmann currently?
A As I say, I haven't talked to him in three years and don't care to talk to him again.
MR. BIGELMAN: I don't have any further questions. Mr. Farraj may have some questions, and I may have some follow-up based on stuff he asked, but if not, I thank you for your time.
WITNESS: Thank you.
MR. FARRAJ: Thank you, Jeff. Thank you, Mr. Bell. My name is Yousef Farraj. I'm an attorney for Brandon Heitmann on this case, Ratnesh Mehra versus Brandon Heitmann. I don't have a ton of questions for you, so I don't expect you to be here much longer. I do have some follow-up questions regarding some of your testimony, a couple of the exhibits we saw. Okay?
WITNESS: Okay.
MR. FARRAJ: If you have any questions or if any of my questions are unclear, feel free to stop and ask me to rephrase it or say it in a different way.
WITNESS: Okay.
EXAMINATION
BY MR. FARRAJ:
Q I'm going to pull up what I believe counsel marked as

Exhibit H, which were the text messages. Give me one moment to share my screen, please. I'm not great at it.

MR. BIGELMAN: You want me to just put it back up for you?

MR. FARRAJ: You know, I'm probably going to zoom in. Let me try it first, and if I'm bad at it, I'm going to ask for your help. Is that fair?

MR. BIGELAMN: Okay. Yeah, I just want to make sure we're using the same documents.

MR. FARRAJ: I appreciate that, though.

BY MR. FARRAJ:

Q Okay, Mr. Bell, can you see my screen?

A Yes, yeah, I see the, yep.

Q Okay, and as you testified earlier, this appears to be a text message exchange between you and Mr. Heitmann. Is that correct?

A Yes.

Q And I'll zoom in on one of these photos. It looks like you had sent him a photo of a building inspection department permit, and it says here, Applicant Construction Contractors, and that's your business. Is that correct?

A Yes, sir.

Q It states, Owner Ideal Builders and Remodeling. Do you see that as correct?



A Yes, sir.

Q And the location says 232 Forest Avenue. Do you see that?

A Yes, sir.

Q And you see at the top of the page, it says City of Royal Oak, correct?

A Yes, it does.

Q Now, if I scroll down, it looks like there is another document. Again, it's from the City of Royal Oak Building Division. Do you see that in the top right-hand corner?

A Yes, I do.

Q And Mr. Bell, you see that it's addressed to Construction Contractors, Inc. Is that accurate?

A Yes. Yes, sir.

Q Staying with Exhibit G, but this is -- I didn't stitch them together. One moment.

MR. BIGELMAN: Just for the record, it's Exhibit H.

MR. FARRAJ: Sorry, thank you.

BY MR. FARRAJ:

Q Okay, Mr. Bell, this is further down that text message chain, and it appears that you said, Hey, Brandon, I'm just going to drop these in the mail for you. Did I read that correctly?

A Yes, you did.

Q And do you recall if Brandon did come and pick up these



documents?

A No, I don't recall if he did, or he didn't. It says on that last frame of that that I'm in the driveway, so I don't know what that means.

Q Right, on, on the other message, and I can, I can pull that up. And it appears you said, K. Do you have any reason to believe that he didn't show up and pick up those documents?

A No, I don't. I don't have any reason to believe he did or didn't. Yeah, I don't. I just don't remember this whole exchange. I'm sorry.

Q That's fine. And as far as you recall, if he did come up and pick up those documents, you don't recall any conversation of you saying, Hey, why is my name all over these permits? Is that correct?

A I don't know what I would have said or what I did say. I understand that this thing says, Brandon, call me. And I don't know what I was doing at the time that this was going on. If I was on the phone with someone else, I don't, I don't understand that. I don't, I just don't remember.

Q It looks like that message, Brandon, please call me, was sent a couple of weeks later on January 22nd. But as we sit here today, you can't recall what that, Brandon, please call me, was for. Is that correct?



A That's correct.

Q Okay. When you received the permit, if you recall, and I'm referring to the documents that we just showed in the text message, were there any plans attached to those permits or letter?

A I don't remember getting those letters. I don't have any record of those plans. I don't, just in the realm of doing construction work, that those, that building permit and the letter saying that they needed a final inspection would just be for documentation that this is the permit that we're talking about. You need to have it finally inspected. End of story.

Q And as we sit here today, you don't recall if there were plans for that Forest Avenue project attached to those documents that were addressed to you?

A No.

Q And as we sit here today, you don't recall telling Brandon, you do not have my permission to have my name on these permits. Is that correct?

A I think that's a given. I don't, unless it's in writing, I don't give anybody permission to do anything. What documentation would he have if somebody, when he fills out the permit, they usually call the owner. They make sure that whoever's making the permit, applying for the permit, is the person that they're portraying. And they, they

Page 42

would have called me, and I would have had to give somebody in writing a letter saying that I authorized Brandon, or Exigent to do, to apply for this building permit. That just doesn't go on a, oh yeah, you said it was okay. It doesn't, that's not how it works.
Q You testified, I'm sorry, were you, were you finished or did I cut you off?
A Yeah, no, I was finished.
Q Earlier, you had testified that I believe through early 2020 through, I think it was the present, through today that you've never given Brandon or anyone authorization to use your builder's license for work that you were not doing. Is that accurate?
A That's correct.
Q When you got those letters, why did you have Brandon just say, why did you tell Brandon, hey, come pick them up without any other indication to substantiate your earlier testimony to say that you've never approved or knew of what was going on until these lawsuits came about?
A I really didn't give him a second thought. There's another name on that building permit that is listed there. If you look, it's that Ideal guy.
Q Yes, Ideal Contractors.
Q And then the other part of that is the letter didn't arouse my concern because it said you needed a final

Page 43

inspection. I don't know that I was, I'm thinking I was busy doing something else, and figured that I would catch up with Brandon at a later date to find out what was going on, but it wasn't a stop work order. It wasn't, you failed an inspection. It wasn't any, it was just like, hey, this is a final inspection. And I think it's a pool cover. That letter, doesn't it reference a pool cover?
Q One of the documents does, yes. So, so is it, is it fair to say that you are okay with it because it appeared it was close to final inspection?
A That's two different questions. First, you, you asked me that if I be okay with it and the other statement was something different than that. You want to repeat your first question, and then this question, because they're two different questions.
Q Sure. And I may have asked it confusingly, perhaps. So a few moments ago, you had testified that it, and we, we could read it back if I'm getting it wrong. You had testified that nothing necessarily arose your suspicions to bring up something at that time because it was a final inspection, and there was no indication of some sort of stop work or, or something like that. Do, do you recall stating that a few moments ago?
A Yes. Right.
Q So is, would, we'll call that like a red flag, like stop

Page 44

work or something failing. Because you didn't have that sort of red flag, is that the reason you didn't feel compelled to say anything to Brandon to say, hey, why is my name all over these permits?
A I don't even think that I thought any further than, I don't know what this is, Brandon, come and get this stuff. And then you can tell me what's going on at a later date. That's what I was probably thinking in my mind. And not only that, I think it says that I was doing paperwork. So I don't, I don't, I was probably opening mail, doing paperwork, getting, going through my job costs or the things that I was doing. And it was just a inconvenience to me at the time.
Q And it, it's my understanding that you had also previously testified that you were further unaware he was additionally continuing to use your builder's license on later projects. Is that correct?
A I didn't know. He, he never informed me that he was doing any work under my builder's license. No job. He never came and said, listen, I'm going to, I'm going to get this building permit and build this job. Those conversations I don't, I never had with Brandon. Or I would have been involved with the jobs.
Q So --
A And Brandon, as a second note, would always come after the

Page 45

fact. It was never before. Just like, always after the fact that, hey, you're involved in this. It's like, what, where does this come from?
Q So. For presumption of this question, presuming that this was all after the fact. Wouldn't you agree based on these text messages, it seems like you were okay with it.
A I think they're incomplete. I don t know what I was thinking at that time --
Q I'm sorry go ahead sir.
A I don't know about you, but I don't type every thought that I was having at the moment into a text message to send to someone. I think that's unfair to make that stretch.
Q Then you also testified that Brandon or his company did perform at least some work. Not for you personally. I, I know you had already testified that, but he had done some work for you under Construction Contractors Inc. Is that accurate?
A Yes, he did.
Q Would, would that be around 2020, 2021? Do you recall?
A Probably '21, probably.
Q Jumping back briefly to, I believe, Exhibit H. Back to this letter from Royal Oak. Do you see it on the screen, sir?
A Yes, sir.

Page 46

Q Okay. It appears, it's difficult to see, and if you can't see it, I understand. I'm just going to ask you. It looks like this document may be stapled, and there may be some additional documents behind it. Do, do you, do you feel that's an accurate potential statement?
A I don't know if it was the, the above letter, that was --
Q Okay. But as you sit here today, you're not sure if these two photos of documents could have been accompanied with additional documents. Is that accurate?
A Yeah, I don't, I don't know what they are. The thing is, if you look at the document, it says a safety cover, and then it lists a cover that satisfied the ASTMF, whatever that means. That's a federal government standard that you have to at least meet that standard in order for it to be, and it says the plans submitted are approved, so I don't, this is a, this guide may not include all cold sections. Inspection required in order, final building. I don't, that letter to me is just gobblygook.
Q Okay.
A I don't understand it.
Q I may be done. Let me just go through my notes real quick, sir. Earlier, I think you testified, you know, you had done work, or Construction Contractors Inc. primarily did work on single-family homes, but you hadn't done a job since 2000. Did I get that year wrong?

Page 47

A Yes, '23.
Q That's what I thought it may have been. And is it accurate to say you don't know to what extent if any ideal contractors supervised or managed any portion of the work on this project?
A I have no idea. I don't know who they are. I don't know how they came in contact with that address, that building permit or brand, and I don't know who they are.
MR. FARRAJ: I have no other questions. Thank you for your time, Mr. Bell. Mr. Bigelman may have a few follow-ups.
WITNESS: Thank you.

EXAMINATION

BY MR. BIGELMAN:
Q Yeah, just to be clear, you, you personally and your company never built any swimming pools. Is that correct?
A That's correct.
Q So you'd be in no position to supervise or tell somebody how to, to build a swimming pool, correct?
A To build a swimming pool, that is correct.
MR. BIGELMAN: I don't have any further questions. Thank you.
MR. FARRAJ: One last question based on Mr. Bigelman's question.

EXAMINATION

Page 48

BY MR. BIGELMAN:
Q When you did the work on single-family homes, was it as a general contractor or a construction manager?
A As a manager, yes.
Q Okay. And you would hire and retain trades to do different portions of the work if, if you didn't have that specific manpower to do that? Is that correct?
A I didn't have any manpower. I subcontracted all the work that I did, yes.
MR. FARRAJ: Okay. I have no more questions.
MR. BIGELMAN: All right. Thank you.
MR. FARRAJ: Thank you all. Thank you for your time, Mr. Bell.
WITNESS: Okay. Is everybody done with me?
MR. FARRAJ: Yes. Yes, sir.
WITNESS: How do I shut this off? How do I shut this off?
COURT REPORTER: I'll just boot you.
(At 11:31 a.m., deposition concluded)

Page 49

CERTIFICATION

I certify that this transcript, consisting of 49 pages, is a complete, true, and correct record of the testimony of Henry "Hank" Bell, taken in this case on Thursday, May 14, 2026.

I also certify that I am not a relative of, employee of, or an attorney for a party; nor am I financially interested in the action.

______________________________

Kara Collins, CER 16671
Notary Public
St. Clair County, Michigan
My Commission Expires: February 2, 2032

0

**01775** 28:5

1

**1** 7:22 8:3,17 14:3,8 15:11
**10** 14:3 15:22
**10:00** 4:4
**10:01** 5:1
**11** 14:8 17:2
**11:31** 48:19
**12-7-2020** 28:14,24
**13** 15:1,2 33:12
**14** 4:2 11:22 35:3,6
**17** 15:4 19:15 36:8
**19** 31:12

2

**2** 14:23
**2000** 46:25
**2003** 7:15
**2014** 7:8
**2019** 31:7,14,16
**2020** 7:22 8:3,18 11:22 14:8,23 15:2,5,8,11 17:2 19:12 21:18 24:3,5 33:4,12 35:3,7 42:10 45:20
**2021** 15:17,22 18:13,19 19:15 22:14,18 23:20 24:6,7 28:3 29:9,10 32:9,24 33:15,21,25 34:8,10 45:20
**2023** 27:1 36:21
**2025** 24:21
**2026** 4:2 27:10
**21** 21:18,19 45:21
**210-220-7012** 6:19
**22** 32:9
**22nd** 31:14 40:23
**23** 15:7 47:1
**232** 11:24 12:2 19:9 39:2
**2324** 28:20
**24** 15:5 33:4
**25-4093** 6:4
**26** 15:8
**26th** 31:12
**27th** 31:7
**28** 15:10,17 27:1

3

**3** 15:1 19:12 36:13,14
**30** 14:23 15:22
**31** 27:9
**32** 15:13

4

**4** 7:8 15:4
**40th** 15:21
**43** 14:2
**48067** 11:25
**48094** 6:6

5

**5** 15:7 22:18 23:20 24:7
**586-383-8308** 25:17
**586-524-4265** 27:25

6

**6** 15:10 22:18 24:6 33:21 34:10
**6184** 6:6 28:15

7

**7** 14:22 24:3,5
**72** 6:8

8

**8** 28:3 29:9 32:24 33:15,25 34:8

9

**9** 18:13,19 22:14

A

**a.m.** 4:4 5:1 48:19
**access** 10:16
**accident** 25:25 26:3,5
**accompanied** 46:8
**accurate** 26:11 28:10 31:16,22 39:12 42:13 45:18 46:5,9 47:3
**achieved** 20:10
**act** 17:10,13
**actual** 21:15
**additional** 46:4,9
**additionally** 44:16
**address** 6:5 11:6 12:10 19:9 28:17 36:18 47:7
**addressed** 39:11 41:15
**admission** 35:2 36:8
**admissions** 34:22
**admit** 35:3 36:8
**admits** 35:5 36:12
**adversary** 6:3,4
**affirm** 4:22
**afford** 10:9
**agent** 6:16
**agree** 12:21 45:5

**agreements** 19:1

**ahead** 4:14,21 45:9

**airplane** 32:10

**allowance** 20:5

**answering** 5:10

**answers** 5:11,13 34:20

**appeared** 43:9

**appears** 38:14 39:21 40:6 46:1

**applicant** 22:20 38:20

**application** 9:14 11:4,6 19:12 20:3 24:3,5 26:9

**applied** 24:2 25:1

**apply** 16:7 17:1,2,7 20:1,24 21:2 22:22 23:1,5 24:14,17 25:1,12 34:15,17,18 35:25 36:2 42:3

**applying** 41:24

**approved** 42:18 46:15

**April** 7:8

**arbitration** 10:8,15

**arbitrator** 10:11

**area** 30:10

**arose** 43:19

**arouse** 42:25

**ASTMF** 46:12

**attached** 41:4,14

**attention** 34:4

**attorney** 10:3,10 27:16 37:12

**audible** 5:10,13

**August** 15:5 31:7,14

**authority** 17:7,10,13 21:1 24:17 34:16

**authorization** 26:9 42:11

**authorize** 23:4 36:2

**authorized** 7:25 8:5 42:2

**Avenue** 11:24 12:2 39:2 41:14

**aware** 9:6,9,22 16:6

B

**back** 13:3,16 23:10 24:1 33:1 38:3 43:18 45:22

**bad** 38:6

**Baltimore** 10:22

**based** 9:17 10:1,18 37:8 45:5 47:23

**Bates** 21:22

**begins** 4:4

**behalf** 17:11,13

**Bell** 4:9,12,16,19,25 5:3,21,22 6:1,5 12:22 13:5 14:1 16:20 20:22 36:9 37:12 38:12 39:11,20 47:10 48:13

**BHEITMANN12** 25:7

**Bheitmann12@yahoo.com.** 25:22

**BIGELAMN** 38:8

**Bigelman** 5:3,5,7,15,20,25 12:24 13:2,5,10,13,18,25 16:5 23:23 24:8 32:16 35:10 37:6 38:3 39:16 47:10,14,21 48:1,11

**Bigelman's** 47:24

**bigger** 13:20 18:16,17 19:5

**blood** 8:16

**blow** 26:21 27:22

**body** 5:12

**bond** 11:7,8

**boot** 48:18

**bottom** 11:6,8 21:22 22:2,5

**box** 13:20

**Boyd** 9:18 10:3,6 36:22

**Boyds** 10:3

**brand** 47:8

**Brandon** 8:7,8,11,13,14,25 9:1, 13,17 11:9 12:16,20 17:6,10 21:1 23:4 24:16 26:7,18,23 27:17 28:10 29:6,13,16,23 30:8, 24 31:6 32:9,20 34:12,15 35:2 36:20 37:2,13,14 39:21,25 40:17,22,24 41:18 42:3,11,15,16 43:3 44:3,6,22,25 45:14

**Brandon's** 34:3 36:5

**briefly** 45:22

**bring** 43:20

**brother** 8:11

**brother's** 8:8,12

**budgeted** 20:5

**build** 7:19 29:18 44:21 47:19,20

**builder** 7:5

**builder's** 6:13,16,19 8:1 9:7,11 10:1 17:8 21:2 24:18 26:8,19,24 34:16,18 35:4,6 36:3 42:12 44:16,19

**Builders** 16:23 18:22 19:2 20:19 21:8 22:19 23:5 38:24

**building** 9:14 16:15 17:19 18:10 20:1,2,7 21:11 22:17 24:21,24 28:4 30:3 38:19 39:8 41:8 42:3, 21 44:21 46:17 47:7

**built** 8:21,24 47:16

**business** 7:5,6 38:21

**busy** 43:2

C

**C07** 15:15

**C08** 15:15

**C09** 15:15

**call** 32:9,19,20 40:17,22,25 41:23 43:25

**called** 10:24 42:1

**cancel** 20:5,7

**canceled** 19:20,23,24 20:10 22:24 27:7

**caption** 11:11,24

**captioned** 6:3

**care** 37:5

**Carrier** 25:25

**Carter** 9:18 10:3,4,6 36:22

**case** 10:14,20 11:11,13,24 37:13

**catch** 43:2

**chain** 22:23 30:19 33:18,24 34:9 39:21

**change** 14:2,7,15,22 15:1,4,7,10, 13,21 20:3 36:10

**changed** 16:13

**cheaters** 18:14

**circle** 27:25

**City** 25:11 39:4,8

**clean** 5:15

**clear** 35:20 36:15 47:15

**click** 4:9 13:20

**client** 8:24

**clipping** 7:18

**close** 43:10

**coat** 18:14

**cold** 46:16

**communication** 10:11 30:15 36:23

**communications** 12:16 19:1 37:1

**Community** 28:14

**Comp** 26:2

**company** 6:15 7:5 9:4 17:14 18:24 20:17 24:17 26:4 28:16 35:17 36:16 45:14 47:16

**compelled** 44:3

**complaint** 10:2

**complete** 17:22,25 20:4 32:17

**completed** 23:20

**computer** 16:7

**computer-generated** 16:14

**concern** 42:25

**concluded** 48:19

**concrete** 8:22

**conditions** 7:13

**confusingly** 43:16

**connection** 13:17

**consistent** 22:14 26:13

**construction** 6:15 7:6,12,19,23 16:19 17:11 20:16 22:20 25:14 28:14 35:8,18 36:9 38:21 39:11 41:8 45:17 46:23 48:3

**contact** 11:10 34:3 47:7

**contained** 36:10

**continuing** 44:16

**contract** 11:21 12:5,12,13 27:3 35:21,22

**contractor** 16:19 20:16 48:3

**contractors** 6:15 7:6,12,19,23 16:20 17:11 20:17 22:20 25:14 28:15 35:8,18 36:9 38:21 39:12 42:23 45:17 46:23 47:4

**contracts** 36:10

**conversation** 30:5 40:14

**conversations** 29:21 44:21

**corner** 21:22 22:2,5 39:9

**correct** 6:2,15,24,25 7:1,3,6,9,10 8:5 9:5,23 12:14,15 17:20,23,24 18:1,2,6,7,11,12 19:7,10,13,16, 18 20:18,21,22 21:8,18,25 22:3, 6,9,15,20 23:12,17,18,21 24:7, 14,18,19 25:15 26:14,19,24 27:1,4,7,10,12 28:7,17,18,20 31:17 32:10,24 33:4,9,12,22,25 34:13,19 35:18,21,25 36:3 38:16,22,25 39:5 40:15,25 41:1, 19 42:14 44:17 47:16,17,19,20 48:7

**correctly** 39:23

**costs** 44:11

**counsel** 37:25

**Counsel's** 13:17

**country** 7:14

**couple** 35:1 37:17 40:23

**coupons** 7:18

**court** 4:5,7,11,14,17,20 5:2,9 10:7 13:1,4,15,16,21,24 48:18

**cover** 43:7 46:11,12

**COVID** 16:12 29:15

**Craig** 24:20

**create** 25:12

**Creek** 4:1

**current** 7:13

**custom** 7:13

**customer** 9:22

**cut** 42:7

## D

**date** 5:20 7:22 15:17 17:17,20, 23,25 18:5,13,19 19:12,15 21:16,17 22:14 24:2,3,5,6 31:13 33:4,12,17,21 43:3 44:7

**dated** 11:22 14:8,23 15:2,5,8,11, 22 28:14,23

**day** 33:17

**days** 33:24 34:11

**December** 15:11 21:18

**defendant** 35:3,5 36:12

**defendants'** 34:20

**degrees** 6:11,12

**denied** 35:4 36:11

**department** 20:2 24:21,25 38:20

**deposition** 4:4,7 9:24 14:20 48:19

**description** 19:18

**Development** 28:14

**difficult** 46:1

**discussed** 21:7

**dismissed** 10:6,12

**Division** 39:9

**document** 13:11 14:2,13 22:2,5,8 27:22 39:8 46:3,11

**documentation** 41:10,22

**documents** 21:24 34:23 38:9 40:1,8,13 41:3,15 43:8 46:4,8,9

**don** 45:7

**Drive** 6:6 28:15

**driveway** 30:12 40:3

**drop** 30:8 39:22

**due** 7:13

**duly** 5:23

**E**

**earlier** 26:6 38:14 42:9,17 46:22

**early** 42:9

**economic** 7:13

**educational** 6:12

**email** 11:5 24:20 25:22,23 26:10,16

**employee** 35:19

**employees** 7:23

**End** 41:12

**ends** 32:9

**entered** 10:18 27:4

**essentially** 7:17 32:10

**events** 22:24

**examination** 5:21,24 37:23 47:13,25

**exchange** 38:15 40:11

**Excuse** 10:20

**exhibit** 11:19,20 14:2,7,10,22 15:1,4,7,10,13,21 16:16,17,18 19:5,6 21:10,11,13 22:9,10,15,17 23:10,14,16 26:17,20 27:4,14,15,19 30:7 33:1,11,20 34:8,20,24 38:1 39:14,16 45:22

**exhibits** 37:17

**Exigent** 11:21 12:12,17,20 14:8 24:16 42:3

**Exigent's** 36:6

**expand** 13:19

**expect** 37:15

**expected** 17:22

**experience** 16:14

**experienced** 16:9

**expiration** 17:19 18:5,13,19 19:15 21:16,17 22:14 24:6 33:17

**expire** 24:10 27:9

**expired** 17:16 23:18 24:10 27:6

**expires** 18:1,8

**expiring** 22:18

**explained** 11:1,4

**extension** 18:3,5

**extent** 9:1 47:3

**F**

**fabricated** 30:20 31:22

**face** 13:8

**fact** 32:19 45:1,2,5

**failed** 43:5

**failing** 44:1

**fair** 38:7 43:8

**fall** 36:21

**family** 7:12

**Farraj** 12:23 16:1,4 23:22 35:9 37:7,11,12,19,24 38:5,10,11 39:18,19 47:9,23 48:10,12,15

**federal** 46:13

**fee** 17:4 21:5 23:8

**feel** 37:20 44:2 46:5

**figured** 43:2

**file** 11:2

**filed** 10:2

**fills** 41:22

**final** 10:24 18:10 20:10 30:3 32:17 34:4 41:9 42:25 43:6,10,20 46:17

**finally** 41:11

**find** 31:5 43:3

**fine** 40:12

**finish** 11:7

**finished** 7:15 10:23,24 42:6,8

**fix** 13:9

**flag** 43:25 44:2

**floor** 8:23

**FOIA** 24:24

**folks** 10:25

**follow-up** 37:8,16

**follow-ups** 47:11

**Forest** 11:24 12:2 19:9 39:2 41:14

**form** 23:22 35:9

**format** 23:15

**found** 9:25

**frame** 40:3

**free** 37:20

**froze** 12:23

**functions** 8:12

**fund** 25:25 26:3,5

**G**

**garage** 8:22

**gave** 35:2

**Geez** 28:11

**general** 48:3

**generally** 17:18,19 19:22

**gentleman** 14:21

**give** 4:23 17:6 21:1 24:11,16 34:15 38:1 41:21 42:1,20

**gobblygook** 46:18

**good** 4:5 5:3,4 32:23

**government** 46:13

**grab** 18:15

**great** 38:2

**guess** 31:11,23

**guide** 46:16

**Gunite** 19:18

**guy** 10:4 42:22

H

**Habecca** 9:19 10:12

**hand** 4:21

**handwritten** 15:14

**Hank** 4:6 5:21,22

**happen** 31:25

**happened** 10:17 29:22

**happening** 31:23,24

**happy** 5:17

**hard** 25:6

**head** 5:12

**hear** 12:22 13:6,7

**heard** 5:8 14:16,19 21:8

**Heitmann** 6:4 8:7,8,9,10 10:19 11:9 12:17,20 17:6,10 21:1,24 22:3,6 23:4 24:16 26:7 27:17 31:6 34:16 35:2 36:20 37:3,13, 14 38:15

**Heitmann's** 26:18,23 27:16

**hell** 29:23 30:1,4,18 32:20

**Henry** 5:22 6:1 16:20 20:22 36:8

**hey** 30:8,9 32:9 39:21 40:14 42:16 43:6 44:3 45:2

**highlight** 25:4

**hire** 48:5

**hit** 4:14

**hold** 6:11,12,14 31:11

**holiday** 8:12

**home** 8:12,21,24 15:14

**homeowner** 8:25

**homes** 7:13 46:24 48:2

**hooked** 8:25

**Hosted** 4:1

I

**idea** 12:11 25:21 30:17 36:18 47:6

**ideal** 16:23 18:21 19:1 20:19 21:8 22:19 38:24 42:22,23 47:3

**include** 46:16

**incomplete** 45:7

**inconvenience** 44:12

**indication** 42:17 43:21

**information** 6:23,24 10:10 16:19, 20,23 18:21 20:16,19,22 24:25 25:25 26:15,18,23 27:15 32:16, 21

**informed** 44:18

**initial** 20:13

**insinuate** 29:22

**inspected** 41:12

**inspection** 10:24 18:11 20:11,14 30:4 32:17 38:19 41:9 43:1,5,6, 10,21 46:17

**inspections** 20:13 34:4

**inspector** 18:10

**instances** 9:6 26:7

**instruction** 13:17

**insurance** 25:25 26:1,4

**interaction** 18:24

**interested** 29:17

**interrogatories** 34:22

**involved** 44:23 45:2

**issue** 24:5 33:4,12,21

**issued** 22:18 24:1 27:1 29:1,3 34:10

**issues** 13:17

**items** 29:11

J

**January** 7:22 8:3,17 15:17 18:13, 19 19:15 21:19 22:14,18 24:6 28:3 29:9 32:8,24 33:15,21,25 34:8,10 40:23

**Jason** 24:20

**Jeff** 5:4 14:16 28:11 37:11

**job** 7:14,15 8:23 10:23 11:2,3,7 14:15 16:12 19:24,25 20:6,15 29:16,18 30:2,6 32:17 44:11,19, 21 46:24

**job's** 30:2

**jobs** 9:12 44:23

**judgments** 10:18

**July** 15:2,22 22:18 23:20 24:6 33:12

**Jumping** 45:22

**June** 14:8,23 17:2 19:12 33:4

K

**Kara** 4:6 13:13

**kid** 8:13

**kind** 7:11

**knew** 42:18

**knowledge** 11:1,3 30:2 35:7,13, 15,22

L

**landscaping** 8:21 9:1 11:21 12:20 14:7,8

**language** 21:23 32:2,4

**lawsuits** 36:22 42:19

**lawyer** 21:23

**LCC** 35:8

**legal** 6:1

**letter** 10:21,22 11:8 28:13,22,23 29:5 41:5,9 42:2,24 43:7 45:23 46:6,18

**letters** 41:6 42:15

**license** 6:12,13,17,19,24 7:1,8 8:1,6 9:7,11,22 10:1,2,19 17:8 21:2 23:6 24:18 26:8,19,24 27:9, 12 34:16,18 35:4,6 36:3 42:12 44:16,19

**Licensee** 16:20

**licenses** 6:11

**licensing** 20:22

**listed** 34:9 42:21

**listen** 44:20

**lists** 20:16,19,22 22:19 25:14,22 46:12

**LLC** 6:15 7:6,19,23 11:22 17:11

**local** 20:2

**located** 9:20

**location** 39:2

**log** 13:2 20:14

**long** 27:6

**longer** 10:10 37:15

**looked** 11:4,23 21:14 22:9 23:11 27:4,6 28:7

**lost** 13:5

**loud** 22:25 34:6

M

**M-E-R-H-A** 6:3

**Macomb** 8:22 9:18,19

**mail** 29:5,11 30:9 39:22 44:10

**make** 5:15 13:20 18:16,17 19:5 32:23 38:8 41:23 45:12

**making** 41:24

**managed** 47:4

**manager** 48:3,4

**manpower** 48:7,8

**March** 10:9 27:1

**mark** 21:23

**marked** 11:18,20 14:1,10 16:16, 17 19:4,6 21:10,13 23:16 26:17, 20 27:19 34:24 37:25

**married** 6:9 8:9

**means** 18:8 40:4 46:13

**meet** 46:14

**meeting** 4:12

**Mehra** 6:3 11:13,14,16,23 14:17, 18,19 19:10 32:13 35:20 36:15 37:13

**Mehra's** 12:7

**message** 28:3 29:6 30:8,19 31:6, 12 32:5 33:18,24 34:9 38:15 39:20 40:5,22 41:4 45:11

**messages** 27:17 30:23 31:8,15 33:6,14 38:1 45:6

**met** 5:5 11:14 12:7

**Michigan** 4:1 6:6,23 11:24 12:3 19:9 28:16

**Mike** 8:10

**mind** 9:21 44:8

**mine** 28:2

**minimal** 9:3

**missed** 16:1

**moment** 38:2 39:15 45:11

**moments** 43:17,23

**months** 24:9

**morning** 4:6,8,23 5:3,4

**movement** 5:12

**moving** 31:11

**municipalities** 16:6

N

**named** 9:22

**names** 9:16

**necessarily** 43:19

**needed** 32:17 41:9 42:25

**note** 44:25

**notes** 46:21

**number** 6:4,19,20 7:1,3 11:5 14:8,22 15:1,4,7,10 16:18 19:7 21:23 23:13 25:17,18,20 26:10, 15 27:25 28:4,19 33:11,21 35:2 36:8,13

O

**Oak** 6:6 11:24 12:2 15:24 19:9 24:21,24 25:2,11 28:13,15 32:14 35:20 36:16,19 39:5,8 45:23

**Objection** 23:22 35:9

**obtain** 9:11

**obtained** 18:10

**October** 15:8 24:3,5,21

**online** 25:2,11

**opening** 44:10

**opportunity** 29:16,18

**oral** 36:23

**order** 14:7,22 15:1,4,7,10,21 20:1 43:4 46:14,17

**orders** 14:3,15 15:14 36:10

**owner** 16:23 18:21 19:10 20:19 22:19 38:24 41:23

**P**

**pages** 14:2

**paper** 16:7

**paperwork** 30:12 44:9,11

**part** 16:13 32:15 42:24

**partial** 31:16

**pay** 10:9 17:4 21:5 23:8

**paying** 34:4

**PB20-** 28:4

**PB20-00683** 19:7 21:12 33:9

**PB20-00748** 16:18 22:8 33:11

**PB20-01775** 23:11 33:21

**PB20-01775-** 28:19

**PB6** 22:12

**pending** 10:15

**people** 9:10,16 11:1 34:3

**Perfect** 4:20 13:24

**perform** 12:9 35:13 36:16 45:15

**performed** 35:7

**permission** 41:18,21

**permit** 9:14 11:2,4 16:15,18 17:2,4,7,16,19,25 18:6,8 19:7,22,23 20:1,7,24 21:3,11,15,20 22:18,22,24 23:2,5,11,15 24:1,14,17 25:1,12 26:8,9 28:4,19 29:5 33:11,21 34:9,10 38:20 41:2,8,10,23,24 42:4,21 44:21 47:8

**permits** 9:12 15:24 16:7 24:10 27:6 29:1,3 32:13 33:2 34:15,17,18 35:25 36:2 40:15 41:5,19 44:4

**permitting** 21:5 23:8

**person** 29:14 41:25

**personal** 6:17

**personally** 16:9 35:5 45:15 47:15

**phone** 11:5 25:17,18,20 26:10,15 29:25 30:23 31:14,19,24 32:19 40:19

**phones** 30:25

**photo** 38:19

**photos** 38:18 46:8

**physical** 33:2

**pick** 39:25 40:7,13 42:16

**picture** 28:4,9,13 29:6 34:10,11

**pictures** 29:13

**pin** 25:9

**plaintiff** 11:13

**plaintiffs'** 34:21

**plan** 28:19

**plans** 35:23,24 41:4,7,14 46:15

**point** 10:7 20:3,6 30:3 32:18,23

**pool** 19:18 43:6,7 47:19,20

**pools** 7:20 47:16

**portion** 47:4

**portions** 48:6

**portraying** 41:25

**position** 47:18

**possess** 35:4

**potential** 46:5

**poured** 8:22

**powers** 20:3

**present** 42:10

**presently** 6:13

**presuming** 45:4

**presumption** 45:4

**pretty** 9:3

**previous** 9:24 29:20

**previously** 44:14

**primarily** 7:12 46:23

**prior** 13:16 31:8 33:6

**proceed** 5:2

**proceeding** 6:3,4

**process** 16:6

**production** 34:23

**professional** 6:11 11:10

**profits** 12:21

**project** 12:21 35:20 36:6,15,17 41:14 47:5

**projects** 8:17 44:17

**property** 12:9,13,14,18 19:9

**proposal** 13:8

**provided** 27:15

**pull** 26:8 37:25 40:5

**pulled** 15:24

**pulling** 30:14 32:8

**purports** 11:21 14:7 27:16

**put** 11:7 19:4 38:3

**putting** 11:11,18 14:1

**Q**

**question** 12:22 13:14,16 14:12 17:1 36:15 43:14 45:4 47:23,24

**questions** 5:9,10 20:24 34:5 37:7,14,16,19,20 43:11,15 47:9,22 48:10

**quick** 14:4 46:22

**quiet** 16:2

**R**

**raise** 4:21

**Ratnesh** 11:13,22 14:9 19:10 37:13

**Ray** 8:24
**read** 13:13,16 25:6 39:22 43:18
**real** 14:4 30:20 46:21
**realm** 41:7
**reapply** 18:2,5
**reason** 9:12 16:13 20:8 40:7,9 44:2
**recall** 5:5 9:16,19 28:22 29:4 30:5,14 39:25 40:2,12,13,24 41:2,13,17 43:22 45:20
**receive** 17:19
**received** 10:11,21 29:11 41:2
**receiving** 28:22 29:4,25
**recited** 7:3
**recollection** 30:22 32:12
**record** 5:16 39:16 41:7
**recorded** 4:13
**red** 43:25 44:2
**reference** 43:7
**referring** 41:3
**refers** 25:10
**refreshed** 32:12
**registered** 6:16
**relationship** 8:9,16 37:2
**relayed** 10:10
**relies** 36:12
**remain** 34:14
**remember** 15:25 28:11 29:2,8, 10,15,24 30:6 31:24 40:10,21 41:6
**remind** 5:8
**Remodeling** 16:24 18:22 20:20 22:19 38:24
**renew** 6:16
**repeat** 43:13
**rephrase** 5:17 37:21
**reporter** 4:5,7,11,14,17,20 5:2,9 13:1,4,15,16,21,24 48:18
**request** 14:20 24:24 35:2 36:8
**requests** 34:21,23
**required** 46:17
**residential** 6:13,19 7:5,25 9:7 10:1 17:7 21:2 23:5 24:18 26:7, 18,24 34:16,18 35:4,6 36:3
**respond** 30:11
**responds** 30:9
**response** 24:25 35:4 36:11,13
**responses** 34:21 35:1
**result** 10:5
**retain** 48:5
**retired** 7:17
**return** 11:8
**revenue** 12:21
**review** 28:19 35:21,23
**reviewed** 20:1
**Ridge** 6:6 28:15
**right-hand** 21:22 22:2,5 39:9
**Ron** 8:10
**Royal** 11:24 12:2 15:24 19:9 24:21,24 25:2,11 28:13 32:14 35:20 36:16,19 39:4,8 45:23
**RTA** 36:13,14

**S**

**Saad** 9:23,25
**safety** 46:11
**satisfaction** 18:9
**satisfied** 46:12
**scope** 20:4
**screen** 4:18 6:21 11:11,18 13:8, 11 14:1 19:4 27:14 32:2 38:2,12 45:23
**scroll** 16:19 39:7
**Scrolling** 28:13
**search** 31:3,4
**sections** 46:16
**send** 29:12,13 45:12
**sending** 29:6
**served** 36:21
**set** 27:9 34:21,22
**shake** 5:12
**share** 12:21 38:2
**show** 16:16 21:10 23:10 26:17 40:7
**showed** 41:3
**showing** 24:20,25
**shows** 19:12,20 27:9,12
**shut** 48:16
**side** 30:7
**single** 7:12
**single-family** 46:24 48:2
**sir** 6:10 7:24 8:2,16,19 10:20 12:1,6 15:6,9,12,16,18 16:4,22, 25 17:3,21 19:11,17 20:25 22:1, 16 24:23 26:12,25 27:2,5,11 28:6 31:20 32:3,15,25 33:3,10, 13,16,19,23 34:25 36:1,18 38:23 39:1,3,13 45:9,24,25 46:22 48:15
**sister** 8:9
**sit** 9:24 40:24 41:13,17 46:7
**sixth** 22:11
**smidgen** 26:21
**Smiths** 4:1
**sole** 35:19
**solemnly** 4:22
**son** 8:11
**sort** 21:23 43:21 44:2

**speaking** 17:18 19:22
**specific** 48:7
**spoke** 36:20
**spoken** 11:16
**standard** 46:13,14
**stapled** 46:3
**start** 20:6
**started** 33:25
**starting** 33:15
**state** 6:23 7:14
**stated** 35:5
**statement** 43:12 46:5
**states** 27:1 38:24
**stating** 43:23
**status** 19:20 23:18 37:2
**Staying** 39:14
**stitch** 39:14
**stood** 10:25
**stop** 37:20 43:4,22,25
**story** 41:12
**stretch** 45:13
**stuff** 29:21 32:18 37:8 44:6
**subcontracted** 48:8
**submittal** 16:8
**submitted** 46:15
**substantiate** 42:17
**sued** 9:10,13,15,16,21
**supervise** 35:15 36:5 47:18
**supervised** 47:4
**supervision** 35:8,14
**supposed** 10:8
**suspended** 27:12
**suspicions** 43:19
**swear** 4:22
**swimming** 7:20 19:18 47:16,19,20
**sworn** 5:1,23
**system** 10:8 25:2,12

T

**taking** 29:6
**talk** 37:5
**talked** 29:2 37:4
**talking** 10:14 41:11
**tax** 33:6,14,24 34:9
**telephone** 31:10
**telling** 41:17
**testified** 5:23 26:6 38:14 42:6,9 43:17,19 44:15 45:14,16 46:22
**testimony** 4:23 31:15 34:14 37:17 42:18
**text** 27:17 30:8,11,19,23 31:6,8,15 32:5,24 33:18 38:1,15 39:20 41:4 45:6,11
**thing** 4:10 13:19 16:12 22:2 29:8 40:17 46:10
**things** 32:22 44:12
**thinking** 7:18 22:25 34:6 43:1 44:8 45:8
**thought** 22:11 42:20 44:5 45:10 47:2
**three-page** 21:11 27:14 34:9
**Thursday** 4:2
**time** 5:20 12:10 14:16,19 19:3 21:7 26:3 29:14 31:16 36:20 37:9 40:18 43:20 44:13 45:8 47:10 48:13
**today** 5:20 8:4 30:10 40:24 41:13,17 42:10 46:7
**ton** 37:14
**top** 27:24 39:4,9
**Township** 8:22,25 9:18,19
**trades** 48:5
**true** 8:3 21:17
**truth** 4:24 14:16
**type** 7:5 45:10
**typical** 32:4

U

**unaware** 44:15
**unbeknownst** 9:11
**uncle** 8:15
**unclear** 5:17 37:20
**underneath** 13:8
**understand** 22:23 23:25 24:12 28:12 34:1 40:17,20 46:2,20
**understanding** 6:14 44:14
**unfair** 45:12
**unfreezes** 12:25
**unsatisfied** 9:13
**untrue** 36:11
**username** 25:5,12

V

**versus** 6:4 37:13
**village** 10:25

W

**walk** 14:3 23:1
**Washington** 6:6 28:16
**web** 25:4,9
**weeks** 27:10 40:23
**weird** 20:23 24:9
**whatsoever** 8:16 11:3 30:22
**When's** 36:20
**whoever's** 41:24

**wife** 12:7,17,20 17:13

**wife's** 8:9

**Wonderful** 4:5

**work** 7:11,15,25 8:5,23 9:3 12:9, 12,14,18 17:22 18:4,8 19:18 20:4 23:20 32:13 35:7,13 36:5,6, 9,17 41:8 42:12 43:4,22 44:1,19 45:15,17 46:23,24 47:4 48:2,6,8

**worked** 8:17,19,20 9:10

**working** 9:3 29:17

**Workman's** 26:2

**works** 34:7 42:5

**write** 32:5,6

**writing** 5:11 41:20 42:2

**written** 36:23

**wrong** 43:18 46:25

**Y**

**year** 6:17 21:19 24:11 46:25

**years** 24:11 27:3 30:16 37:4

**yesterday** 27:16

**Yousef** 37:12

**Z**

**zeros** 21:24 22:3,6

**zoom** 4:1 13:17 38:6,18